UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALVIN BALDUS, CINDY BARBERA, CARLENE
BECHEN, ELVIRA BUMPUS, RONALD BIENDSEI,
LESLIE W. DAVIS, III, BRETT ECKSTEIN, GEORGIA
ROGERS, RICHARD KRESBACH, ROCHELLE
MOORE, AMY RISSEEUW, JUDY ROBSON, JEANNE
SANCHEZ-BELL, CECELIA SCHLIEPP, TRAVIS
THYSSEN,

                Plaintiffs,

    v.

Members of the Wisconsin Government Accountability
Board, each only in his official capacity:
MICHAEL BRENNAN, DAVID DEININGER,
GERALD NICHOL, THOMAS CANE,
THOMAS BARLAND, and GORDON MYSE, and
KEVIN KENNEDY, Director and General Counsel for the
Wisconsin Government Accountability Board,

                Defendants.

Civil Action
File No. 11-CV-562
(Three-judge panel requested)

---

## PLAINTIFFS' JOINT CORPORATE DISCLOSURE STATEMENT

---

      The undersigned, counsel for plaintiffs, Alvin Baldus, Cindy Barbara, Carlene Bechen, Elvira Bumpus, Ronald Biendsei, Leslie W. Davis, III, Brett Eckstein, Georgia Rogers, Richard Kresbach, Rochelle Moore, Amy Risseeuw, Judy Robson, Jeanne Sanchez-Bell, Cecelia Schliepp, and Travis Thyssen (collectively, the "Plaintiffs") furnish the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

      (1)    The full name of every party the attorney represents in the action: **Plaintiffs, Alvin Baldus, Cindy Barbara, Carlene Bechen, Elvira Bumpus, Ronald Biendsei, Leslie W.**

**Davis, III, Brett Eckstein, Georgia Rogers, Richard Kresbach, Rochelle Moore, Amy Risseeuw, Judy Robson, Jeanne Sanchez-Bell, Cecelia Schliepp, and Travis Thyssen.**

(2) If such party is a corporation: **No.**

(3) The names of all law firms whose attorneys will appear, or are expected to appear for the party in this Court: **Godfrey & Kahn, S.C.**

Dated: June 10, 2011.

                        GODFREY & KAHN, S.C.

                By:    *s/ Rebecca Kathryn Mason*
                        Rebecca Kathryn Mason
                        State Bar No. 1055500
                        One East Main Street, Suite 500
                        P.O. Box 2719
                        Madison, WI 53701-2719
                        608-257-3911
                        rmason@gklaw.com

                        *Attorneys for Plaintiffs*

6464862_1