*United States District Court*
*Eastern District of Wisconsin*
*208 U. S. Courthouse*

Chambers of
CHARLES N. CLEVERT, JR.
Chief U. S. District Judge

517 E. Wisconsin Ave.
Milwaukee, WI 53202-4581
(414) 297-1585

June 15, 2011

Honorable Frank Easterbrook
Chief Judge, 7th Cir. Court of Appeals
Everett McKinley Dirksen
United States Courthouse
219 S. Dearborn St., Room 2746
Chicago, IL 60604

    Re:    *Alvin Baldus, et al. v. Michael Brennan et al.*
              Case No. 11-CV-562

Dear Judge Easterbrook:

      The enclosed complaint for declaratory and injunctive relief was filed on June 10, 2011, pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 2284(a). As a consequence, I ask that you appoint a three judge panel to hear and decide the matter.

      Further, please note that the plaintiffs' Civil Cover Sheet (JS 44) indicates that this case is related to Case Number 01-CV-121 and that a motion for relief from judgment was filed in that matter on June 9, 2011.

                                                                   Sincerely,

                                                                   */s/ C. N. Clevert, Jr.*

                                                                   C. N. CLEVERT, JR.
                                                                   U. S. District Judge