UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALVIN BALDUS, CINDY BARBERA, CARLENE
BECHEN, RONALD BIENDSEI, ELVIRA BUMPUS,
LESLIE W. DAVIS III, BRETT ECKSTEIN, RICHARD
KRESBACH, ROCHELLE MOORE, AMY RISSEEUW,
JUDY ROBSON, GEORGIA ROGERS, JEANNE
SANCHEZ-BELL, CECELIA SCHLIEPP, TRAVIS
THYSSEN,

              Plaintiffs,

    v.

Members of the Wisconsin Government Accountability
Board, each only in his official capacity:
MICHAEL BRENNAN, DAVID DEININGER,
GERALD NICHOL, THOMAS CANE,
THOMAS BARLAND, and TIMOTHY VOCKE, and
KEVIN KENNEDY, Director and General Counsel for the
Wisconsin Government Accountability Board,

              Defendants.

Civil Action
File No. 11-cv-562

Three-judge panel
28 U.S.C. § 2284

---

## PLAINTIFFS' MOTION TO ADD PLAINTIFFS AND AMEND THE CAPTION

---

Plaintiffs, by and through their attorneys, hereby move the Court pursuant to Fed. R. Civ. P. 15(a)(1)(B) and the Court's Scheduling and Discovery Order, to add eight named-plaintiffs listed below to the second amended complaint, and amend the caption of the second amended complaint to include the eight named-plaintiffs and correct two original named-plaintiffs' names.

In support of their motion, plaintiffs state as follows:

1.    Plaintiffs are filing a timely second amended complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B) and the Court's Scheduling and Discovery Order.

2. The second amended complaint reflects the addition of eight-named plaintiffs, including:

    a. Ron Boone, a citizen of the United States and of the State of Wisconsin, is a resident and registered voter of the Village of Twin Lakes, Kenosha County, Wisconsin;

    b. Vera Boone, a citizen of the United States and of the State of Wisconsin, is a resident and registered voter of the Village of Twin Lakes, Kenosha County, Wisconsin;

    c. Evanjelina Cleereman, a citizen of the United States and of the State of Wisconsin, is a resident and registered voter of the City of Milwaukee, Milwaukee County, Wisconsin;

    d. Sheila Cochran, a citizen of the United States and of the State of Wisconsin, is a resident and registered voter of the City of Milwaukee, Milwaukee County, Wisconsin;

    e. Maxine Hough, a citizen of the United States and of the State of Wisconsin, is a resident and registered voter of the Town of East Troy, Walworth County, Wisconsin;

    f. Clarence Johnson, a citizen of the United States and of the State of Wisconsin, is a resident and registered voter of the City of Milwaukee, Milwaukee County, Wisconsin;

    g. Richard Lange, a citizen of the United States and of the State of Wisconsin, is a resident and registered voter of South Range, Douglas County, Wisconsin; and

    h. Gladys Manzanet, a citizen of the United States and of the State of Wisconsin, is a resident and registered voter of the City of Milwaukee, Milwaukee County, Wisconsin.

3. The names of two original named-plaintiffs, Ronald Biendei and Georgia Rogers, should be changed to Ronald Biendseil and Gloria Rogers.

4. The caption in this action, as reflected on the second amended complaint, should be amended to read as follows:

ALVIN BALDUS, CINDY BARBERA, CARLENE BECHEN, RONALD BIENDSEIL, RON BOONE, VERA BOONE, ELVIRA BUMPUS, EVANJELINA CLEEREMAN, SHEILA COCHRAN, LESLIE W. DAVIS III, BRETT ECKSTEIN, MAXINE HOUGH, CLARENCE JOHNSON, RICHARD KRESBACH, RICHARD LANGE, GLADYS MANZANET, ROCHELLE MOORE, AMY RISSEEUW, JUDY ROBSON, GLORIA ROGERS, JEANNE SANCHEZ-BELL, CECELIA SCHLIEPP, TRAVIS THYSSEN,

Plaintiffs,

v.

Members of the Wisconsin Government Accountability Board, each only in his official capacity: MICHAEL BRENNAN, DAVID DEININGER, GERALD NICHOL, THOMAS CANE, THOMAS BARLAND, and TIMOTHY VOCKE, and KEVIN KENNEDY, Director and General Counsel for the Wisconsin Government Accountability Board,

Defendants.

For the foregoing reasons, plaintiffs respectfully request that the Court grant plaintiffs' Motion to Add Plaintiffs and Amend the Caption.

Dated: November 18, 2011.

GODFREY & KAHN, S.C.

By: *s/ Rebecca Kathryn Mason*
Rebecca Kathryn Mason
State Bar No. 1055500
Wendy K. Arends*
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
608-257-3911
rmason@gklaw.com

*Attorneys for Plaintiffs*

*Admission to the United States District Court for the Eastern District of Wisconsin is pending.*