JAMES A. OLSON*
JAMES W. GARDNER*
KENT I. CARNELL*
GINGER L. MURRAY
DIXON R. GAHNZ*
LISA C. GOLDMAN
LEVI J. BJORK
DANIEL S. LENZ
MEGAN E. CORNING

*NATIONALLY CERTIFIED
CIVIL TRIAL ADVOCATE

# LAWTON & CATES, S.C.

U.S. MAIL ADDRESS:
P.O. BOX 2965
MADISON, WISCONSIN 53701-2965

STREET ADDRESS:
TEN EAST DOTY STREET
SUITE 400
MADISON, WISCONSIN 53703-2694

TELEPHONE (608) 282-6200
FACSIMILE (608) 282-6252
www.lawtoncates.com

OF COUNSEL
RICHARD L. CATES
BRUCE M. DAVEY
MARSHA M. MANSFIELD
P. SCOTT HASSETT

JOHN A. LAWTON
(1917-1990)
ROBERT C. KELLY
(1924-2001)

November 22, 2011

The Honorable J.P. Stadtmueller
The Honorable Diane Wood
The Honorable Robert M. Dow, Jr.
United States District Court for the Eastern
District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

Re: *Alvin Baldus, et al. v. Michael Brennan, et al.*
Case No. 11-CV-562
*Voces de la Frontera, Inc. et al. v. Brennan, et al.*
11-CV-1011

Dear Judges Stadtmueller, Wood and Dow:

We represent the Plaintiff-Intervenors Tammy Baldwin, Ronald Kind and Gwendolynne Moore in case 11-CV-562 (*Baldus*). We are writing at the request of Judge Stadtmueller's clerk regarding the pending motion to consolidate this case with case 11-CV-1011 (*Voces de la Frontera*).

The complaint in *Voces de la Frontera* seeks declaratory and injunctive relief under the Voting Rights Act of 1965 from changes to the 8th and 9th legislative districts in Milwaukee, Wisconsin, brought about by 2011 Wisconsin Act 43. As the Plaintiff-Intervenors have previously stated, they claim no legal interest, nor do they seek relief from Act 43, an act which pertains to the state legislative boundaries. Therefore, the Plaintiff-Intervenors have no objection to the motion of the plaintiffs in *Voces de la Frontera* to consolidate the cases.

Respectfully submitted,

/s/ P. Scott Hassett
P. Scott Hassett
Attorney for the Plaintiff-Intervenors, Tammy
Baldwin, Ronald Kind and Gwendolynne Moore