# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ALVIN BALDUS, CARLENE BECHEN, ELVIRA
BUMPUS, RONALD BIENDSEIL, LESLIE W DAVIS,
III, BRETT ECKSTEIN, GLORIA ROGERS, RICHARD
KRESBACH, ROCHELLE MOORE,  AMY RISSEEUW,
JUDY ROBSON, JEANNE SANCHEZ-BELL,
CECELIA SCHLIEPP, TRAVIS THYSSEN, CINDY
BARBERA, RON BOONE, VERA BOONE,
EVANJELINA CLEERMAN, SHEILA COCHRAN,
MAXINE HOUGH, CLARENCE JOHNSON,
RICHARD LANGE, and GLADYS MANZANET

Case No. 11-CV-0562
JPS-DPW-RMD

                        Plaintiffs,

TAMMY BALDWIN, GWENDOLYNNE MOORE and
RONALD KIND,
                        Intervenor-Plaintiffs,

v.

Members of the Wisconsin Government
Accountability Board, each only in his official
capacity: MICHAEL BRENNAN, DAVID
DEININGER, GERALD NICHOL, THOMAS CANE,
THOMAS BARLAND, and TIMOTHY VOCKE, and
KEVIN KENNEDY, Director and General Counsel for
the Wisconsin Government Accountability Board,

                        Defendants,

F. JAMES SENSENBRENNER, JR., THOMAS E.
PETRI, PAUL D. RYAN, JR., REID J. RIBBLE, and
SEAN P. DUFFY,
                        Intervenor-Defendants.

VOCES DE LA FRONTERA, INC., RAMIRO VARA,
OLGA VARA, JOSE PEREZ, and ERICA RAMIREZ,

                        Plaintiffs,

v.

Case No. 11-CV-1011
JPS-DPW-RMD

Members of the Wisconsin Government
Accountability Board, each only in his official
capacity: MICHAEL BRENNAN, DAVID
DEININGER, GERALD NICHOL, THOMAS CANE,
THOMAS BARLAND, and TIMOTHY VOCKE, and
KEVIN KENNEDY, Director and General Counsel for
the Wisconsin Government Accountability Board,

ORDER

                        Defendants.

Before WOOD, *Circuit Judge*, DOW, *District Judge*, and STADTMUELLER,
*District Judge*

The plaintiffs filed a motion to amend their complaint by adding parties and correcting the spelling of the names of previously-named parties. (Docket #47). The Court has already granted this motion in part, correcting the spelling of several parties' names by text-only order. (Text-Only Order, 11/21/11). The Court will now grant the remainder of the plaintiffs' motion.

Under the Court's Scheduling Order, the plaintiffs were given ten business days after receiving the defendants' answer to amend their complaint without leave of Court. (Sch. Ord. ¶ 1). The plaintiffs' motion to amend their complaint to add parties was made within that ten-day period and, therefore, the plaintiffs are entitled to do so. (*See* Docket #29 (filed November 4, 2011), Docket #47 (filed November 18, 2011)). According to the Scheduling Order, the defendants shall now have five business days from their receipt of the plaintiffs' amended complaint to file an amended answer. (Sch. Ord. ¶ 1).

Accordingly,

IT IS ORDERED that the plaintiffs' motion to amend their complaint to add parties (Docket #47) be and the same is hereby GRANTED.

Dated at Milwaukee, Wisconsin, this 22nd day of November, 2011.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge