UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

ALVIN BALDUS, CARLENE BECHEN, ELVIRA
BUMPUS, RONALD BIENDSEI, LESLIE W.
DAVIS, III, BRETT ECKSTEIN, GEORGIA
ROGERS, RICHARD KRESBACH, ROCHELLE
MOORE, AMY RISSEEUW, JUDY ROBSON,
JEANNE SANCHEZ-BELL, CECELIA
SCHLIEPP, TRAVIS THYSSEN and
CINDY BARBERA,

          Plaintiffs,    Case No. 11-C-562
                         JPS-DPW-RMD
TAMMY BALDWIN, GWENDOLYNNE
MOORE, and RONALD KIND,

          Intervenor-Plaintiffs,

   v.

Members of the Wisconsin Government
Accountability Board, each only in his official
capacity: MICHAEL BRENNAN,
DAVID DEININGER, GERALD NICHOL,
THOMAS CANE, THOMAS BARLAND,
TIMOTHY VOCKE, and KEVIN KENNEDY,
Director and General Counsel for the Wisconsin
Government Accountability Board,

          Defendants,

F. JAMES SENSENBRENNER, JR.,
THOMAS E. PETRI, PAUL D. RYAN, JR.,
REID J. RIBBLE, and SEAN P. DUFFY,

          Intervenor-Defendants.

_____

VOCES DE LA FRONTERA, INC., RAMIRO
VARA, OLGA VARA, JOSE PEREZ, and ERICA
RAMIREZ,

                        Plaintiffs,        Case No. 11-CV-1011
                                                               JPS-DPW-RMD

            v.

Members of the Wisconsin Government
Accountability Board, each only in his official
capacity: MICHAEL BRENNAN, DAVID
DEININGER, GERALD NICHOL, THOMAS
CANE, THOMAS BARLAND, TIMOTHY
VOCKE, and KEVIN KENNEDY, Director and
General Counsel for the Wisconsin Government
Accountability Board,

                        Defendants.

---

### SUPPLEMENTAL NOTICE OF APPEARANCE
---

       PLEASE TAKE NOTICE that Patrick J. Hodan and Daniel Kelly, of the law firm Reinhart Boerner Van Deuren s.c., enter this appearance on behalf of the Defendant Members of the Wisconsin Government Accountability Board. We request that all pleadings, correspondence and other court documents be served on us via the Court's Electronic Filing System.

2

Dated this 30th day of November, 2011.

s/ Daniel Kelly
Patrick J. Hodan (WI Bar No. 1001233)
Daniel Kelly (WI Bar No. 1001941)
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-1000
phodan@reinhartlaw.com
dkelly@reinhartlaw.com

***Attorneys for the Defendant Members of the Wisconsin Government Accountability Board***