# EXPERT REPORT OF RONALD KEITH GADDIE, Ph.D.

Submitted in
*Baldus, et al., v. Brennan, et al.* 2:2011cv00562 (E. D. Wisc.)
December 13 2011

1

EXHIBIT
tabbies
H

1. My name is Ronald Keith Gaddie. I reside at 3801 Chamberlyne Way, Norman, Oklahoma, 73072. I have been retained as an expert to provide analysis of the Wisconsin Assembly and Senate districts by counsel for the members of the Wisconsin Government Accountability Board and its executive director. I am being compensated at a rate of $300.00 per hour. I am a tenured professor of political science at the University of Oklahoma. I teach courses on electoral politics, research methods, and southern politics at the undergraduate and graduate level. I am also the general editor (with Kelly Damphousse) of the journal *Social Science Quarterly*. I am the author or coauthor of several books, journal articles, law review articles, and book chapters and papers on aspects of elections, including most recently *The Triumph of Voting Rights in the South*. In the last decade I have worked on redistricting cases in several states, and I provided previous expert testimony on voting rights, redistricting, and statistical issues. I have also testified in trials or provided expertise to defendants, plaintiffs, intervenors, and jurisdictions in California, Florida, Georgia, Illinois, Louisiana, Maryland, New Mexico, New York, Oklahoma, South Dakota, Texas, Virginia, Wisconsin, and Wyoming, and appeared as an expert witness before committees of the U.S. House, the U.S. Senate, and the U.S. Commission on Civil Rights. Since 2008 I have testified in person or via affidavit in *Lepak v. City of Irving* 3:10-cv-00277 (N.D. Tex.); *Egolf, et al. v. Duran, et al* D-101-CV-2011-02942 (1st Jud. Dist. N.M.); and *Fletcher v. Lamone*, No. 8:11-CV-03220 (D. Md.). A complete list of my cases and retentions appears along with my academic background and list of publications in my attached vita (Exhibit A).

Signature:

R—l Ktth Gll

_____
Ronald Keith Gaddie
December 13, 2011

2. This report describes: equal population treatment; racial fairness and treatment of minority majority districts; delayed voting effects; treatment of political subdivisions (counties and municipalities); compactness; core constituency retention; pairing of incumbents in the Assembly and Senate districts in Act 43 of the Wisconsin Legislature; and the general features of Act 44, the U.S. Congressional district map for the state of Wisconsin.

3. Equal population treatment

The "One-Person, One-Vote" criterion looms largest in the redistricting literature and case law. The standard, initially advanced in the *Baker v. Carr* and later given name in *Gray v. Sanders*, started the reapportionment revolution. Wisconsin's 1992 and 2002 state legislative maps were crafted by the federal court. The most recent map is a legislative product. Tables 1 and 2 show

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 2 of 47   Document 131-8

population deviation data for Assembly and Senate maps, respectively, since 1992.

The 1992 Assembly plan met a 1% standard (+/-0.5%) with an overall range of deviation of 0.91 percent, with 48 districts below the ideal and 51 above the ideal. Only one district was more than a half point away from the idea. In the Senate, the 1992 plan had an overall deviation range 0.52% with 15 districts above the ideal population and 18 below the ideal. The 2002 Federal court map had an overall range of 1.59 percent, with 47 districts above the ideal, 51 below the ideal, and one exactly apportioned district. In the Senate, the overall deviation range of the 2002 map was 0.98% with 15 districts above the ideal population, 17 below, and one at the perfectly apportioned. Of the 99 Assembly districts in 2002, 77 districts were within +/- 0.5% of the ideal population; in the Senate, 32 of 33 districts fell in this range.

The application of the 2010 census to the existing district boundaries shows many districts outside legally permissible bounds; 44 of 99 Assembly seats had populations more than 5.0% above or below the ideal, as did 11 of 33 Senate districts.

Act 43 rectifies the population variations by drawing 99 Assembly districts that fall within a range of 0.76% (+0.39% to -0.37%); 56 districts are above the ideal population, 41 are below the ideal, and two districts are perfectly apportioned. In the Senate, population variations fall within a range of 0.62% (+0.35% to -0.27%); 17 districts are above the ideal population, 14 are below the ideal, and two districts are perfectly apportioned.


4. Treatment of minority majority districts

African American and Hispanic populations are of approximately equal size in Wisconsin. African Americans are 6.3% of the Wisconsin statewide population and 26.8% of the population of Milwaukee County. The state population is 5.9% Hispanic origin, and Milwaukee County is 13.3% Hispanic. The African American population is largely concentrated in Milwaukee; over 70% of the 358,280 African American Wisconsinites are in the county, and then largely in the City of Milwaukee and north of the East-West Freeway. By comparison, just 37.5% of the 335,532 Hispanic Wisconsinites live in Milwaukee County, and that population has its greatest concentration south of the East-West Freeway.

Of the existing Assembly districts, five are majority African American districts where minority voters elect a candidate of choice (5.05% of seats statewide); of the existing Senate districts, two are majority African American districts where minority voters elect a candidate of choice (6.06% of seats statewide). There is currently one majority Hispanic Assembly seat and no majority Hispanic Senate seats.

As Table 3 shows, Act 43 includes six majority African American Assembly districts and two majority African American Senate districts. Of the six Assembly districts, five are between 60.4% and 61.9% African American voting age population (VAP), and the sixth is 51.5%

3

African American (VAP). The Act includes two majority Hispanic Assembly districts that are 54.0% Hispanic VAP and 60.5% Hispanic VAP, respectively. No part of Wisconsin is subject to Section 5 of the Voting Rights Act. However if the state were covered by Section 5 the new plan would meet the non-retrogression standard used by the federal government to assess whether a proposal protects minority voting rights. The new Wisconsin Assembly plan not only avoids retrogression, it creates an additional African American district and an additional Hispanic district.

In Milwaukee County, the 2002 court-drawn baseline map had sixteen Assembly districts wholly within the county, and another three districts that crossed the county line; the county population (940,164) would have accommodated seventeen whole districts plus a third of another. African-American majority districts constituted 28.8% of the potential whole districts that could have been crafted in Milwaukee county, compared to 24.6% African American in the county population. African American majority districts were 26.3% of all districts that were wholly or partially in Milwaukee County.

Act 43 had thirteen Assembly districts wholly within the county, and another eight districts that crossed the county line; the county population (947,735) would have accommodated sixteen whole districts plus half of another. African American majority districts constitute 36.4% of the potential whole districts that could have been crafted in Milwaukee county, compared to 26.8% African American in the county population. African American majority districts are 28.6% of all districts that are wholly or partially in Milwaukee County. Under Act 43, Hispanic majority Assembly districts are 2.02% of all districts in the state, 12.1% of potential whole districts that might be drawn in Milwaukee County, and 9.5% of all districts that are wholly or partially in Milwaukee County.


5.Delayed Voting Effects

The Wisconsin legislature enjoys distinct features that must be considered in the evaluation of legislative maps. Each state Senate district is composed of three entire state Assembly districts, so changes in the Assembly districts will necessarily carry through to the Senate districts. The final evaluation of changes to districts for one chamber must be made in the context of how proposed changes affect the districts of the other chamber.

Assembly members serve two-year terms. Senators serve four-year, staggered terms with half elected in presidential years and the other half coincident with gubernatorial elections. Redistricting results in shifts of voters among Senate districts that will result in temporary delayed voting of some voters. Voters who previously resided in even-numbered Senate districts (which vote at in presidential years) but who are moved to odd-numbered Senate districts (which vote in midterm years) by redistricting will go six years without the opportunity to vote for a state senator. In Wisconsin the delayed voting issue is considered significant and is closely related to the fundamental principles of fairness and equality that underlie the dominant

4

principles of population equality and racial fairness.

The delayed voting effects of the last three redistricting efforts appear in Table 4. In 1992, the map drawn by the Federal District Court moved 257,000 persons (or about 5.25% of all persons in Wisconsin according to the 1990 census) into districts where voters would wait six years between opportunities to vote for state senator. In 2002, the Federal District Court map moved 171,163 persons (3.14% of the state population according to the 2000 census) into districts where voters would have a six-year delayed vote. In 2011, Act 43 moves 299,704 persons (5.26% of all persons in Wisconsin according to the 2010 census) into new districts that result in similar delayed voting. The number of persons per district experiencing delayed voting ranges from a low of 133 to a high of 72,431, with an average for the 17 districts involved of 17,630 persons per district. The number of people with temporarily delayed votes is numerically similar to the number observed in Oklahoma, where the most recent state Senate map moves 299,528 persons (8.0% of the state) to districts where they will be temporarily disfranchised in state Senate elections. I am currently identifying other states with similar staggered senate elections to ascertain if the Wisconsin and Oklahoma delayed voting effects are exceptional or common.

Delayed voting is not without means for the public to redress. Wisconsin is one of nineteen states that allows for recall of state elected officials.[1] This past summer, senators in nine of the sixteen even-numbered Senate districts were subject to recall, meaning that potentially numerous delayed voters who would have waited from 2008 to 2014 for the chance to vote for senator were able to exercise the franchise via recall, and therefore will not wait six years between opportunities to vote again, but only three. A total of 164,843 persons who reside in the districts who would otherwise have delayed voting also lived in districts where a recall was conducted in 2011. Accounting for the use of the recall, the actual period of delayed voting for these 164,843 persons is just three years, not six. Thus, only 134,861 persons endure the six-year voter delay.


6. Treatment of political subdivisions

Cities and counties are creatures of the state (Dillon's Rule). They can be created, consolidated, or eliminated. Wisconsin's Constitution expressly provides that county, municipality, and ward boundaries be preserved, if possible (Wisconsin Constitution, article IV). Some city and county lines must be ignored to comply with equal population standards. The Federal Court Plan of 1992 acknowledged both that preference and a preference for preserving municipal boundaries in particular in the crafting of state legislative maps.

---

[1] Alaska, Arizona, California, Colorado, Georgia, Idaho, Illinois, Kansas, Louisiana, Michigan, Minnesota, Montana, Nevada, New Jersey, North Dakota, Oregon, Rhode Island, and Washington also have election recall. Virginia has a recall petition, but the recall is made via a recall trial (similar to an impeachment) rather than a vote of the people.

5

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 5 of 47   Document 131-8

As reported in Table 5, the 1992 Federal Court map for the Assembly split 72 municipalities and the Senate map split 45 municipalities; in 2002, the Federal Court's Assembly map split 50 municipalities and the Senate map split 24 municipalities. Act 43 splits 62 municipalities in the Assembly and 37 in the Senate, which is between the numbers of municipal splits in the previous two court-ordered maps.

The 1992 Federal Court map split 47 counties in the Assembly and 35 in the Senate; in 2002, the Federal Court divided 51 counties in the Assembly and 42 in the Senate. Act 43 splits 58 counties in the Assembly and 46 in the Senate, which continues the pattern of greater numbers of counties getting split over time.

7. Compactness

A variety of statistical measures have evolved to assess compactness, though they usually reduce down to two: indicators of circular shape, and indicators of circular filling.[2] The two most widely used measures of compactness applied to legislative districts are the Perimeter-to-Area measure and the Smallest Circle score. These measures were regularly offered in post-*Shaw* litigation of the 1990s. And, traditionally, districting plans are assessed in the context of total (average) plan compactness, though the compactness of individual districts is advanced when attempting to lend context to the design of particular districts (illustrations of both measures are in Figure 1.)

> The Perimeter-to-Area (PTA) measure compares the relative length of the perimeter of a district to its area. It represents the area of the district as the proportion of the area of a circle with the same perimeter. The score ranges from 0 to 1, with a value of 1 indicating perfect compactness. This score is achieved if a district is a circle. Most redistricting software generates this measure as the Polsby-Popper statistic.

> Smallest Circle (SC) scores measure the space occupied by the district as a proportion of the space of the smallest encompassing circle, with values ranging from 0 to 1. A value of 1 indicates perfect compactness and is achieved if a district is a circle. This statistic is often termed the Reock measure by redistricting applications.[3]

Compactness scores for Act 43 appear in Table 6. The average smallest circle score for the entire Assembly map is .28 (range from .06 to .63). The average perimeter to area score for the

---

[2]Richard G. Niemi, Bernard Grofman, Carl Carlucci, and Thomas Hofeller. 1990. "Measuring Compactness and the Role of Compactness Standard in a Test for Partisan and Racial Gerrymandering." *Journal of Politics* 52: 1155-1181; see also H. P. Young. 1988. "Measuring the Compactness of Legislative Districts." *Legislative Studies Quarterly* 13: 105-115.

[3]Ernest C. Reock, Jr. 1961. "A Note: Measuring Compactness as a Requirement of Legislative Apportionment." *Midwest Journal of Political Science* 5: 70-74.

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 6 of 47   Document 131-8

Assembly map is .28 (range of .05 to .56), and the Senate map has a mean perimeter to area score of .29 (range from .06 to .58). The Assembly compactness scores are marginally lower for Act 43 than for the predecessor, court-crafted plan.[4]

8. Core constituency retention

Core retention measures the extent to which constituencies are maintained or disrupted by a proposed map. There are several ways to measure core constituency retention:

> *Simple Core Retention*: How much of district #X in the old map continues into district #X in the new map? (#X old/ N new) This approach is potentially problematic if there has been a radical renumbering of the districts. This can be used with confidence only if there is a conscious effort to keep district numbers attached to geographic areas. This almost necessarily entails giving each incumbent a district. In this instance the measure would closely correspond to incumbent-oriented core retention.[5]

> *Largest Constituency Core Retention*: In the new district, what is the largest proportion in the district that was previously together in one particular, previous district? (Figures for this retention appear in Table 7).

> *Incumbent Core Retention*: In the Incumbent's new district, what proportion of the population comes from their old district? (Figures for this retention appear in Table 8).

The average largest core retention is 66.35% in the Assembly, with a low of 30.88% and a high of 99.91%, as reported in Table 7. The average Senate core retention is 78.82% with a low of 57.89% and a high of 99.92%.

Average incumbent core retention reported in Table 8 is lower than the average for the largest core retention shown in Table 7. In the Assembly, average incumbent core retention is 61.65%, with a low of 8.55% and a high of 99.91%. The average core retention for Democratic incumbents is 54.6%, and 65.86% for Republican incumbents. The lowest Democratic incumbent core is 8.55%, the highest 99.91%; for Republicans, the low is 17.74% and the high

---

[4] The 2002 compactness scores and Senate smallest circle scores could not be generated in time for the submission of this report. They will be provided as soon as they are ready.
[5] An example of the limitations of this measure is the 1992 Georgia congressional redistricting. In that redistricting, in which Georgia gained a seat, the district of incumbent congressman Newt Gingrich (R-6) was completely dismantled, and a new district 6 created that contained none of the old district's population. Gingrich did "follow the number" and ran successfully in the new district 6.

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 7 of 47   Document 131-8

is 97.67%.

In the Senate, average incumbent core retention is 78.23%, with a low of 42.03% and a high of 99.92%. Democratic incumbent core retention averages 78.84%, compared to 77.64% for Republican incumbents. The low Democratic incumbent score is 42.03%, the high is 99.53%. Among Republican incumbents, the low is 57.97%; the high is 99.92%.

9. Incumbent pairings

There are a total of 11 Assembly pairings involving 22 incumbents. Of these pairings, three involve two Democrats; three involve two Republicans; and five involve bipartisan pairings. The incumbent pairings and the associated core retentions of the involved incumbents appear in Table 9. The Act 43 map contained ten pairings. An additional pairing occurred when Rep. Chris Taylor (D) was elected to Assembly District 48 in a July 2011 special election. Until the result of this election, more Republicans than Democrats were paired under Act 43.

10. Act 44, U.S. Congressional Map

*Equal population:* Act 44 apportions the 2010 census population of the state of Wisconsin perfectly, into eight districts with a variance of one person. Districts 3, 4, 5 6, 7, and 8 have a population of 710,873, while districts 1 and 2 have a population of 710,874.

*Racial fairness:* The total white, non-Hispanic population of Wisconsin is approximately 4,737,259 (.833 * 5,686,986 total persons). There are approximately 949,727 persons who are not Anglo whites in the state. Of these, 358,280 are African American; 335,532 are Hispanic; 130,801 are Asian American; and 56,869 are American Indians. The greatest concentration of minority voters is in Milwaukee County., where there are 514,620 non-Hispanic whites, there are approximately 253,993 African Americans; 126,048 Hispanics; 32,333 Asian Americans; and 6,634 American Indians. No one of these minority groups is sufficiently numerous to constitute the majority of a single congressional district. Act 44 maintains congressional district 4 in Milwaukee County in a configuration that includes 110,488 Hispanics and 285,413 other non-Hispanic minority voters, primarily African Americans. Hispanics make up 15.54% of the district population and other minorities make up 40.15% of the district population, for a total racial, ethnic and linguistic population that is 55.68% of the district.

8

*Treatment of political subdivisions:* The congressional map crafted under Act 44 makes 26 splits in 12 counties. Of the 72 counties in the state, only Milwaukee County (947,735) is large enough to wholly contain a congressional district. The county splits are as follows:

Chippewa: 3, 7
Dodge: 5, 6
Jackson: 3, 7
Juneau: 3, 7
Milwaukee: 1, 4 (wholly in the county), 5, 6
Monroe: 3, 7
Richland: 2, 3
Rock: 1, 2
Walworth: 1, 5
Winnebago: 6, 8
Wood: 7, 8
Waukesha: 1, 5

The following municipalities are also split by Act 44. There are a total of 32 split municipalities encompassing 64 splits:

Alma: 3, 7
Anson: 3, 7
Bayside: 4, 6
Beaver Dam: 5, 6
Beliot: 1, 2
Buena Vista: 2, 3
Butler: 4, 5
Clearfield: 3, 7
Dousman: 1, 5
Edson: 3, 7
Germantown: 3, 7
Goetz: 3, 7
Harmony: 1, 2
Hubbard: 5, 6
Janesville: 1, 2
LaGrange: 3, 7
LaPrairie: 1, 2
Libson: 3, 7

9

Lomira: 5, 6
Milton: 1, 2
New Berlin: 1, 5
Oak Grove: 5, 6
Oshkosk: 6, 8
Rock: 1, 2
Theresa: 5, 6
Tomah: 3, 7
Turtle: 1, 2
Vinland: 6, 8
Waukesha: 1, 5
Whitewater: 1, 2
Winneconne: 6, 8
Wolf River: 6, 8

*Core Retention:*
All of the congressional districts retain their incumbents, and the incumbents largely retain their districts (see Table 10). The Largest Core and the Incumbent Core are identical. The average core retention for Act 44 is 84.33%, with a high of 96.52% (District 1) and a low of 74.99% (District 5). The average core retention for Democratic incumbents is 83.70%, and 85.36% for Republican incumbents. The lowest Democratic incumbent core is 75.91%, the highest is 91.12%; for Republicans, the low is 74.99% and the high is 96.52%.

*Compactness:* Compactness scores for Act 44 appear in Table 11. The average smallest circle score is .44; for Republican incumbent districts, the average is .46; for Democratic incumbent districts, the average is .40. The average perimeter to area score is .21; for Republican incumbent districts, the average is .20; for Democratic incumbent districts, the average is .24. The map has increased compactness on the smallest circle score when compared to the previous map, while compactness has decreased on the perimeter to area score.

*Pairing of incumbents:* No incumbent members of Congress are paired in one district.

11. Conclusion

Act 43 of the Wisconsin Legislature creates districts of substantively equal population in the Assembly and the Senate. These districts are crafted to a variation of less than one percentage point. The Senate map maintains existing African American voting opportunities in the Senate,

10

and the Assembly map increases by one the number of majority African American Assembly seats, from five to six. The Assembly map also maintains the existing Hispanic opportunity in Milwaukee County and also contains a second district that is majority Hispanic by VAP and which holds out prospects for a second Hispanic opportunity in the future. Both maps are generally compact, adhere to the Wisconsin state requirement to respect county and municipal boundaries, and maintain constituency cores at an average of over 66% in the Assembly and 78% in the Senate. Assembly core retention is lower in the context of incumbency, and lower on average in Democratic incumbent districts than Republican incumbent districts. The Senate map has a delayed voting level of 5.26% -- comparable to the Federal Court map in 1992 – and subsequent to the summer 2011 recall elections over half of the persons in delayed voting areas resided in areas that had recall elections, and will vote for the Senate again in 2014.

Act 44 creates eight congressional districts with a total population deviation of one person. One of the eight districts is a combined majority minority district, which currently elects an African American incumbent, U.S. Rep. Gwen Moore. The map splits 12 counties and 32 municipalities. Every incumbent member of the delegation is placed in a continuing district and is not paired with another incumbent.

11

# Tables and Figures

Table 1: Population Deviations Under Act 43 for the Wisconsin Assembly

Assembly

| Deviation | 1992 Court* | 2002 Court** | 2002 Court*** | 2011 Act 43*** |
|---|---|---|---|---|
| >10.0% | 0 | 0 | 7 | 0 |
| 5.0 to 10.0% | 0 | 0 | 13 | 0 |
| .5 to 4.99% | 0 | 11 | 23 | 0 |
| 0-.499 | 51 | 36 | 1 | 56 |
| No deviation | 0 | 1 | 0 | 2 |
| 0 to -.499 | 47 | 40 | 3 | 41 |
| -.5 to -4.99 | 1 | 11 | 28 | 0 |
| -5.0 to -10.0% | 0 | 0 | 21 | 0 |
| < -10.0% | 0 | 0 | 3 | 0 |
| Low | -0.53% | -0.77% | -15.77% | -0.39% |
| High | +0.38% | +0.82% | +32.59% | +0.37% |
| Range | 0.91 | 1.59 | 48.36 | 0.76 |

*1990 Census

**2000 Census

***2010 Census

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 12 of 47   Document 131-8

Table 2: Population Deviations Under Act 43 for the Wisconsin Senate

| Deviation | Senate 1992 Court* | 2002 Court** | 2002 Court*** | 2011 Act 43*** |
|---|---|---|---|---|
| >10.0% | 0 | 0 | 2 | 0 |
| 5.0 to 10.0% | 0 | 0 | 3 | 0 |
| .5 to 4.99% | 0 | 1 | 9 | 0 |
| 0-.499 | 15 | 14 | 2 | 56 |
| No deviation | 0 | 1 | 0 | 2 |
| 0 to -.499 | 18 | 17 | 2 | 41 |
| -.5 to -4.99 | 0 | 0 | 9 | 0 |
| -5.0 to -10.0% | 0 | 0 | 5 | 0 |
| <-10.0% | 0 | 0 | 1 | 0 |
| Low | -0.29% | -0.47% | -11.36% | -0.27% |
| High | +0.23% | +0.51% | +14.82% | +0.35% |
| Range | 0.52 | 0.98 | 26.18 | 0.62 |

*1990 Census

**2000 Census

***2010 Census

13

Table 3: Majority-Minority Districts Under Act 43, Assembly and Senate

| District | 1992 Court | | 2002 Court | | 2011 Act 43 | |
|---|---|---|---|---|---|---|
| | African American VAP | Hispanic VAP | African American VAP | Hispanic VAP | African American VAP | Hispanic VAP |
| Assembly | | | | | | |
| 8 | | [32.8%] | | 58.3% | 6.8% | 60.5 |
| 9 | | | | [22.9%] | 6.9% | 54.0% |
| 10 | 58.7% | 4.0% | 67.1% | | 61.8% | 3.7% |
| 11 | 60.2% | 1.7% | 62.9% | | 61.9% | 3.0% |
| 12 | [18.3%] | | [32.8%] | | 51.5% | 4.2% |
| 16 | 58.3% | 4.1% | 60.5% | | 61.3% | 4.7% |
| 17 | 59.7% | 1.3% | 61.9% | | 61.3% | 3.4% |
| 18 | 59.0% | 5.2% | 56.7% | | 60.4% | 5.4% |
| Senate | | | | | | |
| 4 | [45.0%] | 2.4% | 54.2% | | 58.4% | |
| 6 | 59.0% | 3.5% | 59.6% | | 61.0% | |

[Bracketed] data are notable concentrations of minority voters illuminated by the court.

Sources:
*Prosser et al. v. Elections Board et al.,* 793 F Supp. 859 (W.D. Wis. 1992);
*Baumgart et al v. Wendelberg et al and Jensen et al,* 02-C-0366 (E.D. Wis. 2002).

14

Table 4: Senate Delayed voting Effects from Redistricting Under Act 43

|  | 1992 Court | 2002 Court | 2011 Act 43 | 2011 Act 43, Net** |
|---|---|---|---|---|
| Total Displaced Persons | 257,000 | 171,613 | 299,704 | 134,861 |
| % of State | 5.25% | 3.14% | 5.26% | 2.37% |
| Per district* | 15,117 | 10,726 | 17,630 | 16,857*** |

Sources:
*Prosser et al. v. Elections Board et al.*, 793 F Supp. 859 (W.D. Wis. 1992).
*Baumgart et al v. Wendelberg et al and Jensen et al*, 02-C-0366 (E.D. Wis. 2002).

*N = 17 for 1992 and 2011; N = 16 for 2002.
**Net delayed voting accounting for persons in areas that voted in the July and August 2011 recalls.
***Average for the eight districts that did not participate in the 2011 recall elections.

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 15 of 47   Document 131-8

Table 5: County and Municipal Splits Under Act 43

|  | 1992<br>(U.S. Court) | 2002<br>(U.S. Court) | 2011<br>(Act 43) |
|---|---|---|---|
| Assembly Municipal Splits | 72 | 50 | 62 |
| Senate Municipal Splits | 45 | 24 | 37 |
| Assembly County Splits | 47 | 51 | 58 |
| Senate County Splits | 35 | 42 | 46 |

Source: Wisconsin Legislative Reference Bureau;
*Baumgart et al v. Wendelberg et al and Jensen et al*, 02-C-0366 (E.D. Wis. 2002).

16



Figure 1: Compactness, illustrated

Case 2:11-cv-00562-JPS-DPW-RMD    Filed 02/10/12    Page 17 of 47    Document 131-8

Table 6: Compactness Scores Under Act 43, Wisconsin Assembly and Wisconsin Senate

|  | Assembly 2002 Map | Assembly 2011 Map | Senate 2002 Map | Senate 2011 Map |
|---|---|---|---|---|
| Smallest Circle |  |  |  |  |
| Average | .41 | .39 |  |  |
| Low | .18 | .20 |  |  |
| High | .63 | .61 |  |  |
|  |  |  |  |  |
| Perimeter-to-area |  |  |  |  |
| Average | .29 | .28 |  | .29 |
| Low | .06 | .05 |  | .06 |
| High | .58 | .56 |  | .58 |

18

Table 7: Largest Core Retention Under Act 43, Assembly and Senate Districts

|         | Assembly | Senate |
|---------|----------|--------|
| Average | 66.35    | 78.82  |
| Low     | 30.88    | 57.89  |
| High    | 99.91    | 99.92  |

Table 8: Incumbent Core Retention Under Act 43

|  | Assembly | Senate |
|---|---|---|
| Assembly |  |  |
| Average | 61.65% | 78.23% |
| Low | 8.55% | 42.03% |
| High | 99.91% | 99.92% |
| Democratic Incumbent | 54.60% | 78.84% |
| Low | 8.55% | 42.03% |
| High | 99.91% | 99.53% |
| Republican Incumbent | 65.86% | 77.64% |
| Low | 17.74% | 57.97% |
| High | 97.67% | 99.92% |

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 20 of 47   Document 131-8

Table 9: Incumbent Pairings Under Act 43, Wisconsin Assembly and Senate

| Act 43 District | Incumbent / 2002 District | % Deviation* | % Inc. Core** |
|---|---|---|---|
| Assembly 92 | Danou-D, 91 | -1.38% | 70.84% |
| | Radcliffe-D, 92 | +2.52% | 29.16% |
| Assembly 7 | Kiusick-D, 7 | -2.82% | 30.88% |
| | Zepnick-D, 9 | +5.98% | 13.92% |
| Assembly 76 | Pocon-D, 78 | -4.20% | 67.96% |
| | Taylor-D, 48 | +6.89% | 10.45% |
| Assembly 31 | Loudenbeck-R, 45 | +3.77% | 45.44% |
| | August-R, 32 | +4.72% | 26.20% |
| Assembly 88 | Klenke-R, 88 | +1.12% | 47.89% |
| | Jacque-R, 2 | +6.21% | 34.23% |
| Assembly 89 | Nygren-R, 89 | +6.21% | 82.26% |
| | Van Roy-R, 90 | +2.71% | 17.74% |
| Assembly 33 | Jorgensen-D, 37 | +2.65% | 45.31% |
| | Nass-R, 31 | +7.50% | 29.85% |
| Assembly 14 | Cullen-D, 13 | -6.23% | 31.81% |
| | Kooyenga-R, 14 | -8.34% | 35.80% |
| Assembly 22 | Kessler-D, 12 | -3.78% | 11.79% |
| | Pridemore-R, 99 | +10.98% | 35.66% |
| Assembly 23 | Pasch-D, 22 | -7.71% | 36.14% |
| | Ott-R, 23 | -3.82% | 36.92% |
| Assembly 61 | Steinbrink-D, 65 | +7.25% | 36.07% |
| | Kerkman-R, 66 | +7.18% | 63.93% |

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 21 of 47   Document 131-8

| | | | |
|---|---|---|---|
| Senate 21 | Wirch-D, 22 | +4.46% | 57.97% |
| | Wanggaard-R, 21 | -3.25% | 42.03% |

*Population deviation of the incumbent's previous district under the 2002 Federal Court-drawn map.
**Percentage of the new district that comes from the incumbent's previous district.

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 22 of 47   Document 131-8

Table 10: Core Retention, Congressional Districts, Act 44

| District | | Total Pop. | Retained Core | Core Percent |
|---|---|---|---|---|
| | 1 | 710,874 | 686,159 | 96.52 |
| | 2 | 710,874 | 633,024 | 89.05 |
| | 3 | 710,873 | 539,603 | 75.91 |
| | 4 | 710,873 | 647,764 | 91.12 |
| | 5 | 710,873 | 533,051 | 74.99 |
| | 6 | 710,873 | 565,950 | 79.61 |
| | 7 | 710,873 | 538,884 | 75.81 |
| | 8 | 710,873 | 651,119 | 91.59 |
| Average | | 710,873 | 599,444 | 84.33 |
| Dem. Avg. | | 710,873 | 606,797 | 83.70 |
| Rep. Avg. | | 710,873 | 595,033 | 85.36 |

23

Table 11: Compactness, Congressional Districts, Act 44

| District | 2002 Map<br>Smallest Circle | Act 44<br>Smallest Circle | 2002 Map<br>Perimeter to Area | Act 44<br>Perimeter to Area |
|---|---|---|---|---|
| 1 | 0.47 | 0.49 | 0.32 | 0.31 |
| 2 | 0.56 | 0.54 | 0.37 | 0.43 |
| 3 | 0.33 | 0.33 | 0.37 | 0.17 |
| 4 | 0.30 | 0.30 | 0.12 | 0.13 |
| 5 | 0.53 | 0.53 | 0.25 | 0.24 |
| 6 | 0.38 | 0.38 | 0.23 | 0.16 |
| 7 | 0.53 | 0.53 | 0.19 | 0.16 |
| 8 | 0.40 | 0.42 | 0.13 | 0.11 |
| Average | .42 | .44 | .25 | .21 |
| Dem. Avg. | 0.40 | 0.39 | 0.29 | 0.24 |
| Rep. Avg. | 0.46 | 0.47 | 0.22 | 0.20 |

24

RONALD KEITH GADDIE
*Curriculum Vitae*

Department of Political Science                     voc: (405) 325-4989 / fax: (405) 325-0718
The University of Oklahoma                                     email: rkgaddie@ou.edu
Norman, OK 73019                             web: faculty-staff.ou.edu/G/Ronald.K.Gaddie-1

**EDUCATION**

Ph.D., Political Science, The University of Georgia, June 1993
M.A., Political Science, The University of Georgia, December 1989
B.S., Political Science, History, The Florida State University, August 1987
A.A., Liberal Arts, The Florida State University, December 1986

**ACADEMIC EXPERIENCE**

Professor of Political Science, The University of Oklahoma (July 2003- )

> Associate Professor (July 1999-June 2003)

> Assistant Professor (August 1996-June 1999)

> Faculty Fellow, Science and Public Policy Program, Sarkeys Energy Center, the University of Oklahoma (2002- 2004)

> Editor (with Kelly R. Damphousse), *Social Science Quarterly*, July 2010-present

Research Assistant Professor of Environmental Health Sciences, Tulane University School of Public Health and Tropical Medicine (September 1994-August 1996); also adjunct Assistant Professor of Political Science, Tulane University (September 1994-August 1996)

*Freeport-McMoRan* Environmental Policy Postdoctoral Fellow, Tulane University School of Public Health and Tropical Medicine (January 1993-September 1994)

Teaching and Research Assistant, Department of Political Science, The University of Georgia (September 1987-December 1992)

**AWARDS, GRANTS, & HONORS**

*Freeport-McMoRan Post-Doctoral Fellowship*, Tulane University, 1993-1994

*Coca-Cola Foundation Summer Scholar* Faculty Mentor, Tulane University, 1995, 1996

University of Oklahoma Research Council Junior Faculty Research Award ($6,000), 1997

Junior Faculty Development Fund Research Award ($540), The University of Oklahoma, 1997

"Guest Coach", University of Oklahoma Football Team, 1997

College of Arts and Sciences Teaching and Research Award ($875), The University of Oklahoma, 1997-1998

1

College of Arts and Sciences Summer Research Fellowship ($6,000), The University of Oklahoma, 1998

*Pi Sigma Alpha Best Paper Award*, Southwestern Political Science Association Meeting, 1998, 2006

Oklahoma Honors College Undergraduate Research Mentor, Spring 1999

*Daily Oklahoman Poll*, Co-Principal Investigator with Gary W. Copeland, ($82,000), 1999-2001

*Jewell Prestage Award,* for the Best Paper on Gender, Race, Ethnicity, and Political Behavior, Southwestern Political Science Association, 2003

*The Order of Kentucky Colonels,* conferred August 16 2006

"Guest Coach", University of Oklahoma Women's Basketball Team, 2007

President-Elect, Southwestern Political Science Association, 2006-07

President, Southwestern Political Science Association, 2007-08

Society for Professional Journalists (Oklahoma PRO Chapter) award for "Best Radio Talk Program," 2008, 2009, 2010

*Julian J. Rothbaum Award* for the outstanding book published by the University of Oklahoma Press, 2009, for *The Triumph of Voting Rights in the South.*

*V. O. Key Jr. Award* for the outstanding book on Southern Politics (2011) for *The Triumph of Voting Rights in the South.*

## PROFESSIONAL CONSULTING AND PARTNERSHIPS

Managing Partner, Intelligent Robotic Solutions LLC, (Oklahoma City, OK) January 2010-present

Consulting Senior Vice-President, Shapard Research LLC (Oklahoma City, OK), January 2009-present

Partner, TVPoll.com PC (Oklahoma City), September 2006-present (consulting expert, June-September 2006)

Partner, Soonerpolitics.com, September 2006-2008 (sole proprietor, May 2004-September 2006)

Consulting expert, Phoenix Consulting (Oklahoma City, OK) September 2005-2007

Consulting expert (*of Counsel*), Wilson Research Strategies (Washington DC, Austin, & Oklahoma City), OK, 2004-2006

Adjunct Professor of Management, Central Michigan University, March 1995-July 1996

Electoral/Demographics, June 1988-December 1992 (Programmer and analyst)

Legislative Aide, Rep. John F. Cosgrove, Florida House of Representatives, April-July 1987

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 26 of 47   Document 131-8

# TEACHING

### The University of Oklahoma (1996- )
Graduate Courses:
Analysis for Political and Public Administration
Data
Congress in the Political System
Environmental Policy and Administration
Federalism and Intergovernmental Relations
Games, Decisions, and Policy
Intermediate Data Analysis
Legislative Politics
Mass Politics and Realignment
Mediating Political Institutions
Problems in Implementation
Problems in Political Behavior
Public Budgeting and Finance
Public Policy Analysis
Public Policy Problems
Southern Politics
Problems in the Law and Constitution: Voting
Rights

Ph.D. Dissertations:
Scott E. Buchanan. 1999. *Perspectives on the Racial Threat Hypothesis: Testing a Theory of Southern Politics*. Norman, OK: The University of Oklahoma. Joshua Stockley. 2005. *State Party Organizations as Campaign Service Providers: A Three-State Study of Candidate and Party Perceptions*. Norman, OK: The University of Oklahoma.

Undergraduate:
American Federal Government
American Federal Government (Honors)
American Political Processes
Environmental Policy and Administration
Freshman Seminar: The Presidential Campaign
Freshman Seminar: Hollywood Politics
Measurement and Analysis for Public
Administration
Politics in America: Generational Politics
Politics in Film
Practical Political Analysis
Public Opinion
Capstone Seminar: American Politics in Film &
Literature
Southern Politics
Voters and Campaigns

Other Supervision:
Approximately sixty-five M.P.A. projects, M.A. project papers, or M.A. theses supervised since 1997. Service on approximately forty Ph.D. committees, including six in communications, seven in economics, one in sociology, four in organizational leadership.

### Tulane University (1993-1996)
Graduate:
Seminar in Quantitative Research Methods
Environmental Policy and Management

Undergraduate:
American Politics (Honors)
Environmental Politics
Global Environmental Politics (Honors)

### The University of Georgia (1987-1992)
Undergraduate:
American Federal Government

Political Science Research Methods

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 27 of 47   Document 131-8

## PUBLICATIONS

### Books

Charles S. Bullock III and Ronald Keith Gaddie. 2010. *Georgia Politics in a State of Change.* New York: Pearson/Longman.

--2d edition, 2012.

Charles S. Bullock III and Ronald Keith Gaddie. 2009. *The Triumph of Voting Rights in the South.* Norman, OK: The University of Oklahoma Press.

Ronald Keith Gaddie. 2004. *Born to Run: Origins of the Political Career.* Lanham, Md: Rowman and Littlefield Press.

Ronald Keith Gaddie and Charles S. Bullock, III. 2000. *Elections to Open Seats In The U.S. House: Where the Action Is.* Lanham, Md.: Rowman and Littlefield Press.

Ronald Keith Gaddie and James L. Regens. 2000. *Regulating Wetlands Protection: Environmental Federalism and the States.* Albany: State University of New York Press.

Gary W. Copeland, Ronald Keith Gaddie, and Craig A. Williams. 1998. *The Almanac of Oklahoma Politics 1998.* Stillwater, Oklahoma: OPSA Press. Also published as *Oklahoma Politics: Special Issue,* 6 [1997].

--2d edition, 1999. *The Almanac of Oklahoma Politics 2000.* Edmond, OK, OPSA Press.

--3d edition, 2001. *The Almanac of Oklahoma Politics 2002.* Norman, OK: The Carl Albert Center for Congressional Studies.

James L. Regens and Ronald Keith Gaddie. 1995. *The Economic Realities of Political Reform: Elections and the U.S. Senate.* New York: Cambridge University Press.

--Paperback edition, 2005.


### Edited Volumes

Donald P. Haider-Markel, general editor; Michael Card, Ronald Keith Gaddie, Gary Moncrief, Kenneth Palmer, regional editors. 2008. *The Political Encyclopedia of U.S. States and Regions.* Washington, DC: Congressional Quarterly Press.

John C. Kuzenski, Charles S. Bullock, III and Ronald Keith Gaddie (editors). 1995. *David Duke and the Politics of Race in the South.* Nashville: Vanderbilt University Press.


### Academic Books In Progress

Ronald Keith Gaddie and Charles S. Bullock III. *DeLayed Democracy: The Texas Redistricting War 2001-2006.* Norman, OK: The University of Oklahoma Press (under contract).

Ronald Keith Gaddie and Bill Shapard. *Red State Rising: The New Oklahoma Politics.* Norman, OK: The University of Oklahoma Press (under contract).

Thomas R. Dye and Ronald Keith Gaddie. 2013. *Politics in America, 10th edition.* New York: Pearson (under contract).

4

*Trade and Popular Books*

Scott Cooper & Keith Gaddie. 2011. *OU Football IQ.* Jacksonville, FL:. Black Mesa Publishing.

Keith Gaddie. 2010. *Ghosts on Vintners Landing: A Novel.* Jacksonville, FL:. Black Mesa Publishing.

Keith Gaddie & Kim Gaddie. 2009. *Georgia Football IQ.* Jacksonville, FL:. Black Mesa Publishing.

David Horne - Daniel Brush - Marc CB Maxwell & Keith Gaddie. 2008. *University of Georgia Football.* New York: Savas Beatie.

*Articles*

Ronald Keith Gaddie, Justin J. Wert, and Charles S. Bullock, III. Forthcoming. Seats, Votes, Citizens, and History in the One-Person, One-Vote Problem. *Stanford Law and Policy Review* 23 (Spring 2012).

Charles S. Bullock III, Justin J. Wert, and Ronald Keith Gaddie. 2011. 'Of Benedick and Beatrice': *Citizens United* and the Rein of the Laggard Court. *Cornell Journal of Law and Public Policy* 20(3): 719-737.

Charles S. Bullock III, Ronald Keith Gaddie, and Justin J. Wert. 2009. Electoral College Reform and Voting Rights. *Faulkner Law Review* 1 (1): 89-134.

Ronald Keith Gaddie and Charles S. Bullock, III. 2007. From *Ashcroft* To *Larios*: Recent Redistricting Lessons from Georgia. *Fordham Urban Law Journal* 34 (April): 997-1048.

Charles S. Bullock III and Ronald Keith Gaddie. 2007. Voting Rights Progress in Georgia. *New York University Journal of Legislation and Public Policy* 10 (Spring): 1-49.

Ronald Keith Gaddie and Charles S. Bullock III. 2007. Campaign Finance Reform as the New Political Thicket of the Supreme Court. *NeXus: A Journal of Opinion* 12: 43-55.

Charles S. Bullock III and Ronald Keith Gaddie. 2007. Good Intentions and Bad Social Science Meet in the Renewal of the Voting Rights Act. *Georgetown Journal of Law & Public Policy* 5 (Winter): 1-27.

Ronald Keith Gaddie and Charles S. Bullock III. 2006. (Pre)clarifying the Muddy Red Waters of the Texas Redistricting War. *Engage: The Journal of the Federalist Society's Practice Groups.* 7 (2, October): 98-104.

Charles S. Bullock, III, Donna R. Hoffman, and Ronald Keith Gaddie. 2006. Regional Variations in the Realignment of American Politics, 1944-2004. *Social Science Quarterly* 87 (September): 494-518.

Jocelyn Jones Evans, Lynsey Morris, and Ronald Keith Gaddie. 2006. Wallace and the 1972 Florida Democratic Presidential Primary: Examining Racial Threat with Individual-Level and Aggregate-Level Data. *Florida Political Chronicle* 17 (Spring): 1-11.

Charles S. Bullock, III, Ronald Keith Gaddie, and Ben Smith. 2005. White Voters, Black Representative, and Candidates of Choice. *American Review of Politics* 26 (Fall): 267-289.

Charles S. Bullock III, Donna R. Hoffman, and Ronald Keith Gaddie. 2005. The Consolidation of the Southern White Vote. *Political Research Quarterly* 58 (June): 231-243.

Ronald Keith Gaddie. 2004. The Texas Redistricting, Measure for Measure. *Extensions: A Journal of the Carl Albert Congressional Research and Studies Center* (Fall 2004): 19-24.

Ronald Keith Gaddie. 2004. Restoring the U.S. House of Representatives: A Skeptical Look at Current Proposals. *Cato Policy Analysis* 510 (February 17): 1-14.

Charles S. Bullock, III, Ronald Keith Gaddie, and Anders Ferrington. 2002. System Structure, Campaign Stimuli, and Voter Falloff in Runoff Primaries. *The Journal of Politics* 64 (4, November): 1210-1224.

Kim U. Hoffman, Carrie Palmer, and Ronald Keith Gaddie. 2002. Candidate Sex and Congressional Elections

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 29 of 47   Document 131-8

Outcomes: A Longitudinal Look Through the Open Seats. *Women & Politics* 23 (1 & 2): 37-58.; appears in Karen O'Connor, ed. 2002. *Women and Congress: Running, Winning, and Ruling.* Binghampton, NY: Haworth Press.

James W. Douglas and Ronald Keith Gaddie. 2002. State Rainy Day Funds and Fiscal Crises: Rainy Day Funds and the 1990-1991 Recession Revisited. *Public Budgeting and Finance* 22 (Winter): 19-30.

Charles S. Bullock, III, Ronald Keith Gaddie, and Anders Ferrington. 2001. When Experience Fails: The Experience Factor in Congressional Runoffs. *Legislative Studies Quarterly.* 26 (February): 31-43.

Ronald Keith Gaddie and Lesli E. McCollum. 2000. An Applied Surge-slump Technique for Estimating the Incumbency Advantage. *The American Review of Politics* 21 (Fall & Winter): 273-297.

Ronald Keith Gaddie, Kim U. Hoffman, and Carrie Palmer. 2000. Congressional Elections Beyond the Year of the Woman: A Research Update. *Social Science Quarterly* 81 (September): 879-884.

Ronald Keith Gaddie, Jonathan D. Mott, and Shad D. Satterthwaite. 1999. Partisan Dimensions to Corporate Realignment in Congressional Campaign Finance. *Public Integrity* 1(4): 7-41.

Ronald Keith Gaddie, Charles S. Bullock, III, and Scott E. Buchanan (with the assistance of Andrew Hicks). 1999. What Is So Special About Special Elections? *Legislative Studies Quarterly* 24 (February): 103-112.

Ronald Keith Gaddie and Jonathan D. Mott. 1998. The 1996 Open Seat Congressional Elections. *Social Science Quarterly* 79 (June): 445-455.

Ronald Keith Gaddie, Russell Keith Johnson, and John K. Wildgen. 1998. Geographic Information Systems and Social Policy Formulation. *Studies in the Social Sciences* 19 (April): 101-114.

Charles S. Bullock, III, and Ronald Keith Gaddie. 1997. Contestation and Turnout in Multi-Member and Single-Member Districts. *Southeastern Political Review* 25 (4):1-16.

Ronald Keith Gaddie and Scott E. Buchanan. 1997. Shifting Partisan Alignments in Oklahoma. *Oklahoma Politics: Special Issue* 6 (October): 25-32; appears in Gary W. Copeland, Ronald Keith Gaddie, and Craig A. Williams (General Editors). 1997. *The Almanac of Oklahoma Politics* 1997-1998. Stillwater, OK: OPSA Press.

Ronald Keith Gaddie. 1997. Congressional Seat Swings: Revisiting Exposure in House Elections. *Political Research Quarterly* 50 (September): 675-686.

Ronald Keith Gaddie and Charles S. Bullock, III. 1997. Structural and Elite Features in Open Seat and Special Elections: Is There a Sexual Bias? *Political Research Quarterly* 50 (June): 457-466.

Ronald Keith Gaddie and James L. Regens. 1997. Economic Interest Group Allocations in Open Seat Senate Elections. *American Politics Quarterly* 25 (June): 347-362.

Ronald Keith Gaddie. 1996. Pragmatism and the Corporate Shift in Political Action: An Alternative Perspective. *Social Science Quarterly* 77 (December): 924-928.

Ronald Keith Gaddie and John C. Kuzenski. 1996. Institutional and Personal Legislative Specialization in the United States Senate. *Southeastern Political Review* 24 (March): 3-19.

Ronald Keith Gaddie and Charles S. Bullock, III. 1995. Congressional Elections and the Year of the Woman: Structural and Elite Influence on Female Candidacies. *Social Science Quarterly* 76 (December): 749-762.

Ronald Keith Gaddie. 1995. Negating the Democratic Party Advantage in Open Seat Elections -- A Research Update. *Social Science Quarterly* 76 (September): 673-680.

Ronald Keith Gaddie. 1995. Investing in the Future: Economic Political Action Committee Contributions to Open Seat House Candidates. *American Politics Quarterly* 23 (July): 339-354.

Ronald Keith Gaddie. 1995. Is There an Inherent Democratic Party Advantage in U.S. House Elections?

Case 2:11-cv-00562-JPS-DPW-RMD    Filed 02/10/12    Page 30 of 47    Document 131-8

Evidence from the Open Seats. *Social Science Quarterly* 76 (March): 203-212.

James L. Regens, Ronald Keith Gaddie, and Brad Lockerbie. 1995. The Electoral Consequences of Voting to Declare War. *Journal of Conflict Resolution* 39 (March): 168-182.

Charles S. Bullock, III, and Ronald Keith Gaddie. 1994. Runoffs in Jesse Jackson's Backyard. *Social Science Quarterly*, 75 (September): 446-454.

James L. Regens, Ronald Keith Gaddie, and Euel Elliott. 1994. Corporate Campaign Contributions and Rent Provision in Senate Elections. *Social Science Quarterly* 75 (March): 152-165.

Charles S. Bullock, III, and Ronald Keith Gaddie. 1993. Changing from Multi-Member to Single-Member Districts: Partisan, Racial, and Gender Impacts. *State and Local Government Review* 25 (Fall): 155- 163.

James L. Regens, Ronald Keith Gaddie, and Euel Elliott. 1993. Member Attributes and Corporate Contributions to U.S. Senators: Do Environmental Compliance Costs Matter? *Canadian Journal of Political Science* 26 (June): 331-341.

James L. Regens, Euel W. Elliott, and Ronald Keith Gaddie. 1991. Regulatory Costs, Committee Jurisdiction, and Corporate PAC Contributions, *Social Science Quarterly*, 72 (December): 751-760.

*Chapters*

Ronald Keith Gaddie. 2011. Realignment. In Charles S. Bullock III and Mark J. Rozell, eds., *The Oxford Handbook of Southern Politics*. New York: Oxford University Press.

Ronald Keith Gaddie and Justin Wert. 2011. Before KKV, V.O. Key: *Southern Politics* and Social Science Methodology. In Todd G. Shields, ed., *Unlocking V. O. Key's Southern Politics*. Little Rock: University of Arkansas Press.

Ronald Keith Gaddie and John William Shapard. 2010. Oklahoma: Red State Rising. In Charles S. Bullock, III and Mark Rozell (eds.) *The New Politics of the Old South (4th)*. Lanham, MD: Rowman and Littlefield Press.

Ronald Keith Gaddie. 2010. The Democratic Party of Oklahoma. In *The Encyclopedia of Oklahoma History and Culture*. Oklahoma City: Oklahoma Historical Society.

Ronald Keith Gaddie. 2010. The Republican Party of Oklahoma. In *The Encyclopedia of Oklahoma History and Culture*. Oklahoma City: Oklahoma Historical Society.

Ronald Keith Gaddie and Michael D. Jones. 2009. Tennessee: Cracker Barrel Realignment. In Branwell DuBose Kapeluck, Lawrence W. Moreland, and Robert P. Steeed, eds., *A Paler Shade of Red: The 2008 Presidential Election in the South*. Fayetteville, AR: University of Arkansas Press.

Ronald Keith Gaddie. 2008. The South. In Donald P. Haider-Markel, editor, *Political Encyclopedia of U.S. States and Regions*. Washington, DC: Congressional Quarterly.

Ronald Keith Gaddie and Michael D. Jones. 2008. New South? Diverse Politics in States of Dynamic Change. In Todd G. Shields and Shannon G. Davis, eds., *New Voices of the Old South: How Women and Minorities Influence Southern Politics*. Tallahassee, FL: Florida State University John Scott Daily Florida Institute of Government

Ronald Keith Gaddie and Michael D. Jones. 2008. Tennessee: A Quiet Sort of Inequality. In Todd G. Shields and Shannon G. Davis, eds., *New Voices of the Old South: How Women and Minorities Influence Southern Politics*. Tallahassee, FL: Florida State University John Scott Daily Florida Institute of Government.

Gary W. Copeland, Rebecca J. Cruise, and Ronald Keith Gaddie. 2006. Oklahoma: Evangelicals and the Secular Realignment. In Charles S. Bullock, III and Mark Rozell (eds.) *The New Politics of the Old South (3d)*. Lanham, MD: Rowman and Littlefield Press.

7

Charles S. Bullock III, Rebecca J. Cruise, and Ronald Keith Gaddie. 2005. Sessions versus Frost in the Texas 32d District. In Robert Dewhirst and Sunil Ahuja, eds., *The Roads to Congress 2004*. Boca Raton, FL: Nova University Press.

Ronald Keith Gaddie, with Jennifer Christol, Charles Mullin, Katherine Thorne, and Benjamin Wilson. 2005. Issue Advocacy in the 2004 Oklahoma Senate Election. In David Magelby, J. Quin Monson, and Kelly D. Patterson, eds., *Dancing Without Partners: How Candidates, Parties and Interest Groups Interact in the New Campaign Finance Environment*. Provo: Center for the Study of Elections and Democracy.

Ronald Keith Gaddie and Charles S. Bullock, III. 2003. Bob Barr and John Linder (versus Tom Murphy) in Georgia's 7th District. In Sunil Ahuja and Robert Dewhirst (eds.) *The Road to Congress 2002*. Chicago: Wadsworth Publishers.

Robert Dewhirst and Ronald Keith Gaddie. 2003. The 2000 Congressional Elections: Tradition Meets Competition in the New Age. In Robert P. Watson and Colton C. Campbell, Eds., *Campaigns & Elections: Issues, Concepts, and Cases*. Boulder, CO: Lynne Rienner Publishers.

Ronald Keith Gaddie and Gary W. Copeland. 2003. Oklahoma: God and the Grassroots. In Charles S. Bullock, III and Mark Rozell (eds.) *The New Politics of the Old South (2d)*. Lanham, MD: Rowman and Littlefield Press.

Melody Huckaby and Ronald Keith Gaddie. 2001. Carson Defeats Ewing in Oklahoma's 2d District. In Sunil Ahuja and Robert Dewhirst (eds.) *The Road to Congress 2000*. Chicago: Wadsworth Publishers.

Ronald Keith Gaddie and Gary W. Copeland. 2001. Partisan Trends in Oklahoma. In Gary W. Copeland, Ronald Keith Gaddie, and Craig A. Williams (General Editors), *The Almanac of Oklahoma Politics 2002*. Norman, OK: Carl Albert Center for Congressional Studies and Research.

Ronald Keith Gaddie and Donna R. Hoffman. 2001. Critical Events in Contemporary Southern Politics: Dynamic Growth and Partisan Percolation. In John C. Kuzenski, Laurence W. Moreland and Robert P. Steed (eds.). *Eye of The Storm: The South And Congress in an Era of Change*. Westport, CT: Praeger Press.

Ronald Keith Gaddie and Lesli McCollum. 2000. Money and the Incumbency Advantage in US House Elections. In Joseph Zimmerman and Wilma Rule (eds.) *This U.S. House of Representatives: Renovate or Rebuild?* Westport, CT: Praeger Press.

Ronald Keith Gaddie. 1999. Nickles, Defeats Carroll in Oklahoma. In Robert Dewhirst and Sunil Ahuja (eds.) *The Road to Congress 1998*. Chicago: Wadsworth Publishers.

Ronald Keith Gaddie. 1999. Party Building and Republican Growth in Oklahoma. In Gary W. Copeland, Ronald Keith Gaddie, and Craig A. Williams (General Editors). 1999. *The Almanac of Oklahoma Politics 2000*. Edmond, OK: OPSA Press.

Ronald Keith Gaddie and Scott E. Buchanan. 1998. Oklahoma: Realignment in the Buckle of the Bible Belt. In Charles S. Bullock, III and Mark Rozell (eds.) *The New Politics of the Old South: An Introduction to Southern Politics*. Lanham, MD: Rowman and Littlefield Press.

Ronald Keith Gaddie and Charles S. Bullock, III. 1997. Voter Turnout and Candidate Participation Effects of Affirmative-Action Districting. In Robert Steed, Laurence Moreland, and Tod Baker, eds., *Southern Parties and Elections: Studies in Regional Change*. Tuscaloosa: University of Alabama Press.

Ronald Keith Gaddie, David Barnhill, and James L. Regens. 1997. J. Horace McFarland. In Richard Harmond and G. A. Cevasco, eds., *American Environmentalists: A Selective Autobiographical Encyclopedia, 1850-1990*. New York: Scarecrow Press.

David Barnhill, Ronald Keith Gaddie, and James L. Regens. 1997. Joseph Grinnell. In Richard Harmond and G. A. Cevasco, eds., *American Environmentalists: A Selective Autobiographical Encyclopedia, 1850-1990*. New York: Scarecrow Press.

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 32 of 47   Document 131-8

David Barnhill, Ronald Keith Gaddie, and James L. Regens. 1997. Clarence Dutton. In Richard Harmond and G. A. Cevasco, eds., *American Environmentalists: A Selective Autobiographical Encyclopedia, 1850-1990*. New York: Scarecrow Press.

Charles S. Bullock, III, Ronald Keith Gaddie, and John C. Kuzenski. 1995. The Candidacy of David Duke as a Stimulus to Black Voting. In John C. Kuzenski, Charles S. Bullock, III and Ronald Keith Gaddie (editors), *David Duke and the Politics of Race in the South*. Nashville: Vanderbilt University Press.

Susan A. MacManus and Ronald Keith Gaddie. 1993. Florida. In Leroy Hardy, Alan Heslop, and George S. Blair, eds., *Redistricting in the 1980s: A 50-State Survey*. Claremont, CA: The Rose Institute of State and Local Government.

Charles S. Bullock, III, and Ronald Keith Gaddie. 1993. Georgia. In Leroy Hardy, Alan Heslop, and George S. Blair, eds., *Redistricting in the 1980s: A 50-State Survey*. Claremont, CA: The Rose Institute of State and Local Government.

Charles S. Bullock, III, and Ronald Keith Gaddie. 1991. Changing from Multi-Member to Single-Member Districts: The Florida Case. In Susan A. MacManus, ed., *Reapportionment and Representation in Florida: A Historical Collection*. Tampa: Intrabay Innovation Institute.

Susan A. MacManus and Ronald Keith Gaddie. 1991. Reapportionment in Florida: The Stakes Keep Getting Higher. In Susan A. MacManus, ed., *Reapportionment and Representation in Florida: A Historical Collection*. Tampa: Intrabay Innovation Institute.


*Monographs*

Charles S. Bullock III and Ronald Keith Gaddie. 2006. *An Assessment of Voting Rights Progress in Alabama*. Washington, DC: American Enterprise Institute Policy Series.

Charles S. Bullock III and Ronald Keith Gaddie. 2006. *An Assessment of Voting Rights Progress in Arizona*. Washington, DC: American Enterprise Institute Policy Series.

Charles S. Bullock III and Ronald Keith Gaddie. 2006. *An Assessment of Voting Rights Progress in New York*. Washington, DC: American Enterprise Institute Policy Series.

Charles S. Bullock III and Ronald Keith Gaddie. 2006. *An Assessment of Voting Rights Progress in Oklahoma*. Washington, DC: American Enterprise Institute Policy Series.

Charles S. Bullock III and Ronald Keith Gaddie. 2006. *An Assessment of Voting Rights Progress in Tennessee*. Washington, DC: American Enterprise Institute Policy Series.

Charles S. Bullock III and Ronald Keith Gaddie. 2006. *An Assessment of Voting Rights Progress in Arkansas*. Washington, DC: American Enterprise Institute Policy Series.

Charles S. Bullock III and Ronald Keith Gaddie. 2006. *An Assessment of Voting Rights Progress in Mississippi*. Washington, DC: American Enterprise Institute Policy Series.

Charles S. Bullock III and Ronald Keith Gaddie. 2006. *An Assessment of Voting Rights Progress in California*. Washington, DC: American Enterprise Institute Policy Series.

Charles S. Bullock III and Ronald Keith Gaddie. 2006. *An Assessment of Voting Rights Progress: Alaska, Michigan, New Hampshire, South Dakota*. Washington, DC: American Enterprise Institute Policy Series.

Charles S. Bullock III and Ronald Keith Gaddie. 2006. *An Assessment of Voting Rights Progress in North Carolina*. Washington, DC: American Enterprise Institute Policy Series.

Charles S. Bullock III and Ronald Keith Gaddie. 2005. *An Assessment of Voting Rights Progress in Florida*. Washington, DC: American Enterprise Institute Policy Series.

Charles S. Bullock III and Ronald Keith Gaddie. 2005. *An Assessment of Voting Rights Progress in Georgia.* Washington, DC: American Enterprise Institute Policy Series.

Charles S. Bullock III and Ronald Keith Gaddie. 2005. *An Assessment of Voting Rights Progress in Louisiana.* Washington, DC: American Enterprise Institute Policy Series.

Charles S. Bullock III and Ronald Keith Gaddie. 2005. *An Assessment of Voting Rights Progress in South Carolina.* Washington, DC: American Enterprise Institute Policy Series.

Charles S. Bullock III and Ronald Keith Gaddie. 2005. *An Assessment of Voting Rights Progress in Texas.* Washington, DC: American Enterprise Institute Policy Series.

Charles S. Bullock III and Ronald Keith Gaddie. 2005. *An Assessment of Voting Rights Progress in Virginia.* Washington, DC: American Enterprise Institute Policy Series.

Charles S. Bullock III and Ronald Keith Gaddie. 2005. *Coverage Under Section 5, Retrogression, and the Difference with Section 2.* Washington, DC: American Enterprise Institute Policy Series.

Sally O'Connor, Jane Cromartie, Ronald Keith Gaddie, and Nina Joshi. 1995. *Inventory of Public Concerns at the Savannah River Site: CERE Public Concerns Report Volume VI.* Washington, DC: Consortium for Environmental Risk Evaluation for U.S. Department of Energy.

Sally O'Connor, Jane Cromartie, Eileen Jones, David Barnhill, Ronald Keith Gaddie, and Nina Joshi. 1995. *Inventory of Public Concerns at the U.S. Department of Energy's Nuclear Weapons Complex: CERE Interim Public Concerns Report to the U.S. Department of Energy.* Washington, DC: Consortium for Environmental Risk Evaluation for U.S. Department of Energy.

### *Reviews & Communications*

*Atlanta Journal-Constitution,* September 7 2003, 7F

*At-Large* (Fall 1998) 1-4

*Extension of Remarks* (December 1996): 7-8

Book Reviews: *American Review of Politics* (December 1999), *Social Science Quarterly* (1993)

## TECHNICAL & EXPERT REPORTS

Ronald Keith Gaddie. 2010. Supplemental Analysis. Submitted in *Lepak v. City of Irving, Texas;* No. 03-CV-0277P (Northern District of Texas) September 12 2010.

Ronald Keith Gaddie. 2010. *EXPERT REPORT OF RONALD KEITH GADDIE, Ph.D.* Submitted in *Lepak v. City of Irving, Texas;* No. 03-CV-0277P (Northern District of Texas) June 7 2010.

Ronald Keith Gaddie. 2007. *Supplemental Report Of Ronald Keith Gaddie Ph.D.* Submitted in *U.S. v. Port Chester,* No. 06 Civ. 15173 (Southern District of New York). May 14 2007

'Ronald Keith Gaddie. 2007. *Report of Ronald Keith Gaddie, Ph.D.* Submitted in *U.S. v. Port Chester,* No. 06 Civ. 15173 (Southern District of New York). January 20, 2007

Ronald Keith Gaddie. 2006. *Report of Ronald Keith Gaddie, Ph.D.* Submitted in *Large v. Fremont County, Wyoming,* No. 05-CV-270J (D.Wy.) November 2, 2006.

Ronald Keith Gaddie. 2006. *Supplemental Testimony.* Submitted to the United States Senate Committee on the Judiciary in Response to Written Questions received from Senators Coburn, Cornyn and Kohl, June 16, 2006.

Charles S. Bullock III and Ronald Keith Gaddie. 2006. *Impact of Using Non-Hispanic White Data.* Prepared for submission to the American Enterprise Institute and the United States Senate Judiciary Committee, May 24 2006.

Ronald Keith Gaddie. 2006. *On the Need for Renewal of Section 5 of the Voting Rights Act.* Prepared for presentation to United States Senate Judiciary Committee, Hearing on "The Continuing Need for Section 5 Preclearance." Washington, DC May 16 2006.

Ronald Keith Gaddie. 2006. *Supplemental Rebuttal Rejoinder To The Supplemental Rebuttal Declaration Of Theodore S. Arrington Ph.D.* Prepared for Osceola County, Florida, for submission in *United States of America v. Osceola County, Florida,* April 30 2006.

Ronald Keith Gaddie. 2006. *Rebuttal Report Of Ronald Keith Gaddie Ph.D.* Prepared for Osceola County, Florida, for submission in *United States of America v. Osceola County, Florida,* April 3 2006

Ronald Keith Gaddie. 2006. *Report Of Ronald Keith Gaddie Ph.D.* Prepared for Osceola County, Florida, for submission in *United States of America v. Osceola County, Florida,* March 3 2006

Ronald Keith Gaddie.2005. *The Renewal of Section 5 of the Voting Rights Act: Some Facts and Some Thoughts.* Prepared for presentation to United States House of Representatives Judiciary Committee, Sub-committee on the Constitution Oversight Hearing on "The Voting Rights Act: The Continuing Need for Section 5." Washington, DC October 25 2005.

Ronald Keith Gaddie.2005. *The Problem, the Opportunity, and Some Thoughts for Discussion of the Renewal of Section 5 of the Voting Rights Act.* Prepared for presentation to the United States Commission on Civil Rights, Washington, DC October 7 2005.

Ronald Keith Gaddie. 2005. *Evaluation of the Prospective Performance of At-large Cumulative Voting Versus Single-member Districts in the Election of the Commission of Charles Mix County, South Dakota.* Prepared for Gunderson, Palmer, Goodsell, and Nelson LLP and the County of Charles Mix, SD, March 25 2005.

Ronald Keith Gaddie. 2004. *Oklahoma State Senate Competitiveness Analysis.* Prepared for Wilson Research Strategies, December 29 2004.

Ronald Keith Gaddie. 2004. *Magazu Senate Candidacy Feasibility Analysis.* Prepared for Wilson Research Strategies, December 13 2004.

Ronald Keith Gaddie. 2004. *Strategic Analysis: Colorado Springs Convention Center Task Force Survey.* Prepared for Wilson Research Strategies, December 5 2004..

Ronald Keith Gaddie. 2003. *Expert Report of Ronald Keith Gaddie, Ph.D.* In *Sessions v. Perry* (2:03-CV-354, United States Federal Court for the Eastern District of Texas, 2003). Prepared for the State of Texas, November 21, 2003.

Ronald Keith Gaddie. 2003. *Expert Report of Ronald Keith Gaddie, Ph.D. In Larios, et al., v. Perdue, et al.,* (United States District Court for the Northern District of Georgia, Atlanta Division, 1:03-cv-0693). Prepared for the Republican Party of Georgia, October 27, 2003.

Ronald Keith Gaddie. 2003. *Affidavit of Ronald Keith Gaddie.* In *Cottier et al. v. City of Martin,* South Dakota. (United States Federal Court, District of South Dakota, Western Division, civ.02-5021). Prepared for the City of Martin, South Dakota, September 30, 2003, in support of a Daubert challenge.

Ronald Keith Gaddie. 2003. "An Evaluation of Racial Polarization and the Election of Minority Legislative Candidates of Choice in the Vicinity of Virginia Congressional Districts 3 and 4." Prepared for *Hall v. Commonwealth,* June 2003.

Ronald Keith Gaddie. 2002. *Expert Report of Ronald Keith Gaddie, Ph.D. [Evaluation of Kankakee County, Ill. County Commission Districts].* In *Jackson v. County of Kankakee, Ill.* (United States Federal Court, Central District of Illinois, Urbana Division, 01-cv-01-2295). Prepared for the Kankakee County Commission. October 4,

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 35 of 47   Document 131-8

2002.

Ronald Keith Gaddie. 2002. *Assessment of Minority Vote Dilution in the 2002 Bexar County Republican Primary.* Prepared for the Bexar County Republican Primary. July 20 2002.

Ronald Keith Gaddie. 2002. *An Evaluation of Voter Participation and Vote Choice in Proposed Congressional Districts 3 and 4, Sb-8 (Crittenden Plan).* Prepared for the Attorney General of Virginia. June 6 2002.

Ronald Keith Gaddie. 2002. *An Evaluation of Voter Participation and Vote Choice in Virginia's 4th Congressional District.* Prepared for the Attorney General of Virginia. May 30 2002.

Ronald Keith Gaddie. 2002. *Expert Report of Ronald Keith Gaddie Ph.D. [Evaluation of proposed Oklahoma Congressional Districts].* In *Armstrong v. Taylor et al,* (State Court of Oklahoma for Oklahoma County, 2002). Prepared for the Oklahoma House of Representatives and Senate. April 19 2002.

Ronald Keith Gaddie. 2002. *Expert Report of Ronald Keith Gaddie [Wisconsin Assembly and Senate Districts].* In *Jensen & Panzer v. State Election Board* (Case No. 01-C-121 United States Federal Court for the Eastern District of Wisconsin, 2002). Prepared for the Speaker of the Wisconsin Assembly and Wisconsin Senate Republicans. March 13 2002.

Ronald Keith Gaddie. 2002. *Rebuttal to Mayer and Canon: Supplemental Report of Ronald Keith Gaddie [Wisconsin Assembly and Senate Districts].* In *Jensen & Panzer v. State Election Board* (Case No. 01-C-121 United States Federal Court for the Eastern District of Wisconsin, 2002) Prepared for the Speaker of the Wisconsin Assembly and Wisconsin Senate Republicans. March 28 2002.

Ronald Keith Gaddie. 2002. *Supplemental Report #2 of Ronald Keith Gaddie [On Wisconsin Assembly and Senate Districts].* In *Jensen & Panzer v. State Election Board* (Case No. 01-C-121 United States Federal Court for the Eastern District of Wisconsin, 2002). Prepared for the Speaker of the Wisconsin Assembly and Wisconsin Senate Republicans. April 7 2002.

Ronald Keith Gaddie. 2001. *Expert Report of Ronald Keith Gaddie, Ph.D. [Of New Mexico Congressional Districts].* In *Michael Jepsen, et al., v. Rebecca Vigil-Jiron, et al.* (CV-2001-2177, Second Judicial District Court, County of Bernalillo, State of New Mexico, 2001-2002, Congressional and State House phases). Prepared for the Governor of New Mexico. December 13 2001.

Ronald Keith Gaddie. 2002. *Supplemental Expert: New Mexico State House Plans.* In *Michael Jepsen, et al., v. Rebecca Vigil-Jiron, et al.* (CV-2001-2177, Second Judicial District Court, County of Bernalillo, State of New Mexico, 2001-2002, Congressional and State House phases). Prepared for the Governor of New Mexico. January 1, 2002.

Ronald Keith Gaddie. 2001. *Expert Report of Ronald Keith Gaddie Ph.D. [Texas Congressional District Proposals].* In *Del Rio v. Perry* (GN003665 353d Judicial Circuit of Texas, 2001). Prepared for the Texas Congressional Republicans. August 19, 2001.

Ronald Keith Gaddie. 2001. *Supplemental Report [Texas Congressional District Proposals].* In *Del Rio v. Perry* (GN003665 353d Judicial Circuit of Texas, 2001). Prepared for the Texas Congressional Republicans. September 2, 2001.

Ronald Keith Gaddie. 2001. *Supplemental Report #2 [Texas Congressional District Proposals].* In *Del Rio v. Perry* (GN003665 353d Judicial Circuit of Texas, 2001). Prepared for the Texas Congressional Republicans. September 6, 2001.

Ronald Keith Gaddie. 2001. *Supplemental Report #3 [Texas Congressional District Proposals].* In *Del Rio v. Perry* (GN003665 353d Judicial Circuit of Texas, 2001). Prepared for the Texas Congressional Republicans. September 6, 2001.

*Note:* (Reports for *Del Rio v. Perry* inclusive in expert report for *Balderas, et al v. Perry et al.* (6:01-CV-

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 36 of 47   Document 131-8

158, United States Federal Court, Eastern District of Texas, 2001)

Ronald Keith Gaddie. 1999. *Survey of Oklahoma Attitudes Regarding Capital Punishment: A Survey Conducted For The Oklahoma Indigent Defense System*. Norman, Oklahoma, August 1999. [Cited by the United States Supreme Court in *Atkins V. Virginia*, certiorari to the Supreme Court of Virginia No. 008452. Argued February 20, 2002. Decided June 20, 2002]

Ronald Keith Gaddie. 1993. *The Policy Dimension of Addressing Global Climate Change*. Tulane/Xavier Center for Bioenvironmental Research White Paper, New Orleans.

Ronald Keith Gaddie and Rick L. Travis. 1992. *A Statistical Analysis of Georgia's Juvenile Justice System: Retrospective Investigation of Race Disparity*. Contracted study to the Atlanta Journal-Constitution.

Rick L Travis and Ronald Keith Gaddie. 1992. *Follow-up Analysis to "Georgia's Juvenile Justice System"*. Contracted study to the Atlanta Journal-Constitution.

## CONFERENCE PAPERS & PRESENTATIONS

Justin J. Wert, Ronald Keith Gaddie, and Charles S. Bullock III. 2011. "Citizens United and the Rein of the Laggard Court" To be presented at the annual meeting of the Southern Political Science Association, New Orleans, January 2011.

Scott E. Buchanan and Ronald Keith Gaddie. 2010. The Shifting Vote in the Hill Country South, 1992-2008. Presented at the annual meeting if the Southern Political Science Association, Atlanta, January 2010.

Ronald Keith Gaddie, Justin J. Wert, and Charles S. Bullock III, 2010. Before KKV and APD, V.O. Key: *Southern Politics* and Social Science Methodology, Part II. Presented at the annual meeting if the Southern Political Science Association, Atlanta, January 2010.

Ronald Keith Gaddie and Justin Wert. 2009. Before KKV, V.O. Key: *Southern Politics* and Social Science Methodology. Prepared for presentation at the Unlocking V. O. Key Conference at the Diane D. Blair Center of Southern Politics and Society at the University of Arkansas, April 1-3 2009.

Justin Wert, Ronald Keith Gaddie, and Charles S. Bullock III. 2009. Sunset Amendments: Is the Voting Rights Act an 'Unenumerated Right'? Presented at the annual meeting of the Southern Political Science Association, New Orleans, LA, January.

Charles S. Bullock III, Ronald Keith Gaddie, and Justin Wert. 2008. Electoral College Reform And Voting Rights. Presented at the annual meeting of the Southwestern Political Science Association, Las Vegas, NV, March.

Ronald Keith Gaddie, Michael D. Jones, and Charles S. Bullock III. 2008. Elections to Open Seats in the US House, 1996-2006. Presented at the annual meeting of the Southwestern Political Science Association, Las Vegas, NV, March.

Ronald F. Peters, Jr., Matthew Field, and Ronald Keith Gaddie. 2008. The Hastert Rules: Majority Party Governance in the U.S. House of Representatives. Presented at the annual meeting of the Southern Political Science Association, New Orleans, January.

Ronald Keith Gaddie. 2007. "Ambition's Edge." The 2007 Lou Watkins Lecture, East Central University, Ada, Oklahoma, October 9 2007.

Rebecca JoAnn Cruise and Ronald Keith Gaddie. 2007. War Votes and War Voters, 2002-2006: The Evolution of the Electoral Consequences of Voting to Declare War. Presented at the annual meeting of the Southern Political Science Association, New Orleans, January.

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 37 of 47   Document 131-8

Charles S. Bullock III and Ronald Keith Gaddie. 2006. A Comparative Analysis of the Impact of the Voting Rights Act. Presented at the annual meeting of the Southwestern Political Science Association, San Antonio, TX, April (Won *Pi Sigma Alpha Best Paper Award*)..

Michael D. Jones and Ronald Keith Gaddie. 2006. Morality and Populism as Narrative and Structure in the 2004 Southern Senate Delegation. Presented at the annual meeting of the Southern Political Science Association, Atlanta, GA, January.

Ronald Keith Gaddie. 2006. Perspective from the Project for Fair Representation on "Preclearance: Is Section 5 Still Needed?" at the John Hope Franklin Center's Conference "W(h)ither the Voting Rights Act? Agreements and Contestations in the Debate over its Renewal." April 7, 2006, John Hope Franklin Center, Duke University, Durham, GA (Invited presentation).

Rebecca JoAnn Cruise and Ronald Keith Gaddie. 2005. War Votes and War Voters: A Further Examination of the Electoral Consequences of Voting to Declare War. Presented at the annual meeting of the American Political Science Association, Washington, DC, September.

Charles S. Bullock III and Ronald Keith Gaddie. 2005. The Political Consequences of an Uncontrolled Redistricting. Presented at the annual meeting of the Southern Political Science Association, New Orleans, LA, January.

Ronald Keith Gaddie and Charles S. Bullock III. 2004. Redistricting Principles and Litigation Strategies. Presented at the annual meeting of the American Political Science Association, Chicago, IL, August.

Ronald Keith Gaddie and Charles S. Bullock III. 2003. Bridging the Loss of Institutional Memory in the Term-Limited legislature: Institution-Building in the Maine Legislature. Presented at the annual meeting of the American Political Science Association, Philadelphia, PA, August.

Charles S. Bullock, III, Ronald Keith Gaddie, and Ben Smith. 2003. White Voters, Black Representatives. Presented at the annual meeting of the Southwestern Political Science Association, San Antonio, TX, April. (Won the *Jewell Prestage Award* for Best Paper on Gender, Race, Ethnicity, and Political Behavior).

Charles S. Bullock, III, Ronald Keith Gaddie, and Donna R. Hoffman. 2002. White Southern Voters Who Bring Their Congressional Preferences Into Compliance with Their Presidential Preferences. Presented at the annual meeting of the American Political Science Association, Boston, MA, August.

Charles S. Bullock III and Ronald Keith Gaddie. 2002. The Political Impact of the 2002 Reapportionment. Presented to the First Annual Meeting of the Republican National Lawyers Association, San Antonio, TX, August 16-17.

Charles S. Bullock, III, Ronald Keith Gaddie, and Donna R. Hoffman. 2002. Regional Variations in the Realignment of American Politics, 1944-2000. Presented at the annual meeting of the Southwestern Political Science Association, New Orleans, LA, March.

Kimberly C. Gaddie, Ronald Keith Gaddie, and Aleisha Karjala. 2001. Video Style in Open Seat Elections: An Examination of Female-Male Races. Presented at the annual meeting of the Southern Political Science Association, Atlanta, November.

Ronald Keith Gaddie, Charles S. Bullock, III, and Craig A. Williams. 2001. Accuracy of Early Versus Late Predictions of Outcomes in Open House Seats. Presented at the annual meeting of the Southern Political Science Association, Atlanta, November.

Joseph Aistrup and Ronald Keith Gaddie. 2001. Candidate Recruitment and the New Southern Party System. Presented at the annual meeting of the Midwest Political Science Association, Chicago, Il, April.

Thomas Langston and Ronald Keith Gaddie. 2001. Regional Culture and Voting for Force: Do Southerners Just Like to Fight? Presented at the annual meeting of the Southwestern Political Science Association, Fort Worth,

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 38 of 47   Document 131-8

TX, March 2001.

Gary W. Copeland, Ronald Keith Gaddie, Katie Kimberling, and Aleisha Karjala. 2001. Some Fundament Perspectives on the Application of the Death Penalty. Presented at the annual meeting of the Southwestern Political Science Association, Fort Worth, TX, March 2001.

Ronald Keith Gaddie. 2000. A Look Into the 2000 Oklahoma Electorate: Evidence from the OU/Daily Oklahoman Polls. Presented at the annual meeting of the Oklahoma Political Science Association, Oklahoma City University, Oklahoma City, OK, November 17.

Ronald Keith Gaddie. 2000. Testing Some Key Hypotheses of Voter Turnout. Presented at the annual meeting of the Southern Political Science Association, Atlanta, GA, November 2000.

Clair Haeg and Ronald Keith Gaddie. 2000. Pauline Hansen: Racial Threat or Spatial Voting? Some Old Hypotheses Revisited. Presented at the annual meeting of the Southern Political Science Association, Atlanta, GA, November 2000.

M. Lynsey Morris, Jocelyn Jones, and Ronald Keith Gaddie. 2000. Issues, Context, Framing, and Threat: The 1972 Florida Democratic Presidential Primary. Presented at the annual meeting of the Southern Political Science Association, Atlanta, GA, November 2000.

Charles S. Bullock, III, Ronald Keith Gaddie, and Donna R. Hoffman. 2000. Regional Realignment Revisited. Presented at the annual meeting of the American Political Science Association, Washington, DC, August 2000.

James W. Douglas and Ronald Keith Gaddie. 2000. Do State Rainy Day Funds Ease Fiscal Stress? Presented at the annual meeting of the Midwest Political Science Association, Chicago, Ill, April 2000.

Ronald Keith Gaddie, Charles S. Bullock, III, and Anders P. Ferrington. 2000. Voter Turnout in Runoff Primaries. Presented at the annual meeting of the Midwest Political Science Association, Chicago, Ill, April 2000.

Charles S. Bullock, III, Ronald Keith Gaddie, Lesli E. McCollum, and Craig A. Williams. 2000. Predicting Open Seat Election Outcomes on the Basis of Likely Tendencies. Presented at the Annual Meeting of the Southwestern Political Science Association, Galveston, TX, March 18-21.

Ronald Keith Gaddie, Kim U. Hoffman, and Carrie Palmer. 2000. The Role of Gender in Open-Seat Elections, 1982- 1998. Presented at the Annual Meeting of the Southwestern Political Science Association, Galveston, TX, March 18-21.

Ronald Keith Gaddie and Charles S. Bullock, III. 1999. What If The Incumbents Went Away? A Look at The Underlying Competitiveness of American Congressional Elections. Presented at the Annual Meeting of the Oklahoma Political Science Association, El Reno, Oklahoma, November 11-12.

Ronald Keith Gaddie, Kim U. Hoffman, and Carrie Palmer. 1999. The Role of Gender in Open-

Seat Elections. Presented at the Annual Meeting of the Oklahoma Political Science Association, El Reno, Oklahoma, November 11-12.

Joseph Aistrup and Ronald Keith Gaddie. 1999. Candidate Recruitment and the New Southern Party System. Presented at the annual meeting of the Southern Political Science Association, Savannah, GA, November 3-6.

Ronald Keith Gaddie and Matthew D. Brown. 1999. "The Hopes Which Lie in the Hearts of Young Men" Part 2: Learning to Legislate, the Next Generation. Presented at the annual meeting of the Southern Political Science Association, Savannah, GA, November 3-6.

Craig A. Williams and Ronald Keith Gaddie. 1999. Friends and Neighbors Donate: How Social Networks Finance and Affect Legislative Campaigns. Presented at the Annual meeting of the American Political Science Association, Atlanta, GA, September 2-5.

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 39 of 47   Document 131-8

Ronald Keith Gaddie. 1999. "The Hopes Which Lie In The Hearts of Young Men" Part 1: The Pursuit of Political Ambition. Presented at the annual meeting of the Southwestern Political Science Association, San Antonio, Texas, March 1999.

Ronald Keith Gaddie, Shad D. Satterthwaite, and Jonathan D. Mott. 1998. Partisan Dimensions of the Corporate Realignment in Congressional Campaign Financing. Presented at the annual meeting of the American Political Science Association, Boston, August 1998.

Charles S. Bullock, III, Ronald Keith Gaddie, Scott E. Buchanan, and Donna R. Hoffman. 1998. The Lost Sixth: Disappearing White Democrats in Southern Congressional Elections. Presented at the annual meeting of the American Political Science Association, Boston, August 1998.

Ronald Keith Gaddie and Lesli McCollum. 1998. Estimating the Incumbency Advantage: A New Approach To An Old Problem. Presented at the annual meeting of the Southwestern Political Science Association, Corpus Christi, TX March 18-20 (Won *Pi Sigma Alpha Best Paper Award*).

Ronald Keith Gaddie and Donna R. Hoffman. 1998. Cry "Realignment!" and Let Slip the Hounds of Social Science: Partisan Percolations, Dynamic Growth, and Critical Events in Southern Politics. Presented at the Citadel Symposium on Southern Politics, Charleston, South Carolina, March 1998.

Ronald Keith Gaddie, Charles S. Bullock, III, and Scott E. Buchanan, with the assistance of Andrew Hicks. 1997. What is so Special About Special Elections? Presented at the annual meeting of the Southern Political Science Association, Virginia Beach, Virginia, November 1997 (Nominated for *Pi Sigma Alpha Best Paper Award*).

Ronald Keith Gaddie and Jonathan D. Mott. 1997. Realignment or Redux? The 1996 Open Seat Congressional Elections. Presented at the annual meeting of the Southwestern Political Science Association, New Orleans, March 1997 (Nominated for *Pi Sigma Alpha Best Paper Award*).

Ronald Keith Gaddie, Charles S. Bullock, III, and Scott E. Buchanan. 1996. The Antecedent Effects of Retirement and Redistricting on Southern House Elections, 1992-1996. Presented at the annual meeting of the Southern Political Science Association, Atlanta, Georgia, November 1996.

Ronald Keith Gaddie and John C. Kuzenski. 1996. Financing Open Seat Congressional Elections, 1980-1994: The Rise and Decline of the Bipartisan Strategy Among Private-Sector Interests. Presented at the annual meeting of the Southwestern Political Science Association, Houston, Texas, March 1996.

Rick Travis and Ronald Keith Gaddie. 1996. And the Winner Is . . .: The Politics of Choice in Defense Allocation. Presented at the annual meeting of the Southwestern Political Science Association, Houston, Texas, March 1996.

Ronald Keith Gaddie and Nina Joshi. 1996. Minority and Elite Attitudes Toward Environmental Risk: The Case of Savannah River Site. Presented at the Citadel Symposium on Southern Politics, Charleston, South Carolina, March 1996.

Charles S. Bullock, III, and Ronald Keith Gaddie. 1995. The Experience Factor in Congressional Runoffs. Presented at the annual meeting of the Southern Political Science Association, Tampa, Florida, November 1995.

Russell Keith Johnson, Ronald Keith Gaddie, and John K. Wildgen. 1995. Can Geographic Information Systems Find a Role in Risk Assessment and Environmental Policy Formulation? Presented at the annual meeting of the Southern Political Science Association, Tampa, Florida, November 1995.

Ronald Keith Gaddie and John C. Kuzenski. 1995. Slick Willie, Waylon, and Me: Thematic Adultery Songs in the Career of Bill Clinton. Presented at the annual meeting of the Southwestern Political Science Association, Dallas, Texas, March 1995.

Ronald Keith Gaddie. 1995. Open Seats: Understanding Republican Frustration and Success in the South, 1982-1994. Presented at the annual meeting of the Southwestern Political Science Association, Dallas, Texas,

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 40 of 47   Document 131-8

March 1995.

Ronald Keith Gaddie, James L. Regens, and Eileen Jones. 1994. State Assumption of Environmental Regulation: Lessons from 404 Wetlands Permitting. Presented at the annual meeting of the Southern Political Science Association, Atlanta, Georgia, November 1994.

Ronald Keith Gaddie and Charles S. Bullock, III. 1994. Structural and Elite Influences on Female Congressional Candidate Emergence. Presented at the annual meeting of the Southern Political Science Association, Atlanta, Georgia, November 1994.

Ronald Keith Gaddie and John C. Kuzenski. 1994. Political Shirking and Legislative Specialization in the U.S. Senate. Presented at the annual meetings of the Southwestern Political Science Association meeting, San Antonio, Texas, March 1994.

Ronald Keith Gaddie and James L. Regens. 1994. Interest Group Allocations in Open Seat Senate Elections: Is There a Political Futures Market? Presented at the annual meeting of the Southwestern Political Science Association, San Antonio, Texas, March 1994.

Ronald Keith Gaddie and Charles S. Bullock, III. 1994. Voter Turnout and Candidate Participation Effects of Affirmative-Action Districting. Presented at the Citadel Symposium on Southern Politics, Charleston, South Carolina, March 1994

Ronald Keith Gaddie and James L. Regens. 1994. Transactional Relationships of Interest Groups and Legislators: An Empirical Test of Madison's Model. Presented at the Murphy Institute Conference on Constitutions and Constitutionalism, New Orleans, Louisiana, February 1994.

John C. Kuzenski and Ronald Keith Gaddie. 1993. Indicators of Legislative Activity in the United States Senate. Presented at the annual meetings of the Southern Political Science Association meeting, Savannah, Georgia, November 1993.

Charles S. Bullock, III, and Ronald Keith Gaddie. 1993. Candidate Recruitment, Turnover and Turnout. Presented at the annual meeting of the American Political Science Association, Washington, D.C. September 1993.

Ronald Keith Gaddie and James L. Regens. 1993. Cyclical Fundraising By U.S. Senate Incumbents. Presented at the annual meeting of the Southwestern Political Science Association, New Orleans, Louisiana, March 1993.

Charles S. Bullock, III, and Ronald Keith Gaddie. 1992. Runoffs in Jesse Jackson's Backyard. Presented at the annual meeting of the Southern Political Science Association, Atlanta, Georgia, November 1992.

James L. Regens and Ronald Keith Gaddie. 1992. Party Money, PAC Money and Efficient Rent-Seeking by Senate Incumbents. Presented at the annual meeting of the American Political Science Association, Chicago, Illinois, September 1992.

Charles S. Bullock, III, Ronald Keith Gaddie, and John C. Kuzenski. 1992. The Candidacy of David Duke as a Stimulus to Black Voting. Presented at the annual meeting of the Southwestern Political Science Association, Austin, Texas, March 1992.

Ronald Keith Gaddie. 1992. Only When Lightning Strikes? Challenger Quality and the Election of Republican Senators in the South. Presented at the Citadel Symposium on Southern Politics, Charleston, South Carolina, March 1992.

Charles S. Bullock, III, and Ronald Keith Gaddie. 1991. Partisan Challenges in Multi-member and Single-member Districts. Presented at the annual meeting of the Southern Political Science Association, Tampa, Florida, November 1991.

James L. Regens, Ronald Keith Gaddie, and Euel Elliott. 1991. Corporate Campaign Contributions and Rent Seeking in Senate Elections. Presented at the annual meeting of the American Political Science Association,

Washington, D.C., September 1991.

Charles S. Bullock, III, and Ronald Keith Gaddie. 1991. Changing from Multi-Member to Single-Member Districts. Presented at the annual meeting of the Midwest Political Science Association, Chicago, Illinois, April 1991.

James L. Regens, Ronald Keith Gaddie, and Euel Elliott. 1990. Senate Member Attributes, Regulatory Compliance Costs and Corporate PAC Contributions. Presented at the annual meeting of the Southern Political Science Association, Atlanta, Georgia, November 1990.

James L. Regens, Euel W. Elliott, and Ronald Keith Gaddie. 1990. Corporate PAC Contribution Strategies and House Member Attributes. Presented at the annual meeting of the Southwestern Political Science Association, Fort Worth, Texas, March 1990.

James L. Regens, Euel W. Elliott, and Ronald Keith Gaddie. 1990. Modeling the Influence of Regulatory Costs on Congressional Campaign Finance. Presented at the Public Choice meeting, Tucson, Arizona, March 1990.

Euel W. Elliott, Ronald Keith Gaddie, and Gerard Gryski. 1989. Economic and Political Explanations of Republican Southern State Legislative Support: The Short-Term Dynamics 1976-1984. Presented at the annual meeting of the Southern Political Science Association, Memphis, Tennessee, November 1989.


**THESIS & DISSERTATION**

Ronald Keith Gaddie. 1993. *Southern Myth: Candidates, Money, and Congressional Elections in the 1980s*, doctoral dissertation written under the direction of Charles S. Bullock, III. Reading committee: John Clark, Robert Grafstein, Brad Lockerbie, Edward Kellough.

Ronald Keith Gaddie. 1989. *Southern Democratic Party Factionalism: A Factor Contributing to Republican Success in the Two-Party South*, M.A. thesis written under the direction of Charles S. Bullock, III. Reading committee: Loch K. Johnson, Euel Elliott.


**MEDIA COMMENTARY AND INTERVIEWS**

*Electronic*
BBC International Radio
Bloomberg Financial Television's *Money & Politics.*
Business Radio Network (Syndicated)
Christian Science Monitor's "Monitor Radio International"
CNN's *Capital Gang*
Louisiana Weekly Radio (Syndicated)
Louisiana Radio Network
KGOU-FM/KROU-FM (Norman, OK)
KJRH (Tulsa)
KOCO-TV (Oklahoma City)
KOKH-TV (Oklahoma City)
KOKI-TV (Tulsa)
KOSU-FM (Stillwater)
KOTV (Tulsa)
KRMG-FM (Tulsa)
KTIX-FM (Thibodeaux)

KTOK-AM 1000 (Oklahoma City)
KWTV-TV (Oklahoma City)
MS-NBC's "America's Talking"
NPR "Weekend Edition"
OETA Television (PBS)
    *--Stateline*
    *--Legislative Week*
    *--Oklahoma Forum*
    *--Oklahoma News Report*
PBS "NewsHour"
Voice of America Radio
WDSU-TV 6 (New Orleans);
Wire 48
WKY-930AM(Oklahoma City)
WWL-870 AM (New Orleans)
WODT-AM (New Orleans)
WQUE-93.3 FM/1280AM (New Orleans)
WSB-TV 2 (Atlanta)

18

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 42 of 47   Document 131-8

*Print*
Associated Press
*Atlanta Journal-Constitution*
*The Buffalo (NY) Evening News*
*The Chicago Tribune*
*Congressional Quarterly Weekly Report*
*The Daily Oklahoman*
*The Economist*
*The Financial Times* (London)
*Fort Worth Star-Telegram*
*Gambit Magazine*
Gannett Syndicate
*The Hill Newspaper*
*The Huffington Report*
*The Kipplinger Business Letter*
*Los Angeles Times*
*The McCarville Report*
*The Montreal Gazette*

*National Catholic Reporter*
*National Journal Hotline*
*New Orleans Times- Picayune*
*The New York Times*
*The Norman Transcript*
*The Oklahoma Daily*
*The Oklahoma City Journal Record*
*Oklahoma Gazette*
*Pew Center for the States*
*Politico.com*
*Roll Call*
*Salon.com Magazine*
*San Francisco Chronicle*
*Southern Political Report*
*The Tulanian Magazine*
*Tulsa World*
*USAToday*
*The Washington Post*
*Washington Times*

## Special Contributions, Popular or Editorial Publications

Special contribution to *Roll Call*, "Myths, Realities of Norwood's VRA Amendment" July 13 2006.
Special contribution to *SouthNow* magazine: "Oklahoma: The Republican Realignment Continues" Winter 2004/2005.
Research profile in *USAToday Magazine,* "What if terrorists wipe out congress?" April, 2004.

## Regular Contributions, Popular or Editorial Publications and Broadcasts

News contributor and analyst, KWTV-9 (CBS), October 2006-present
News contributor, KGOU-106.3 FM (NPR), Norman, June 2006-present / three-time SPJ award winner for long-format radio (2008, 2009, 2010)
Co-Host, "Tailgate Political Hour with Kyle and Keith", KTLR 890AM, Oklahoma City, September 2006-June 2007
Contributing editor, The McCarville Report, (wwwtmrcon.blogspot.com), December 2006-December 2007.
Columnist, the *Oklahoma Gazette* (progressive weekly), October 2005-present
News contributor/permanent guest host, WKY-930 AM (Citadel Broadcasting), Oklahoma City, July 2004-January 2006
Weekly commentator, KTOK-1000 AM/ KTOK.com (Clear Channel), Oklahoma City, April-November 2004
Webmaster and editor, SoonerPolitics.com (May 2004-May 2007)
Columnist, Southern Political Report/ InsiderAdvantage, November 2005-January 2007

# PROFESSIONAL ACTIVITIES AND PUBLIC PRESENTATIONS

## Editorial Boards

Editorial Board, *Social Science Quarterly*, 1999-2010; editor (with Kelly R. Damphousse), 2010-present
Editorial Board, *American Review of Politics*, 2002-
Faculty Advisory Board, The University of Oklahoma Press, 2007-present

*Manuscript Reviewer*
*American Journal of Political Science; American Political Science Review, American Politics Quarterly;*
*American Politics Research; American Review of Politics; Electoral Studies, Journal of Politics; Journal of*
*Public Administration Research and Theory, Legislative Studies Quarterly; Policy Studies Journal; Political*
*Research Quarterly; Polity; Public Administration Review, Publius; Social Science Quarterly; Southeastern*
*Political Review; Southern Economic Journal; State and Local Government Review; Western Political Quarterly;*
*Women & Politics;* Cambridge University Press; University Presses of Florida; State University of New York
Press; MicroCase Publishers; University of Oklahoma Press; Addison Wesley Longman Press.

*Program committees*
Southwestern Political Science Association, 1997, 2002
Southern Political Science Association, 2000
Southwestern Social Science Association, 1997-2000

*Panel Chair*
Midwest Political Science Association, 2000
Oklahoma Political Science Association, 1999, 2000
Southwestern Political Science Association, 1993, 1995, 2001, 2007
Southern Political Science Association Meeting, 1995, 1998, 2001, 2005
Conference on Women Transforming Congress, Carl Albert Center for Congressional Studies, 2000
Moderator, McMahon Symposium, Gaylord College of Journalism and Mass Communication, the University of
Oklahoma, 2003

*Panel Discussant*
Southern Political Science Association, 2001, 2005, 2006
Southwestern Political Science Association, 1994, 1995, 1996, 1999, 2000, 2001a, 2001b, 2002a, 2002b, 2003,
2007, 2008
Citadel Symposium, 1994
Midwestern Political Science Association, 2002, 2003, 2005
American Political Science Association, 2002

*Roundtable participant*
Southwestern Political Science Association, 1998, 2000, 2002, 2003, 2007
Southern Political Science Association Meeting, 1997, 1998, 1999, 2005

*Committee and Council Work*
President, Southwestern Political Science Association, 2007-2008
President-Elect, Southwestern Political Science Association, 2006-2007
Executive Council, Southwestern Social Science Association, 2007-2008, 2010-present
Executive Committee, Southwestern Social Science Association, 2010-present
Executive Council, Southwestern Political Science Association, 2001-2003
Nominations Committee, Southwestern Social Science Association, 2001-2003
Best Graduate Paper Award Committees:
      Southwestern Political Science Association, 1999-2000 (Chair), 2000-2001 (Chair)
      Southern Political Science Association (Malcolm Jewell Award) 1996-1997, 1999-2000 (Chair)
Best Undergraduate Paper Award Committee, Southwestern Political Science Association, 2007-08
*V. O. Key Book Award Committee,* Southern Political Science Association, 2002, 2004, 2011
*Pi Sigma Alpha Award Committee,* Southwestern Political Science Association, 2002
Membership Committee, Southern Political Science Association, 1998-2001

Membership Committee, Southwestern Political Science Association, 1998-present
Allen Saxe Award Committee, Southwestern Political Science Association, 2004 (Chair)
Workshop Leader, Southwestern Social Science Association, 1998.


## COMMUNITY SERVICE

Oklahoma Intercollegiate Legislature Foundation, board member, 2010-
PTA Volunteer, Roosevelt Elementary School, Norman, OK.
Donor representative, Charles S. Bullock III Foundation Fund, University of Georgia, 1998-
Habitat for Humanity Volunteer (August 1994-96)
Irish Channel Neighborhood Watch; block captain (June 1993-June 1995)
Riverside Homeowners Association (June 1993-June 1995)


## UNIVERSITY SERVICE

### *University*
Faculty Advisor, university chapter of the Oklahoma Intercollegiate Legislature, 2010-
Faculty Advisor, OU Bass Fishing Team (OU Anglers), 2007-2009
Faculty Advisory Board, The University of Oklahoma Press, 2007-present
University Athletics Council, University of Oklahoma, 2004-2006
      Council Vice-Chair, 2005-2006
      Chair, Committee on Gender Equity & Compliance, 2005-2006
Campus Faculty Appeals Committee, 2004-
Campus Tenure Committee, University of Oklahoma, 2003-2004, 2007-10 (chair, 2008-2010)
Campus Disciplinary Council, University of Oklahoma, 1997- 2003
Faculty Senate Committee on Committees, University of Oklahoma, 2003-2006
Campus Departmental Review Panel, Office of the Provost, University of Oklahoma, 2003-2004
Freshman Faculty Mentor, The University of Oklahoma, 1999-2000
"Adopt-a-faculty" program, Jones House/ Sooner Center, University of Oklahoma, 1997-1998
University Conflict of Interest Advisory Committee, University of Oklahoma, 1997-99, 2001-03


### *College*
College of Arts and Sciences Academic Misconduct Board, 1998-2000, 2001-


### *Department/Unit*
Committee 'A' (departmental executive committee), 2010-2012
Chair, Special Committee for Promotion and Tenure Criteria, 2008-2009
ICPSR Representative, July 2000-May 2002, January 2003-
Faculty advisor, University of Oklahoma Public Opinion Learning Laboratory, August 1999-July 2004
Graduate Studies Committee, Department of Political Science, University of Oklahoma 1997-
Chair, Graduate Placement Committee, Department of Political Science, 1997- 2002
Chair, Departmental Computerization Task Force, Department of Political Science, 1996-1997
Cortez A.M. Ewing Fellowship selection committee, Department of Political Science University of Oklahoma,
      1996-1997, 1998-1999, 1999-2000
Undergraduate Studies Committee, Department of Political Science, University of Oklahoma 1996-1997.
Writing Team Head, Savannah River Site Minority Risk Perception Project, Consortium for Environmental Risk
      Evaluation, February 1995-April 1996.
Faculty Liaison, Consortium for Environmental Risk Evaluation, Tulane University Medical Center, November

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 45 of 47   Document 131-8

1994-June 1996.
Resident Graduate Assistant (Football), University of Georgia Athletic Department, 1989-1990
Tutor, Student Mentor, Georgia Athletic Association, University of Georgia, 1991-1992


## CONSULTING

Strickland, Brockington and Lewis LLP, for the state of Georgia, July 2011-present
Lee Slater Law Office (Oklahoma City) for the Oklahoma State Senate, July 2011-present
Holtzman Vogel PLLC (Washington DC) for the Louisiana House of Representatives, April 2011-present
Mayer Brown & Associates (Chicago) for the Illinois Congressional Republicans, January 2011-present
Michael, Best & Friedrich LLP (Madison) for the Wisconsin General Assembly & Senate, April 2011-present
Gulf County, Florida, March-June 2011.
Schirott, Luetkehans & Garner, P.C., for the Illinois Senate Republicans, June 2010-present
Tripp Scott Attorneys at Law, on behalf of the Florida Senate, July 2010-January 2011
Gray Robinson P.A. on behalf of the Florida House of Representatives, July 2010-January 2011
Lynn Tollitson Pinker Cox LLP, for plaintiffs in *Lepak et al. v. City of Irving, Texas,* June 2010-present.
Strickland, Brockington and Lewis LLP, for the state of Georgia, August 2007
Piscionere & Nemarow, P.C., on behalf of Village of Port Chester, New York, December 2006-June 2007
Mountain States Legal Foundation, on behalf of Fremont County, Wyoming, October 2006- February 2007
L'Abbate, Balkan, Colavita & Contini LLP on behalf of Osceola County and the City of Kissimmee, November 2005-July 2006
Office of the Attorney General of Oklahoma (pro bono consultation), September 2005
The Blum-Thernstrom Project on Fair Representation, through the National Research Initiative at the American Enterprise Institute, July 2005-present
Gunderson, Palmer, Goodsell, & Nelson, LLP, for Charles Mix County, South Dakota, March 2005-present; for the City of Martin, SD, September 2003-July 2004
US Representative Ernest Istook, Oklahoma's 5th District, July 2004
Speaker Pro Tempore of the Georgia Senate and Georgia State Republican Party, September 2003-January 2004
Office of the Attorney General, State of Texas, June 2003-January 2004
Office of the Attorney General, the Commonwealth of Virginia, April 2002-August 2003
Kankakee County, Ill., County Commission, September 2002-December 2002
Bexar County (TX) Republican Party, June 2002-December 2002
Speaker, Oklahoma House of Representatives and President Pro Temp, Oklahoma Senate, February-June 2002
Wisconsin General Assembly and Senate Minority Caucus, January-May 2002
Office of Governor Gary Johnson, New Mexico, November 2001-January 2002
Texas Republican Congressional Delegation, July 2001-November 2001
Oklahoma Indigent Defense System, July 1999-October 1999
Mayor Marc Morial's Transition Task Force on the Environment, City of New Orleans, March-May 1994
The Atlanta *Journal-Constitution,* April 1992-December 1992 (Statistical consultant)
The Pardue for Congress Committee, April-July 1992 (Strategist/pollster) Democratic candidate for Georgia congressional district 10


*Expert Testimony*
*Lepak et al. v. City of Irving, Texas,* 3:10-cv-0277-P (Northern District of Texas), June 7 2010
*U.S. v. Village of Port Chester, NY* No. 06 Civ. 15173 (Southern District of New York). February 22, 2007
*Large et. al v. Fremont County, Wyoming,* No. 05-CV-270J (D.Wy.) February 8, 2007.
*United States v. Osceola County, Florida, (*6:05-cv-1053-ORL-3,1 United States Federal Court for the Middle District of Florida, June 22 2006).
*Hearings of the US Senate Judiciary Committee, on the Renewal of the Section 5 Voting Rights Act,* Washington,

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/10/12   Page 46 of 47   Document 131-8

DC, May 16 2006.

*Hearings of the US House of Representatives Judiciary Committee, Subcommittee on the Constitution, on the Renewal of the Section 5 Voting Rights Act,* Washington, DC, October 25 2005.

*Briefing of the US Commission on Civil Rights on the Renewal of the Voting Rights Act,* Washington, DC, October 7 2005.

*Larios v. Cox* (1:03-CV-0693 United States Federal Court for the Northern District of Georgia, January 2004).

*Sessions v. Perry* (2:03-CV-354, United States Federal Court for the Eastern District of Texas, 2003, by deposition admitted as direct testimony, December 2003).

Public hearing of the Committee on Jurisprudence, Texas Senate, Austin Texas, July 24, 2003.

*Armstrong v. Taylor et al,* (State Court of Oklahoma for Oklahoma County, 2002)

*Jensen & Panzer v. State Election Board* (Case No. 01-C-121 United States Federal Court for the Eastern District of Wisconsin, 2002)

*Michael Jepsen, et al., v. Rebecca Vigil-Jiron, et al.* (CV-2001-2177, Second Judicial District Court, County of Bernalillo, State of New Mexico, 2001-2002, Congressional and State House phases)

*Balderas, et al v. Perry et al.* (6:01-CV-158, United States Federal District Court for the Eastern District of Texas, 2001)

*Del Rio v. Perry* (GN003665 353d Judicial Circuit of Texas, 2001)

**REFERENCES**

Charles S. Bullock, III
Department of Political Science
The University of Georgia
Athens, GA 30602
(706) 542-2946
(706) 769-9780
csbullock57@hotmail.com

Kevin B. Grier
Department of Economics
University of Oklahoma
Norman, OK 73019
(405) 325-0311
angus@ou.edu

Kelly R. Damphousse
Associate Dean
College of Arts and Sciences
University of Oklahoma
Norman, OK 73019
(405) 325-0311
kdamp@ou.edu

Todd G. Shields
Dean of the Graduate College
The University of Arkansas
Fayetteville, AR 72701
479-575-6440
tshield@uark.edu

Greg Russell
Chair, Department of Political Science
University of Oklahoma
Norman, OK 73019
(405) 325-2061
grussell@ou.edu

Ronald E. Weber
Department of Political Science
University of Wisconsin, Milwaukee
Bolton Hall 640
Milwaukee, WI 53201
(414) 229-6642
rweber@uwm.edu

23