**by Google**                           **Adam Foltz <adamfoltz@gmail.com>**

## Latino Voices will be there

8 messages

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**             **Tue, Jul 12, 2011 at 3:45 PM**
To: tottman <tottman@gmail.com>, adamfoltz@gmail.com
Cc: "McLeod, Eric M (22257)" <EMMcleod@michaelbest>, rptaffora@michaelbest.com

Tad & Adam,

You can let the chair know that Manny Perez and others from the Latino community will be there to testify for a 60-54 map. You will need to have a large map showing that district—you should prepare that and bring it with. You should still, I think talk about the three alternatives. That way it looks like what it is—and effective negotiation of something the community wants.

Congratulations!

Manny is talking right now to MALDEF to coordinate their testimony.

Jim

Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**            **Wed, Jul 13, 2011 at 12:30 PM**
To: Jim Troupis <jrtroupis@troupislawoffice.com>
Cc: tottman <tottman@gmail.com>, "adamfoltz@gmail.com" <adamfoltz@gmail.com>, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, "rptaffora@michaelbest.com" <rptaffora@michaelbest.com>

Tad and Adam,
JoCasta says she can build an influence Senate district. Don't we already have it? What is max possible versus our maps.
Jim

Sent from my iPhone
[Quoted text hidden]

---

**tottman <tottman@gmail.com>**                       **Wed, Jul 13, 2011 at 12:33 PM**
.. Jim Troupis <jrtroupis@troupislawoffice.com>
Cc: "adamfoltz@gmail.com" <adamfoltz@gmail.com>, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, "rptaffora@michaelbest.com" <rptaffora@michaelbest.com>

The proposed Senate District is 40.8% HVAP. There was no configuration we could come up with that raised that by more than about 1 percent.

https://mail.google.com/mail/?ui=2&ik=726f5a4dcc&view=pt&q=MALDEF&q...           1/

[Quoted text hidden]

---

**Taffora, Raymond P (22244) <rptaffora@michaelbest.com>**          **Wed, Jul 13, 2011 at 12:44 PM**
    "tottman@gmail.com" <tottman@gmail.com>, "jrtroupis@troupislawoffice.com" <jrtroupis@troupislawoffice.com>
    "adamfoltz@gmail.com" <adamfoltz@gmail.com>, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>

4   Let's get this to Zip.

**From:** tottman [mailto:tottman@gmail.com]
**Sent:** Wednesday, July 13, 2011 12:33 PM
**To:** Jim Troupis <jrtroupis@troupislawoffice.com>
5   **Cc:** adamfoltz@gmail.com <adamfoltz@gmail.com>; McLeod, Eric M (22257); Taffora, Raymond P (22244)
    **Subject:** Re: Latino Voices will be there

[Quoted text hidden]


**********************************************************

Unless otherwise expressly indicated, if this email, or any attachment
hereto, contains advice concerning any federal tax issue or
submission, please be advised that the advice was not intended or
written to be used, and that it cannot be used, for the purpose of
avoiding federal tax penalties.

The information contained in this communication may be confidential,
is intended only for the use of the recipient(s) named above, and may
be legally privileged.  If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication, or any of its
contents, is strictly prohibited.  If you have received this
communication in error, please return it to the sender immediately and
delete the original message and any copy of it from your computer
system.  If you have any questions concerning this message, please
contact the sender.

---

**...man <tottman@gmail.com>**                                    **Wed, Jul 13, 2011 at 12:46 PM**
    To: "Taffora, Raymond P (22244)" <rptaffora@michaelbest.com>
    Cc: "jrtroupis@troupislawoffice.com" <jrtroupis@troupislawoffice.com>, "adamfoltz@gmail.com" <adamfoltz@gmail.com>, "McLeod, Eric M
    (22257)" <EMMcleod@michaelbest.com>
6   Do we want Zip to ask her for her map that does that, and then mention that nothing we looked at could increase the HVAP in the Senate
    seat by more than about 1% over the map as introduced?
    [Quoted text hidden]

---

**Taffora, Raymond P (22244) <rptaffora@michaelbest.com>**          **Wed, Jul 13, 2011 at 1:01 PM**
    To: "tottman@gmail.com" <tottman@gmail.com>
    Cc: "jrtroupis@troupislawoffice.com" <jrtroupis@troupislawoffice.com>, "adamfoltz@gmail.com" <adamfoltz@gmail.com>, "McLeod, Eric M
    (22257)" <EMMcleod@michaelbest.com>
7   Yes. Call Zip's staff and have this e-mail trail given to him.

**From:** tottman [mailto:tottman@gmail.com]
**Sent:** Wednesday, July 13, 2011 12:46 PM
**To:** Taffora, Raymond P (22244)
**Cc:** jrtroupis@troupislawoffice.com <jrtroupis@troupislawoffice.com>; adamfoltz@gmail.com <adamfoltz@gmail.com>; McLeod, Eric M
(22257)
    [Quoted text hidden]


[Quoted text hidden]

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**                  **Wed, Jul 13, 2011 at 1:05 PM**
    tottman <tottman@gmail.com>
    ...: "Taffora, Raymond P (22244)" <rptaffora@michaelbest.com>, "adamfoltz@gmail.com" <adamfoltz@gmail.com>, "McLeod, Eric M
    (22257)" <EMMcleod@michaelbest.com>
8   What is total pop? Is she saying 50 total pop?

[Quoted text hidden]

---

**tottman <tottman@gmail.com>**                              **Wed, Jul 13, 2011 at 1:45 PM**
: Jim Troupis <jrtroupis@troupislawoffice.com>, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, "Taffora, Raymond P (22244)" taffora@michaelbest.com>, adam foltz <adamfoltz@gmail.com>

I took another crack at drawing the Hispanic Senate seat. By using MALDEF's AD 8 and 9 and wildly gerrymandering the 7th Assembly District, I can move the HVAP in the Senate seat from 40.8 to about 42.6.

On Wed, Jul 13, 2011 at 1:08 PM, tottman <tottman@gmail.com> wrote:
  Our map is 47.5% Hispanic total population for the senate seat.

  [Quoted text hidden]

---



# Dane County--Eileen Bruskewitz

1 message

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**                    **Mon, Jul 11, 2011 at 12:58 PM**
To: tottman@gmail.com, adam foltz <adamfoltz@gmail.com>
Cc: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, "Taffora, Raymond P (22244)"
<rptaffora@michaelbest.com>

10 Adam and/or Tad,

Per our discussions this morning, I have spoke to Eileen Bruskewitz, a Dane County
Supervisor, and she will testify in favor the map for Dane County. Important to her is
that Madison and other communities have been kept together as best as possible. The
Liberal Supervisors are trying to draw maps in Dane county that ignore those rules and
reach into non-Madison areas to complete districts dominated by liberal Madison. So,
this is an opportunity for her to highlight that while talking in favor of the Assembly and
Senate maps.

You must call her and provide her the numbers, district lines and other information
today and then walk her through things.

Her email address is: eileen53597@charter.net. Her phone number is 608-235-1814.

Let me know when you have spoken.

Jim T.


James R. Troupis

Troupis Law Office LLC

jrtroupis@troupislawoffice.com

ph. 608-807-4096

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the
intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly
prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original
and any copies of this email and any attachments thereto.

---



**Adam Foltz <adamfoltz@gmail.com>**

# RE: Testimony from Madison--Bruskewitz

1 message

**Jim Troupis <jrtroupis@troupislawoffice.com>**              **Mon, Jul 11, 2011 at 5:03 PM**
To: tottman <tottman@gmail.com>
Cc: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, "Taffora, Raymond P (22244)"
<rptaffora@michaelbest.com>, adam foltz <adamfoltz@gmail.com>

Tad & Adam,

Here is draft testimony for Madison areas by Eileen. You will need to fill in the needed
specifics.

Jim


Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of
the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is
strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete
the original and any copies of this email and any attachments thereto.


**From:** tottman [mailto:tottman@gmail.com]
**Sent:** Monday, July 11, 2011 4:30 PM
**To:** Jim Troupis
**Cc:** McLeod, Eric M (22257); Taffora, Raymond P (22244); adam foltz
**Subject:** Re: Testimony from Milwaukee

12

I left a voice mail for Eileen to call me back.


In terms of prepping them on specifics, what do we want them to testify on?  I assume not minority districts.
Communities of interest?  Population trends?

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/14/12   Page 5 of 63   Document 156-1

Are there subjects we do not want them to touch on?

On Mon, Jul 11, 2011 at 4:26 PM, Jim Troupis <jrtroupis@troupislawoffice.com> wrote:

# Tad & Adam,

Bob and I talked and I began to brief him. He is expecting a call from one of you to walk him thru specifics. You will need to coordinate who is going to testify, and,unfortunately, you will need to prep people on specifics. We can give them talking points, but on the specifics, you'll know better than any of us.

Also, let me know when you have talked to Eileen. Again, she should limit her comments to things she understands, but she will not know the map (nor did Bob).

Thanks.

Jim


Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.


**From:** tottman [mailto:tottman@gmail.com]
**Sent:** Monday, July 11, 2011 3:49 PM
**To:** McLeod, Eric M (22257); Jim Troupis; Taffora, Raymond P (22244)
**Cc:** adam foltz
**Subject:** Testimony from Milwaukee

13

Rich Zipperer contacted Bob Spindel, who is on the Milwaukee Elections Commission, about testifying in favor of the map. Bob was going to reach out to Gerard Randall and Manny Perez about them testifying as well.

Bob would like someone to call him and walk through what his testimony should cover.  I thought one of the attorneys would be best for that.  Bob's number is <u>414.276.6331</u>.  If you mention that either Rich Zipperer or I asked to call, he will know what the call is about.

A call after 4:15 today should give him enough time to reach out to Gerard and Manny.

Is one of you able to make that call?

Thanks,

Tad

---

 **DRAFT TESTIMONY Bruskewitz.docx**
15K

---

DRAFT TESTIMONY

Eileen Bruskewitz

I.) Personal Background.
   a. Name, Residence, Public positions (not political)—County Supervisor
   b. Reviewed the Proposed Maps and am here to testify in SUPPORT.
II.) Population.
   a. Shifts in population made for some difficult choices. Here the maps satisfy all those criteria for population.
   b. Especially difficult in Madison area where there have been enormous changes.
   c. Excellent work in getting to best districts possible
      i. At county level this has been a real problem, as they vary districts by 10% total (5 up or down).
      ii. You demonstrate it can be done better.
III.) Communities of Interest.—Dane County has many and important distinct units.
   a. City of Madison—Important to keep it together.
      i. Here, there are ___ Assembly and ___ Senate Districts wholly within the City.
      ii. Suburban and Rural nature of parts of the County
      iii. Some of those Suburban areas are now combined, and rural areas appear to have been kept together. That is a real positive.



Adam Foltz <adamfoltz@gmail.com>

# Memorandum n Opposition of SBs 148, 149 and 150.doc

1 message   

**Taffora, Raymond P (22244) <rptaffora@michaelbest.com>**        Tue, Jul 19, 2011 at 10:21 AM
To: tottman <tottman@gmail.com>, adam foltz <adamfoltz@gmail.com>

Per your request…

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Unless otherwise expressly indicated, if this email, or any attachment
hereto, contains advice concerning any federal tax issue or
submission, please be advised that the advice was not intended or
written to be used, and that it cannot be used, for the purpose of
avoiding federal tax penalties.

The information contained in this communication may be confidential,
is intended only for the use of the recipient(s) named above, and may
be legally privileged.  If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication, or any of its
contents, is strictly prohibited.  If you have received this
communication in error, please return it to the sender immediately and
delete the original message and any copy of it from your computer
system.  If you have any questions concerning this message, please
contact the sender.

 **Memorandum n Oposition of SBs 148, 149 and 150 - # 9518669 v 1.doc**
27K

Mr. President and Members, I rise today in opposition to SBs 148, 149 and 150.  I do not oppose the substance of the maps generated by my colleagues and Senate Republican staff. The products of their work are excellent and meet the legal principals that govern redistricting: equality of population, sensitivity to minority interests and contiguity/compactness of legislative districts.  Those efforts are to be commended.

Rather, I object to the *process* that was used.  I do not believe that any one political party be it my party or the Democratic party should draw legislative districts. Rather, I believe that an independent commission should undertake this responsibility that commission's work should then be voted on by each of the Senate and the Assembly.  It is that process, and only that process, that will allay fears that one party or another has unfairly influenced the process of legislative redistricting.

Thank you.



**Adam Foltz <adamfoltz@gmail.com>**

# MALDEF

2 messages

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**                    **Mon, Jul 11, 2011 at 2:24 PM**
To: tottman <tottman@gmail.com>, adamfoltz@gmail.com
Cc: rptaffora@michaelbest.com, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>

Tad & Adam,

I spoke to the attorneys at MALDEF. They have been working with the maps and would like to propose a middle ground where 8 has 65%Tot pop/60%VAP and 9 has 60%TotPop/53%VAP. (and North District/South District configuration.) They are sending me their proposal and would like to talk again tomorrow. I'll send that as soon as I have it so you can see if it would work.

They are also reaching out today to Milwaukee connections in the Latino community so this will likely become a more dynamic process.

They will certainly consider testifying, but need to know when (Wens or Fri and the process).

Jim


Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

**tottman <tottman@gmail.com>**                                **Mon, Jul 11, 2011 at 2:27 PM**
To: Jim Troupis <jrtroupis@troupislawoffice.com>

https://mail.google.com/mail/?ui=2&ik=726f5a4dcc&view=pt&q=MALDEF&q...                1/:

Cc: adamfoltz@gmail.com, rptaffora@michaelbest.com, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>

Jim,

This is a map I worked on over the weekend that has AD 8 at 60% VAP and 9 at about 54% VAP.  It will be interesting to see how this compares with what they have come up with.

Speaking with Sen Zipperer, he wants to proceed with a Wednesday hearing.

[Quoted text hidden]

 **AD 8 and 9 60-54 split.pdf**
55K



**Adam Foltz <adamfoltz@gmail.com>**

# MALDEF

2 messages

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**       **Tue, Jul 12, 2011 at 3:32 PM**
To: tottman <tottman@gmail.com>, adamfoltz@gmail.com
Cc: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, rptaffora@michaelbest.com

*19*

MALDEF is going to publicly endorse the 60-54 map! The will send someone to testify (Alonzo Rivas) He is testifying in St. Charles, Il. at 9 so he may not get here until over the noon hour. We will certainly want him to testify as this will take the largest legal fund for the Latino community off the table in any later court battle.

In the meantime, I am hooking them up with Manny Perez to see if they can coordinate testimony all in favor of the 60-54 option.

Jim

Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

**tottman <tottman@gmail.com>**       **Tue, Jul 12, 2011 at 3:43 PM**
To: Jim Troupis <jrtroupis@troupislawoffice.com>
Cc: adamfoltz@gmail.com, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, rptaffora@michaelbest.com

*20*

That's great news!

[Quoted text hidden]

---



Adam Foltz <adamfoltz@gmail.com>

# Good Meeting

8 messages

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**                    **Mon, Jan 31, 2011 at 10:48 PM**
To: tottman@gmail.com, adamfoltz@gmail.com
Cc: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, Sarah Troupis <setroupis@troupislawoffice.com>

 Tad & Adam,

Thank you for a good set of meetings today. Now, off to the races.


On the task list: I sent a note tonight to Joe for specifics of his proposal. You will then need to take that to the Speaker/Maj. Leader to approve one of the options. I have drafted a retention last week, and will redo it to fit whatever is agreed to.


Prof. Gaddie: I have drafted a retention letter. I'll revise and circulate to Eric to review before sending it to Gaddie.


Prof. Grofman: I'll keep trying to make contact.


Bills: Appears to be resolved. Monthly statement of amount due from the Trust—a one line total—from MB&F. Once initialed MB&F will issue appropriate payments.


Meetings with Legislators: You are each about to start those.


Am I missing anything?


Jim T.

---

**tottman <tottman@gmail.com>**                                    **Tue, Feb 1, 2011 at 10:30 AM**
To: Jim Troupis <jrtroupis@troupislawoffice.com>
Cc: adamfoltz@gmail.com, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, Sarah Troupis <setroupis@troupislawoffice.com>

Thanks Jim,

I thought the meetings went well.

I wanted to let you know that we have from LTSB an excel spreadsheet with election data by ward for all statewide, congressional and legislative races going back to 2000. We can forward that to Prof. Gaddie if that would be helpful to him.

Tad
[Quoted text hidden]

---

**McLeod, Eric M (22257) <EMMcleod@michaelbest.com>**              **Tue, Feb 1, 2011 at 4:51 PM**
To: "adamfoltz@gmail.com" <adamfoltz@gmail.com>

Adam,

If you're around tomorrow, let me know. I'd like to discuss some organization and process issues with you.

Regards,

:MM


Eric M. McLeod

Michael Best & Friedrich LLP

One S. Pinckney St., Suite 700

Post Office Box 1806

Madison, WI 53701-1806

(608) 257-3501 (firm)

(608) 283-2257 (direct)

(608) 692-1371 (cell)

(608) 283-2275 (fax)

emmcleod@michaelbest.com

www.michaelbest.com

---

**From:** tottman [mailto:tottman@gmail.com]
**Sent:** Tuesday, February 01, 2011 10:31 AM
**To:** Jim Troupis
**Cc:** adamfoltz@gmail.com; McLeod, Eric M (22257); Sarah Troupis
**Subject:** Re: Good Meeting

[Quoted text hidden]


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Unless otherwise expressly indicated, if this email, or any attachment
hereto, contains advice concerning any federal tax issue or
submission, please be advised that the advice was not intended or
written to be used, and that it cannot be used, for the purpose of
avoiding federal tax penalties.

The information contained in this communication may be confidential,
is intended only for the use of the recipient(s) named above, and may
be legally privileged.  If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication, or any of its
contents, is strictly prohibited.  If you have received this
communication in error, please return it to the sender immediately and
delete the original message and any copy of it from your computer
system.  If you have any questions concerning this message, please
contact the sender.

**Adam Foltz <adamfoltz@gmail.com>**                                Tue, Feb 1, 2011 at 5:33 PM
To: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>

Eric,

I plan on being in tomorrow, but probably not by the normal 8:30, as I plan on giving it a couple of hours for the traffic to clear up.  I'll let
you know once I'm in.

Adam

[Quoted text hidden]

**McLeod, Eric M (22257) <EMMcleod@michaelbest.com>**                    **Tue, Feb 1, 2011 at 5:36 PM**
To: "AdamFoltz@gmail.com" <AdamFoltz@gmail.com>

Sound great. Thanks, EMM

------------

.ric M. McLeod
Michael Best & Friedrich LLP
<u>608 283-2257</u> (Office)
<u>608 692-1371</u> (Cell)
<u>emmcleod@michaelbest.com</u>

----

**From:** Adam Foltz [mailto:<u>adamfoltz@gmail.com</u>]
**Sent:** Tuesday, February 01, 2011 05:33 PM
**To:** McLeod, Eric M (22257)
**Subject:** Re: FW: Good Meeting

[Quoted text hidden]

----

**McLeod, Eric M (22257) <EMMcleod@michaelbest.com>**                    **Wed, Feb 2, 2011 at 9:56 AM**
To: "AdamFoltz@gmail.com" <AdamFoltz@gmail.com>

Adam,


I will likely make it in later this morning.  My house was literally drifted in, couldn't open doors.  It's like that all over obviously.
Just finished shoveling and plowing.  If you're in, great; if not, we'll talk when convenient.


EMM


Eric M. McLeod

Michael Best & Friedrich LLP

One S. Pinckney St., Suite 700

Post Office Box 1806

Madison, WI 53701-1806

<u>(608) 257-3501</u> (firm)

<u>(608) 283-2257</u> (direct)

<u>(608) 692-1371</u> (cell)

<u>(608) 283-2275</u> (fax)

<u>emmcleod@michaelbest.com</u>

<u>www.michaelbest.com</u>

----

**From:** McLeod, Eric M (22257)
**Sent:** Tuesday, February 01, 2011 5:37 PM
**To:** '<u>AdamFoltz@gmail.com</u>'

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

---

**Adam Foltz <adamfoltz@gmail.com>**                          **Wed, Feb 2, 2011 at 11:09 AM**
· "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>

Eric,

No worries, I just got in myself.  My schedule is wide open for the rest of the day, so let me know when you want to get together.

Adam

[Quoted text hidden]

---

**McLeod, Eric M (22257) <EMMcleod@michaelbest.com>**          **Thu, Feb 3, 2011 at 11:01 AM**
To: Adam Foltz <adamfoltz@gmail.com>

Adam,


My day yesterday didn't go as planned.  Let me know if you're around today.


Thanks,

EMM


Eric M. McLeod

Michael Best & Friedrich LLP

One S. Pinckney St., Suite 700

Post Office Box 1806

Madison, WI 53701-1806

(608) 257-3501 (firm)

(608) 283-2257 (direct)

(608) 692-1371 (cell)

(608) 283-2275 (fax)

emmcleod@michaelbest.com

www.michaelbest.com


---

**From:** Adam Foltz [mailto:adamfoltz@gmail.com]
**Sent:** Wednesday, February 02, 2011 11:09 AM

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

---



Adam Foltz <adamfoltz@gmail.com>

# Gaddie & Handrick

1 message    29
_____

**Jim Troupis <jrtroupis@troupislawoffice.com>**          Fri, Apr 1, 2011 at 10:02 AM
To: "Ottman, Tad" <Tad.Ottman@legis.wisconsin.gov>, adamfoltz@gmail.com
Cc: Sarah Troupis <setroupis@troupislawoffice.com>, Sandy Tabachnick <stabachnick@troupislawoffice.com>,
"McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>

Tad & Adam,

Finally heard back from Gaddie yesterday, and after talking things through with him (and briefly
visiting last week with Joe H.) it seems the best time for him to come out would be April 29-30, May 3-
6 or anytime after that in May. By then you will have a good idea of various options you are looking at
on the map. He can then first train on the system with you and then we can meet to discuss
substantive issues and concerns. We can create an agenda for the days he is here that will fit with
your work and insure we maximize his input and education.


Let me know which of days work best for you.


ALSO, ERIC—can you pull up and send over the pleadings index from the last go around. I would like
to get some of the items to review and  provide Keith Gaddie with some of those as well.


Thanks.


Jim


James R. Troupis

Troupis Law Office LLC

jrtroupis@troupislawoffice.com

ph. 608-807-4096
_____

This email and any attachments thereto may contain private, confidential and privileged material for
the sole use of the intended recipient. Any review, copying, or distribution of this email (or any
attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please
contact the sender immediately and permanently delete the original and any copies of this email and
any attachments thereto.



**Adam Foltz <adamfoltz@gmail.com>**

# Maps

1 message  *30*

**Jim Troupis <jrtroupis@troupislawoffice.com>**                    **Sun, May 1, 2011 at 8:56 PM**
To: tottman@gmail.com, adamfoltz@gmail.com

Tad & Adam,

How are the initial maps coming along?

Jim


James R. Troupis

Troupis Law Office LLC

jrtroupis@troupislawoffice.com

ph. 608-807-4096

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.



Adam Foltz <adamfoltz@gmail.com>

# Criteria
1 message

**Jim Troupis <jrtroupis@troupislawoffice.com>**          **Fri, May 20, 2011 at 7:57 AM**
To: tottman@gmail.com, adamfoltz@gmail.com, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>
Cc: Sarah Troupis <setroupis@troupislawoffice.com>

Tad and Adam,

Per our discussions last week, I have attached a brief memo summarizing the areas we will be most interested in as we look at the maps this next week. There are likely other concerns, but these we can count-on as issues that must be faced from a legal perspective.

Let me know if there is any question.

Jim


James R. Troupis

Troupis Law Office LLC

jrtroupis@troupislawoffice.com

ph. 608-807-4096

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

 **Criteria.Memo.docx**
25K

https://mail.google.com/mail/?ui=2&ik=726f5a4dcc&view=pt&q=jrtroupis%4...                          1/

# Memo [Privileged/Confidential]

32

To:     Tad Ottman & Adam Foltz

Cc: Eric McLeod

From: Jim Troupis

Date: 12/15/2011

Re:     Map Evaluation

Per our discussions last week, we should test the future maps against a number of criteria. Some of these you already have in the system, and I've not included all.

I.) Population: Deviation from perfect by district.

-Note: When there are other issues about criteria, e.g. political gerrymandering & race, we will want to make sure that those districts that may be most questioned meet Population criteria as closely as possible.

II.) African American Concentration.

a.) % population/%voting age.

b.) Change over 10 years in % population/%voting age

c.) Protection of incumbent Minority legislators—no pairings that jeopardizea sitting legislator.

d.) Minimal change in actual area of the districts.

e.) Expected arguments for and against the proposed district

III.) Hispanic Concentration

a.) % population/% voting age

b.) Change over 10 years in % population/% voting age

c.) Projected growth in an outside the proposed districts

1

d.) Protection of incumbent Hispanic legislators

e.) Expected arguments for and against the proposed district

IV.) Counties, Cities, Towns split

a.) Overall splits.

b.) Comparative splits to past court approved maps

c.) Particular examination of districts with incumbent pairings, political sensitivity or significant change for splits

V.) Political Change

a.) Determination of Political criteria applied

b.) Incumbent protection—who is and is not protected/jeopardized

c.) Alternative political criteria applied

d.) R pairs/D pairs—what number? Is it a leader?

e.) Defense showing that the D's can still win a majority—i.e. sufficient districts in the winnable category.

VI.) Senate Disenfranchisement

a.) Number of voters who will miss a cycle.

b.) Concentration of those voters missing a cycle—note the districts to determine if there are other areas of concern (population, race etc.) for those districts.

c.) Any complete renumbering? If so, why? Is there an alternative?

d.) Comparison to prior court approved maps.



Adam Foltz <adamfoltz@gmail.com>

# Monday

1 message 𝒥𝒥

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**                    Fri, Jun 3, 2011 at 11:34 AM
To: "Ottman, Tad" <Tad.Ottman@legis.wisconsin.gov>, adamfoltz@gmail.com

Tad & Adam,

Are the Monday meetings on with the leadership to address Milwaukee?  What is the schedule at this point?

Thanks.

Jim


James R. Troupis

Troupis Law Office LLC

jrtroupis@troupislawoffice.com

ph. 608-807-4096

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---



Adam Foltz <adamfoltz@gmail.com>

## Gaddie & Hispanic

4 messages ₃₄

**Jim Troupis <jrtroupis@troupislawoffice.com>**                    **Mon, Jun 13, 2011 at 8:25 AM**
To: tottman@gmail.com, Adam Foltz <adamfoltz@gmail.com>
Cc: Eric McLeod <emmcleod@michaelbest.com>, Sarah Troupis <setroupis@troupislawoffice.com>

Good Morning Tad and Adam,

Sounds like the latest map went well with the leadership. Congratulations on walking that fine line....

Gaddie was gone last week, as you know, on a cruise. Did you talk with him about this week?

Also, Adam—were you able to prepare those materials for the MALDF? I would like to send them today,
if that is possible.

Hope you had a great weekend. Let me know the schedule for this week when you have a moment.

Jim


James R. Troupis

Troupis Law Office LLC

.troupis@troupislawoffice.com

ph. 608-807-4096

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any
review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please
contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

₃₅

**McLeod, Eric M (22257) <EMMcleod@michaelbest.com>**                    **Mon, Jun 13, 2011 at 8:38 AM**
To: "jrtroupis@troupislawoffice.com" <jrtroupis@troupislawoffice.com>, "tottman@gmail.com" <tottman@gmail.com>,
"AdamFoltz@gmail.com" <AdamFoltz@gmail.com>
Cc: "setroupis@troupislawoffice.com" <setroupis@troupislawoffice.com>

Keith will be here mid-morning today.
------------
Eric M. McLeod
Michael Best & Friedrich LLP
608 283-2257 (Office)
608 692-1371 (Cell)
emmcleod@michaelbest.com

**From:** Jim Troupis [mailto:jrtroupis@troupislawoffice.com]
**Sent:** Monday, June 13, 2011 08:25 AM
**To:** tottman@gmail.com <tottman@gmail.com>; Adam Foltz <adamfoltz@gmail.com>
**Cc:** McLeod, Eric M (22257); Sarah Troupis <setroupis@troupislawoffice.com>
**Subject:** Gaddie & Hispanic

[Quoted text hidden]

*******************************************************

Unless otherwise expressly indicated, if this email, or any attachment
hereto, contains advice concerning any federal tax issue or
submission, please be advised that the advice was not intended or
written to be used, and that it cannot be used, for the purpose of
avoiding federal tax penalties.

he information contained in this communication may be confidential,
 s intended only for the use of the recipient(s) named above, and may
be legally privileged.  If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication, or any of its
contents, is strictly prohibited.  If you have received this
communication in error, please return it to the sender immediately and
delete the original message and any copy of it from your computer
system.  If you have any questions concerning this message, please
contact the sender.

---

**Adam Foltz <adamfoltz@gmail.com>**                             **Mon, Jun 13, 2011 at 9:56 AM**
To: Jim Troupis <jrtroupis@troupislawoffice.com>

Had a technical error, wrapping up the packet right now.

    [Quoted text hidden]

---

**Adam Foltz <adamfoltz@gmail.com>**                           **Mon, Jun 13, 2011 at 11:07 AM**
To: Jim Troupis <jrtroupis@troupislawoffice.com>

Jim,

Let me know if this is sufficient.

Adam

On Mon, Jun 13, 2011 at 8:25 AM, Jim Troupis <jrtroupis@troupislawoffice.com> wrote:

    [Quoted text hidden]

---

   **Milwaukee Hispanic Districts Packet.pdf**
   646K

---



Current 8th Assembly District
Currently 65.50% Hispanic Voting Age Population

# Current 8th Assembly District

Currently 65.50% Hispanic Voting Age Population

Kinnickinnic Riv

Menomonee Riv

Menomonee Riv

Milwaukee

JoCasta Zamarripa





Hispanic Voting Age Population

VTDs Colored by Hispanic

HISPANIC18 / PERSONS18

- 0.000000000 - 0.03167
- 0.03168 - 0.09272
- 0.09273 - 0.2161
- 0.2162 - 0.4605
- 0.4606 - 0.7790



Two Distric...lispanic Area

57.25% Hispanic Voting Age Population In Shaded Area

Current Hispanic Representative - JoCasta Zamarripa

Current Assembly District Lines

Shaded Area's Population is 114,479. 409 People Short of Two Assembly

Milwaukee



Balanced Hispanic Districts

57.24% Hispanic Voting Age Population

57.25% Hispanic Voting Age Population

Milwaukee



Unbalanced Hisp...ic Districts

63.69% Hispanic Voting Age Population

50.96% Hispanic Voting Age Population

Milwaukee



Adam Foltz <adamfoltz@gmail.com>

# New Lawsuits

1 message

Jim Troupis <jrtroupis@troupislawoffice.com>                    **Mon, Jun 13, 2011 at 3:16 PM**
To: "Ottman, Tad" <Tad.Ottman@legis.wisconsin.gov>, adamfoltz@gmail.com
Cc: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, Sarah Troupis <setroupis@troupislawoffice.com>

Tad & Adam,

As you may know, two actions were filed on Friday in Milwaukee to reopen the redistricting cases. I am going to send them to the Senator and the Speaker's Chief of Staff, copied to you. Essentially they are doing what they did ten years ago, but with the recalls there are now some additional issues to consider. It may be appropriate for us to talk this afternoon with Eric and me. If ERIC would like to arrange a time, just let me know and we can walk you thru those.

Jim


Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

📄 **Robson v Arrington et al Case No 01-cv-121 - Brief in Support of Plaintiff's Rule 60(b) Motion for Relief from Judgment.pdf**
30K



**Adam Foltz <adamfoltz@gmail.com>**

# Grofman

1 message    40

**Jim Troupis <jrtroupis@troupislawoffice.com>**          **Wed, Jun 15, 2011 at 10:01 AM**
To: tottman@gmail.com, Adam Foltz <adamfoltz@gmail.com>
Cc: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, Sarah Troupis <setroupis@troupislawoffice.com>

Tad & Adam,

I've been following up on experts. Bernie Grofman and I finally connected. He is, of
course, like Keith, one of the most sought-after expert in this area. He has agreed to
again work with us, but there are complications. He is teaching and vacationing in
Europe and, ironically, looking at redistricting issues around the world. He would like
us to send him the minority districts and information to take a quick look at.

Can you please put together a packet on Milwaukee with the present configurations and
minority populations, and the proposed districts and the numbers. I would like to get
those to him this week so if he has any major issues he can raise them now.

No luck with Mayer (he too is out of the country so could not reach him) and have not
spoken to Cannon.

I did not want to send a note to Keith because of potential discovery. Please let him
know this.

Thanks.

Jim


James R. Troupis

Troupis Law Office LLC

jrtroupis@troupislawoffice.com

ph. 608-807-4096

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the
intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly
prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original
and any copies of this email and any attachments thereto.



**Adam Foltz <adamfoltz@gmail.com>**

# Legislative drafts

9 messages

---

**tottman <tottman@gmail.com>**                                        **Fri, Jun 24, 2011 at 2:51 PM**
To: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, Jim Troupis <jrtroupis@troupislawoffice.com>, rptaffora@michaelbest.com
Cc: adam foltz <adamfoltz@gmail.com>

41 This is the draft that arrived today.

Tad

---

**3 attachments**

 **11-22451.pdf**
509K

 **11-22451rd.pdf**
1715K

 **11-22451rdc71c9ede.pdf**
1715K

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**                        **Fri, Jun 24, 2011 at 3:42 PM**
To: tottman <tottman@gmail.com>, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, rptaffora@michaelbest.com
Cc: adam foltz <adamfoltz@gmail.com>

42 Tad,

Are there any problems we should be alerted to?

Jim


James R. Troupis

Troupis Law Office LLC

jrtroupis@troupislawoffice.com

ph. 608-807-4096

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

43 **From:** tottman [mailto:tottman@gmail.com]
**Sent:** Friday, June 24, 2011 2:52 PM
**To:** McLeod, Eric M (22257); Jim Troupis; rptaffora@michaelbest.com
**Cc:** adam foltz
**Subject:** Legislative drafts


This is the draft that arrived today.


Tad

**Jim Troupis <jrtroupis@troupislawoffice.com>**                    Fri, Jun 24, 2011 at 4:02 PM
To: tottman <tottman@gmail.com>, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, rptaffora@michaelbest.com
Cc: adam foltz <adamfoltz@gmail.com>

like the summary at the outset and the numbers look good. Interesting that the census tracks read quite reasonably.

Any issues to date with members?

Jim


Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.


From: tottman [mailto:tottman@gmail.com]
Sent: Friday, June 24, 2011 2:52 PM
To: McLeod, Eric M (22257); Jim Troupis; rptaffora@michaelbest.com
Cc: adam foltz
Subject: Legislative drafts

This is the draft that arrived today.


Tad

---

**McLeod, Eric M (22257) <EMMcleod@michaelbest.com>**                    Fri, Jun 24, 2011 at 4:03 PM
To: Jim Troupis <jrtroupis@troupislawoffice.com>, tottman@gmail.com, "Taffora, Raymond P (22244)"
<rptaffora@michaelbest.com>
Cc: adam foltz <adamfoltz@gmail.com>

I think all the members are very happy with their new districts based on Tad's and Adam's reports to date.


Eric M. McLeod

Michael Best & Friedrich LLP

One S. Pinckney St., Suite 700

Post Office Box 1806

Madison, WI 53701-1806

(608) 257-3501 (firm)

(608) 283-2257 (direct)

(608) 692-  Case 3:11-cv-00562-JPS-DPW-RMD    Filed 02/14/12    Page 36 of 63    Document 156-1

(608) 283-2275 (fax)

emmcleod@michaelbest.com

www.michaelbest.com

**From:** Jim Troupis [mailto:jrtroupis@troupislawoffice.com]
**Sent:** Friday, June 24, 2011 4:02 PM
**To:** tottman; McLeod, Eric M (22257); Taffora, Raymond P (22244)
**Cc:** adam foltz
**Subject:** RE: Legislative drafts

[Quoted text hidden]

```
*************************************************************

Unless otherwise expressly indicated, if this email, or any attachment
hereto, contains advice concerning any federal tax issue or
submission, please be advised that the advice was not intended or
written to be used, and that it cannot be used, for the purpose of
avoiding federal tax penalties.

The information contained in this communication may be confidential,
is intended only for the use of the recipient(s) named above, and may
be legally privileged.  If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication, or any of its
contents, is strictly prohibited.  If you have received this
communication in error, please return it to the sender immediately and
delete the original message and any copy of it from your computer
system.  If you have any questions concerning this message, please
contact the sender.
```

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**                    Fri, Jun 24, 2011 at 4:09 PM
To: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, tottman <tottman@gmail.com>, "Taffora, Raymond P (22244)"
<rptaffora@michaelbest.com>
Cc: adam foltz <adamfoltz@gmail.com>

47 Excellent.


Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any
review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient,
please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

**From:** McLeod, Eric M (22257) [mailto:EMMcleod@michaelbest.com]
**Sent:** Friday, June 24, 2011 4:04 PM
**To:** Jim Troupis; tottman; Taffora, Raymond P (22244)

48

[Quoted text hidden]

[Quoted text hidden]

**McLeod, Eric M (22257) <EMMcleod@michaelbest.com>**                  Fri, Jun 24, 2011 at 4:13 PM
⁻ᴛᴏ: tottman <tottman@gmail.com>
: adam foltz <adamfoltz@gmail.com>

Sorry, sarcasm doesn't come through in email.

4৪

Eric M. McLeod

Michael Best & Friedrich LLP

One S. Pinckney St., Suite 700

Post Office Box 1806

Madison, WI 53701-1806

(608) 257-3501 (firm)

(608) 283-2257 (direct)

(608) 692-1371 (cell)

(608) 283-2275 (fax)

emmcleod@michaelbest.com

www.michaelbest.com


**From:** Jim Troupis [mailto:jrtroupis@troupislawoffice.com]
**Sent:** Friday, June 24, 2011 4:09 PM
**To:** McLeod, Eric M (22257); tottman; Taffora, Raymond P (22244)

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

**tottman <tottman@gmail.com>**                                       Fri, Jun 24, 2011 at 4:14 PM
To: Jim Troupis <jrtroupis@troupislawoffice.com>
Cc: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, rptaffora@michaelbest.com, adam foltz <adamfoltz@gmail.com>

4৭We have a few unhappy members. Nothing I see as insurmountable at this point. We can talk specifics next week. The only problem
with this draft is that they included the language on municipalities redrawing their ward boundaries in this legislation rather than part of
the separate legislation that also deals with venue changes. If the language looks okay though, that should be a simple matter of taking
it out of this draft and putting it in the other.

Andy Speth would also like to review the Congressional draft next Tuesday at 10:30, at the Michael Best offices assuming we have that
draft on Monday as I anticipate.

[Quoted text hidden]

**Jim Troupis <jrtroupis@troupislawoffice.com>**                       Fri, Jun 24, 2011 at 4:18 PM
ᴛᴏ: tottman <tottman@gmail.com>
: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, rptaffora@michaelbest.com, adam foltz <adamfoltz@gmail.com>

5০Tad,

Do you have a tentative schedule for introduction, hearings, floor debate and passage? I know it was a

bit "fluid" when we talked last week.

Jim


Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.


**From:** tottman [mailto:tottman@gmail.com]
**Sent:** Friday, June 24, 2011 4:14 PM
**To:** Jim Troupis
**Cc:** McLeod, Eric M (22257); rptaffora@michaelbest.com; adam foltz
**Subject:** Re: Legislative drafts

[Quoted text hidden]

---

**tottman <tottman@gmail.com>**                                    **Fri, Jun 24, 2011 at 4:23 PM**
    Jim Troupis <jrtroupis@troupislawoffice.com>
    cc: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, rptaffora@michaelbest.com, adam foltz <adamfoltz@gmail.com>

I wouldn't say it's set in concrete, but I am fairly confident in this timeline.

Senate Caucus next Wednesday, 6/29 at 10:00 in the Capitol.
Assembly Caucus not yet determined.

Bill introduction(s) Thursday, 6/30.

Public Hearing in Senate Judiciary Committee (Rich Zipperer chair) on Wednesday, July 6th.  This will possibly be a joint hearing with the Assembly Committee that will be hearing the bills (Committee not yet determined).

Exec on the bill TBD.

Senate floor action on Wednesday, July 13th.

Assembly floor action on Thursday, July 14th.

[Quoted text hidden]

---



Adam Foltz <adamfoltz@gmail.com>

# Meet tomorrow?

6 messages

---

**tottman <tottman@gmail.com>**             **Mon, Jun 27, 2011 at 9:50 AM**
To: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, Jim Troupis <jrtroupis@troupislawoffice.com>, adam foltz
<adamfoltz@gmail.com>, rptaffora@michaelbest.com

Can we get together sometime tomorrow afternoon (2:00 or later) to talk about briefing the caucus this week? Hopefully we'll also have all
the bill drafts by then.

Thanks,

Tad

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**        **Mon, Jun 27, 2011 at 10:49 AM**
To: tottman <tottman@gmail.com>, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, adam foltz <adamfoltz@gmail.com>,
rptaffora@michaelbest.com, Sarah Troupis <setroupis@troupislawoffice.com>

Good anytime. (only out from 10-2 on Wens.)

I am also gone on Friday, so may we please have the caucus not on Friday?

Thanks.

Jim T.

Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any
review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient,
please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

**From:** tottman [mailto:tottman@gmail.com]
**Sent:** Monday, June 27, 2011 9:51 AM
**To:** McLeod, Eric M (22257); Jim Troupis; adam foltz; rptaffora@michaelbest.com
**Subject:** Meet tomorrow?

Can we get together sometime tomorrow afternoon (2:00 or later) to talk about briefing the caucus this week? Hopefully we'll also have all
the bill drafts by then.

Thanks,

Tad

https://mail.google.com/mail/?ui=2&ik=726f5a4dcc&view=pt&q=tottman%4...

*55*

**tottman <tottman@gmail.com>**                               **Mon, Jun 27, 2011 at 11:09 AM**
To: Jim Troupis <jrtroupis@troupislawoffice.com>
Cc: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, adam foltz <adamfoltz@gmail.com>, rptaffora@michaelbest.com, Sarah
Troupis <setroupis@troupislawoffice.com>

> Unfortunately, the only time that works for Senate GOP caucus is 10:00 on Wednesday.
>
> [Quoted text hidden]

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**                 **Mon, Jun 27, 2011 at 11:14 AM**
To: tottman <tottman@gmail.com>
Cc: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, adam foltz <adamfoltz@gmail.com>, rptaffora@michaelbest.com, Sarah
Troupis <setroupis@troupislawoffice.com>

*56*Then I will reschedule the 10 a.m. conference call.

Jim


Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any
review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient,
please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.


**From:** tottman [mailto:tottman@gmail.com]
**Sent:** Monday, June 27, 2011 11:10 AM
**To:** Jim Troupis
**Cc:** McLeod, Eric M (22257); adam foltz; rptaffora@michaelbest.com; Sarah Troupis
**Subject:** Re: Meet tomorrow?

[Quoted text hidden]

---

**tottman <tottman@gmail.com>**                                 **Mon, Jun 27, 2011 at 5:17 PM**
To: Jim Troupis <jrtroupis@troupislawoffice.com>
Cc: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, adam foltz <adamfoltz@gmail.com>, rptaffora@michaelbest.com, Sarah
Troupis <setroupis@troupislawoffice.com>

*57*Can we plan on meeting at 3:00 tomorrow? Let me know if that doesn't work for anyone.

Thanks,

Tad

[Quoted text hidden]

---

**McLeod, Eric M (22257) <EMMcleod@michaelbest.com>**           **Mon, Jun 27, 2011 at 5:50 PM**
To: tottman <tottman@gmail.com>, Jim Troupis <jrtroupis@troupislawoffice.com>
Cc: adam foltz <adamfoltz@gmail.com>, "Taffora, Raymond P (22244)" <rptaffora@michaelbest.com>, Sarah Troupis
<setroupis@troupislawoffice.com>

I can meet then.

*58*

Eric M. McLeod

Michael Best & Friedrich LLP

One S. Pinckney St., Suite 700

Post Office Box 1806

Madison, WI 53701-1806

(608) 257-3501 (firm)

(608) 283-2257 (direct)

(608) 692-1371 (cell)

(608) 283-2275 (fax)

emmcleod@michaelbest.com

www.michaelbest.com

---

**From:** tottman [mailto:tottman@gmail.com]
**Sent:** Monday, June 27, 2011 5:18 PM
**To:** Jim Troupis
**Cc:** McLeod, Eric M (22257); adam foltz; Taffora, Raymond P (22244); Sarah Troupis
**Subject:** Re: Meet tomorrow?

[Quoted text hidden]

*****************************************************

Unless otherwise expressly indicated, if this email, or any attachment
hereto, contains advice concerning any federal tax issue or
submission, please be advised that the advice was not intended or
written to be used, and that it cannot be used, for the purpose of
avoiding federal tax penalties.

The information contained in this communication may be confidential,
is intended only for the use of the recipient(s) named above, and may
be legally privileged.  If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication, or any of its
contents, is strictly prohibited.  If you have received this
communication in error, please return it to the sender immediately and
delete the original message and any copy of it from your computer
system.  If you have any questions concerning this message, please
contact the sender.


**Adam Foltz <adamfoltz@gmail.com>**

# Meeting today

2 messages

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**                **Tue, Jun 28, 2011 at 1:05 PM**
To: tottman@gmail.com, adam foltz <adamfoltz@gmail.com>
Cc: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>

Tad and Adam,

May I attend this meeting today by phone? Who will be there?

Of course tomorrow at the Caucus at 10.

Jim


James R. Troupis

Troupis Law Office LLC

jrtroupis@troupislawoffice.com

ph. 608-807-4096

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the
intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly
prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original
and any copies of this email and any attachments thereto.

---

**tottman <tottman@gmail.com>**                               **Tue, Jun 28, 2011 at 1:52 PM**
To: Jim Troupis <jrtroupis@troupislawoffice.com>
Cc: adam foltz <adamfoltz@gmail.com>, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>

That shouldn't be a problem.  Both of the Fitzgeralds as well as Rep. Vos and Sen Zipperer will be there along
with Ray Taffora as well as Adam and myself.  Eric will be elsewhere fighting for freedom and democracy.  It
shouldn't be a problem to attend by phone.

[Quoted text hidden]

---

https://mail.google.com/mail/?ui=2&ik=726f5a4dcc&view=pt&q=tottman%4...                                    1/



Adam Foltz <adamfoltz@gmail.com>

# Redistricting drafts

3 messages

---

**tottman <tottman@gmail.com>**                          Thu, Jun 30, 2011 at 11:57 AM
To: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, Jim Troupis <jrtroupis@troupislawoffice.com>, rptaffora@michaelbest.com,
Sarah Troupis <setroupis@troupislawoffice.com>
Cc: adam foltz <adamfoltz@gmail.com>

Attached are all the redistricting drafts we've received. Please review ASAP and let me know if any changes are necessary.

My plan is to instruct LRB as follows:

–remove the language relating to recounts from LRB 2296/P1. The idea is this language would be added to another piece of legislation moving through the process.

–remove the language about requiring municipalities to conform their ward boundaries to the legislative districts from the congressional and legislative redistricting drafts and add them to the venue draft.

–Ray was going to talk to Peggy Hurley at LRB about LRB 2291/P1 and some questions she had about the draft. Assuming there are no changes to the draft, combine LRB 2291, 2296, and the ward redrawing portion of the congressional and legislative drafts into 1 bill.

The congressional and legislative redistricting maps will each be separate bills.

–A separate simple amendment will be drafted with the alternative method of drawing the hispanic seats (AD 8 and 9).

–The drafters note on LRB 2296/P1 raises an issue about local municipalties and difficulty in drawing wards with large prison populations. I am not inclined to wade into any issues related to prisons at this time. My intent is to not address this concern at this time. This is something I believe can be addressed through separate legislation in the future.

Please let me know if there are any concerns with the plan as I have outlined above.

Thanks,

Tad

---

**6 attachments**

📄 **FW- Draft review- LRB 11-2296_xF8FF_P1 Topic- Redistricting and recount appellate procedure; municipal ward division (1).pdf**
67K

📄 **FW- Draft review- LRB 11-2296_xF8FF_P1 Topic- Redistricting and recount appellate procedure; municipal ward division.pdf**
9K

📄 **11-2291P1dn.pdf**
7K

📄 **11-2291P1.pdf**
26K

📄 **11-22651.pdf**
117K

📄 **11-22451.pdf**
509K

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**                          Thu, Jun 30, 2011 at 12:04 PM
To: tottman <tottman@gmail.com>, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, rptaffora@michaelbest.com, Sarah Troupis
<setroupis@troupislawoffice.com>
Cc: adam foltz <adamfoltz@gmail.com>

Ray,

You will want to look at the language and if it is acceptable to you then that is certainly fine with me.

agree—do not address prison issues.

Jim


Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.


**From:** tottman [mailto:tottman@gmail.com]
**Sent:** Thursday, June 30, 2011 11:57 AM
**To:** McLeod, Eric M (22257); Jim Troupis; rptaffora@michaelbest.com; Sarah Troupis
**Cc:** adam foltz
**Subject:** Redistricting drafts

[Quoted text hidden]

---

**Taffora, Raymond P (22244) <rptaffora@michaelbest.com>**                    Thu, Jun 30, 2011 at 2:28 PM
To: "tottman@gmail.com" <tottman@gmail.com>, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>,
"jrtroupis@troupislawoffice.com" <jrtroupis@troupislawoffice.com>, "setroupis@troupislawoffice.com" <setroupis@troupislawoffice.com>
Cc: "adamfoltz@gmail.com" <adamfoltz@gmail.com>

Tad: I spoke to Peggy Harley and there are no changes to LRB 2291/P1. Per our discussion, I agree with your other suggestions as well.


Ray

**From:** tottman [mailto:tottman@gmail.com]
**Sent:** Thursday, June 30, 2011 11:57 AM
**To:** McLeod, Eric M (22257); Jim Troupis <jrtroupis@troupislawoffice.com>; Taffora, Raymond P (22244); Sarah Troupis
<setroupis@troupislawoffice.com>
**Cc:** adam foltz <adamfoltz@gmail.com>
**Subject:** Redistricting drafts

[Quoted text hidden]

---

*************************************************************

Unless otherwise expressly indicated, if this email, or any attachment
hereto, contains advice concerning any federal tax issue or
submission, please be advised that the advice was not intended or
written to be used, and that it cannot be used, for the purpose of
avoiding federal tax penalties.

The information contained in this communication may be confidential,
is intended only for the use of the recipient(s) named above, and may
be legally privileged.  If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution or copying of this message is not the ...

https://mail.google.com/mail/?ui=2&ik=726f5a4dcc&view=pt&q=tottman%4...

contents, is strictly prohibited.  If you have received this
communication in error, please return it to the sender immediately and
delete the original message and any copy of it from your computer
system.  If you have any questions concerning this message, please
contact the sender.

Gmail by Google

Adam Foltz <adamfoltz@gmail.com>

# RE: Mke Hispanics

2 messages

**Taffora, Raymond P (22244) <rptaffora@michaelbest.com>** **Thu, Jun 30, 2011 at 4:19 PM**
To: Jim Troupis <jrtroupis@troupislawoffice.com>, tottman <tottman@gmail.com>, "adamfoltz@gmail.com" <adamfoltz@gmail.com>
Cc: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, Sarah Troupis <setroupis@troupislawoffice.com>

I just spoke with Jose Olivieri of our Milwaukee Office and he said he will be in touch with the Hispanic community representatives later today. He agrees they should be at our hearing next week and will work toward that end. I should know more tomorrow.

---

**From:** Jim Troupis [mailto:jrtroupis@troupislawoffice.com]
**Sent:** Thursday, June 30, 2011 10:10 AM
**To:** tottman; adamfoltz@gmail.com
**Cc:** McLeod, Eric M (22257); Taffora, Raymond P (22244); Sarah Troupis
**Subject:** Rick Esenberg

Professor Rick Esenberg has agreed to testify next Friday in support of the map. He needs a.) the maps; b.) the numbers; c.) a summary of eq. population, compact/contiguous, minority responsiveness aspects of the map. In my absence Sarah can take care of getting those to Rick and talking with him if you will send those along.

Please also produce a map of Milwaukee and the minority numbers both as the exist now and in the new map.

Thanks.

jim

Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

*********************************************************************

Unless otherwise expressly indicated, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that the advice was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties.

The information contained in this communication may be confidential,

is intended only for the use of the recipient(s) named above, and may
be legally privileged.  If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication, or any of its
contents, is strictly prohibited.  If you have received this
communication in error, please return it to the sender immediately and
delete the original message and any copy of it from your computer
·ystem.  If you have any questions concerning this message, please
contact the sender.

---

**tottman <tottman@gmail.com>**                          **Thu, Jun 30, 2011 at 5:10 PM**
To: "Taffora, Raymond P (22244)" <rptaffora@michaelbest.com>
Cc: Jim Troupis <jrtroupis@troupislawoffice.com>, "adamfoltz@gmail.com" <adamfoltz@gmail.com>, "McLeod, Eric M (22257)"
<EMMcleod@michaelbest.com>, Sarah Troupis <setroupis@troupislawoffice.com>

Timeline update.  At this point due to necessary redrafting changes, we are looking at introduction of the bills next Tuesday or
Wednesday and a hearing the following Monday with floor action to follow later in the week.

[Quoted text hidden]

---



Adam Foltz <adamfoltz@gmail.com>

# Hispanic issue--Privileged

1 message 61

**Jim Troupis <jrtroupis@troupislawoffice.com>**                    **Mon, Jul 11, 2011 at 10:36 AM**
To: tottman <tottman@gmail.com>, adamfoltz@gmail.com
Cc: rptaffora@michaelbest.com, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>

Tad and Adam,

I do not understand what the Hispanic community wants by switching population from Carpenter to Larson. Are they saying move 8 & 9 into 19, and then 7, 20 and 21? i.e. keep the two senate districts as a pod, but simply switch two assembly from one to the other? Or, is this something different— as in moving 8 into one and 9 into another? That would seem to me to be illegal as we would be fracturing the Hispanic population. Just wondering if you can figure it out and what is up.

I spoke to Ray about this as well, and really don't understand what is wanted here that would be legally acceptable.

Jim


Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

ittps://mail.google.com/mail/?ui=2&ik=726f5a4dcc&view=pt&q=tottman%4...                                    1/



**Adam Foltz <adamfoltz@gmail.com>**

# Fwd: Appleton

1 message

---

**tottman <tottman@gmail.com>**                                    **Wed, Jul 6, 2011 at 1:41 PM**
To: adam foltz <adamfoltz@gmail.com>

---

——— Forwarded message ———
From: **tottman** <tottman@gmail.com>
Date: Wed, Jul 6, 2011 at 12:30 PM
Subject: Appleton
To: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>

Here is the map alternative.  This alternative puts the 55th just over 54 percent, the 56th at just under 56 percent and the 57th at just over 49 percent.

I wouldn't put those numbers in the email, but I'll call Kurt from Ellis's office and give them to him.

Kurt Schultz's email is:  kurt.schultz@legis.wisconsin.gov


**Appleton alternative.pdf**
345K

---



# Timetable

1 message

**Jim Troupis <jrtroupis@troupislawoffice.com>**                    Tue, Mar 22, 2011 at 12:18 PM
To: tottman <tottman@gmail.com>, "adam.foltz" <Adam.Foltz@legis.wisconsin.gov>
Cc: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, Sarah Troupis <setroupis@troupislawoffice.com>

Tad or Adam,

With 3/11 or today as the start date, could you prepare a timeline of actions with the exact 'final' date for action. It would be helpful for all of us to see (and keep in mind) when, under the present statute, the districts could be passed and signed into law.

Thanks.

Jim


Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient.  Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.



**Gmail**
by Google

**Tad Ottman <tottman@gmail.com>**

# Disenfranchisement Question - Memo and Cases Attached

1 message

**Sarah Troupis <setroupis@troupislawoffice.com>**　　　　　**Tue, Mar 15, 2011 at 11:22 AM**
To: tottman@gmail.com, Adam.Foltz@legis.wisconsin.gov, "McLeod, Eric M (22257)"
<EMMcleod@michaelbest.com>, nlmoenck@michaelbest.com
Cc: jrtroupis@troupislawoffice.com

7ᴰ　Dear All:

Attached, please find a Memo for discussion addressing the disenfranchisement question Tad posed last week. I
have attached the cases and attorney general opinion cited in the opinion..

If you have any questions or concerns, please let me know. Thanks.

-Sarah-

Sarah Troupis

Troupis Law Office

7609 Elmwood Avenue, Suite 102

Middleton, Wisconsin 53562

(608) 807-4096

Cell: (608) 695-9147

setroupis@troupislawoffice.com

___

**7 attachments**

📄 **Memo re Disenfranchisement Question.pdf**
　　52K

📄 **42 Op. Atty. Gen. 343.pdf**
　　277K

📄 **Baker v Carr.pdf**
　　852K

📄 **Donatelli v Mitchell.pdf**
　　164K



**Kelsh v Jaeger.pdf**
102K

**Prosser v Elections Bd.pdf**
294K

**Selzer v. Synhorst.pdf**
63K



Tad Ottman <tottman@gmail.com>

# ⎣isenfranchisement question

3 messages

---

**tottman <tottman@gmail.com>**                                                  Thu, Mar 10, 2011 at 5:03 PM
To: Jim Troupis <jrtroupis@troupislawoffice.com>, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>
Cc: "adam.foltz" <Adam.Foltz@legis.wisconsin.gov>

Is it possible as part of a redistricting plan to specify special elections in certain senate districts where disenfranchisement is occurring?

For example, could the redistricting legislation say these maps are effective for the 2012 elections. In addition, Senate Districts 3 and 15 will have a special election in 2012 for the remaining 2 years of the term, and then resume the regular cycle beginning in 2014.

---

**McLeod, Eric M (22257) <EMMcleod@michaelbest.com>**                      Thu, Mar 10, 2011 at 9:05 PM
To: "tottman@gmail.com" <tottman@gmail.com>, "jrtroupis@troupislawoffice.com" <jrtroupis@troupislawoffice.com>
Cc: "adam.foltz@legis.wisconsin.gov" <adam.foltz@legis.wisconsin.gov>, "Moenck, Nathan L (24438)" <nlmoenck@michaelbest.com>

Tad,

If I understand your question, the answer is yes. I will have Nathan Moenck pull the cases that deal with this issue from other states and come talk with you tomorrow (if he's in). I am out of the office.

EMM
------------
Eric M. McLeod
Michael Best & Friedrich LLP
608 283-2257 (Office)
;08 692-1371 (Cell)
emmcleod@michaelbest.com
---

From: tottman [mailto:tottman@gmail.com]
Sent: Thursday, March 10, 2011 05:03 PM
To: Jim Troupis <jrtroupis@troupislawoffice.com>; McLeod, Eric M (22257)
Cc: adam.foltz <Adam.Foltz@legis.wisconsin.gov>
Subject: disenfranchisement question

Is it possible as part of a redistricting plan to specify special elections in certain senate districts where disenfranchisement is occurring?

For example, could the redistricting legislation say these maps are effective for the 2012 elections. In addition, Senate Districts 3 and 15 will have a special election in 2012 for the remaining 2 years of the term, and then resume the regular cycle beginning in 2014.

*****************************************************************

Unless otherwise expressly indicated, if this email, or any attachment
hereto, contains advice concerning any federal tax issue or
submission, please be advised that the advice was not intended or
written to be used, and that it cannot be used, for the purpose of
avoiding federal tax penalties.

The information contained in this communication may be confidential,
is intended only for the use of the recipient(s) named above, and may
be legally privileged. If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication, or any of its
contents, is strictly prohibited. If you have received this
communication in error, please return it to the sender immediately and
delete the original message and any copy of it from your computer
system. If you have any questions concerning this message, please
contact the sender.

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**                              Fri, Mar 11, 2011 at 8:56 AM
To: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, tottman@gmail.com
Cc: adam.foltz@legis.wisconsin.gov, "Moenck, Nathan L (24438)" <nlmoenck@michaelbest.com>

unnumbered in the regular series, and the senators shall be chosen alternatively from the odd and even—numbered districts for the term of 4 years."), and potentially violate the Equal Protection Clause of the U.S. Constitution.

I am aware that Courts have had statewide elections and by court order also required elections in all districts, but that was by Court Order under special circumstances, not legislation. Of course, that is off the top of my head, so NATHAN—if you have caselaw on this could you please send that over to me and we can talk when you have some time.

It is an interesting question about having 'more' elections, i.e. 'enfranchising to a greater degree', but the counter is that you are, by the same token, treating voters differently and thus giving some voters 'more choice' than others. But you do not reach that question if you can not first get by the Wi. Constitutional provision.

Let me know what you find Nathan.

Jim


James R. Troupis

Troupis Law Office LLC

jrtroupis@troupislawoffice.com

ph. 608-807-4096

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.


**From:** McLeod, Eric M (22257) [mailto:EMMcleod@michaelbest.com]
**Sent:** Thursday, March 10, 2011 9:05 PM
**To:** 'tottman@gmail.com'; 'jrtroupis@troupislawoffice.com'
**Cc:** 'adam.foltz@legis.wisconsin.gov'; Moenck, Nathan L (24438)
**Subject:** Re: disenfranchisement question

[Quoted text hidden]



Tad Ottman &lt;tottman@gmail.com&gt;

# Redistricting timeline

2 messages

---

**tottman &lt;tottman@gmail.com&gt;**                                                   Fri, Feb 25, 2011 at 2:31 PM
To: Jim Troupis &lt;jrtroupis@troupislawoffice.com&gt;, "McLeod, Eric M (22257)" &lt;EMMcleod@michaelbest.com&gt;
Cc: "adam.foltz" &lt;Adam.Foltz@legis.wisconsin.gov&gt;

The Wisconsin Congressional delegation is holding their first informational meeting on redistricting next week and asked for a brief breakdown of the timeline and steps in the redistricting process.  Below is a draft of what I was planning on responding to them with but I wanted to get your comments first.


Thanks,


Tad


Redistricting Timeline

      Early March

---

We are awaiting the arrival of the PL data from the census bureau.  We were originally told it might be here last week, but now are being told that it will be coming in "early March".  Wisconsin is not on the list of states scheduled to receive the data next week:
http://www.census.gov/rdo/data/2010_census_redistricting_data_pl_94-171_summary_files.html

There is also the possibility that a federal government shutdown could delay the arrival of the data.

      March to October

---

Once the census data arrives, counties will have 60 days to form tentative supervisory districts.  Municipalities will have 60 days after that to form ward boundaries, and then counties will have an additional 60 days to finalize supervisory districts.

Assuming a mid to late March arrival of the data, this puts us in a late September/early October timeframe for receipt of the updated ward data that will be used to draw legislative maps.

      October 2010 to spring 2011

---

Once the state has the updated ward data, the Legislature will lay out a time frame for the remainder of the redistricting process, including opportunities for public input and an anticipated timeline for legislative action on congressional and legislative redistricting plans.

---

**McLeod, Eric M (22257) &lt;EMMcleod@michaelbest.com&gt;**                              Fri, Feb 25, 2011 at 3:20 PM
To: tottman &lt;tottman@gmail.com&gt;, Jim Troupis &lt;jrtroupis@troupislawoffice.com&gt;
Cc: "adam.foltz" &lt;Adam.Foltz@legis.wisconsin.gov&gt;

Tad,

---

I think this looks good.  My only suggested change would be in the last heading.  I would change "October 2010 to spring 2011" to "October 2011 to early 2012" -- replacing "spring" with "early" so as not to give the impression that any particular strategy has been reached on timing as it relates to the legislative process.  "Early" is sufficiently ambiguous.


EMM

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/14/12   Page 56 of 63   Document 156-1

Eric M. McLeod

Michael Best & Friedrich LLP

One S. Pinckney St., Suite 700

Post Office Box 1806

Madison, WI 53701-1806

(608) 257-3501 (firm)

(608) 283-2257 (direct)

(608) 692-1371 (cell)

(608) 283-2275 (fax)

emmcleod@michaelbest.com

www.michaelbest.com

---

**From:** tottman [mailto:tottman@gmail.com]
**Sent:** Friday, February 25, 2011 2:31 PM
**To:** Jim Troupis; McLeod, Eric M (22257)
**Cc:** adam.foltz
**Subject:** Redistricting timeline

[Quoted text hidden]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Unless otherwise expressly indicated, if this email, or any attachment
hereto, contains advice concerning any federal tax issue or
submission, please be advised that the advice was not intended or
written to be used, and that it cannot be used, for the purpose of
avoiding federal tax penalties.

The information contained in this communication may be confidential,
is intended only for the use of the recipient(s) named above, and may
be legally privileged.  If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication, or any of its
contents, is strictly prohibited.  If you have received this
communication in error, please return it to the sender immediately and
delete the original message and any copy of it from your computer
system.  If you have any questions concerning this message, please
contact the sender.



# Discontiguity and disenfranchisement

2 messages

---

**tottman <tottman@gmail.com>**                                      **Mon, Jul 18, 2011 at 11:47 AM**
To: Jim Troupis <jrtroupis@troupislawoffice.com>, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>,
"Taffora, Raymond P (22244)" <rptaffora@michaelbest.com>, adam foltz <adamfoltz@gmail.com>

This morning I got from LTSB a copy of their file for LRB 2261, the state legislative redistricting plan. I imported that plan back into our software and ran the report to check for unassigned and non-contiguous areas. There were no unassigned areas. I went through each individual non-contiguous area and confirmed that all fell within the allowable law.

I also took another look at the disenfranchisement report. Of the 299,704 people disenfranchised by SB 148, 164,843 of them will have the opportunity to vote in a recall election this summer. That leaves what I will term a true disenfranchisement number of 134,861.

The question is, do we want to share that number publicly at some point or wait to see it brought up in a legal setting and counter at that time.

A related question as we are getting other media inquiries on things like splits and where exactly they are. So far we have not been responding to those inquiries. Do we want to continue not responding or should we be sharing that information?

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**                      **Mon, Jul 18, 2011 at 12:10 PM**
To: tottman <tottman@gmail.com>, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, "Taffora, Raymond P (22244)" <rptaffora@michaelbest.com>, adam foltz <adamfoltz@gmail.com>

Tad,

An interesting question on what we would to get out there. Given we are going to litigation now I generally say only play the cards whey you must play them. Your excellent point on the disenfranchisement I think we should hold until the other side takes a position on disenfranchisement. No real benefit to playing that card now.

As to the splits, that's really your call. They are all known. What the benefit is of getting into that is not entirely clear, but from a litigation perspective there does not seem to be any advantage or disadvantage that is obvious.

Jim

---

Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

rtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

**From:** tottman [mailto:tottman@gmail.com]
**Sent:** Monday, July 18, 2011 11:48 AM
**To:** Jim Troupis; McLeod, Eric M (22257); Taffora, Raymond P (22244); adam foltz
**Subject:** Discontiguity and disenfranchisement

[Quoted text hidden]


# isenfranchisement

3 messages

---

**tottman <tottman@gmail.com>**                                    Sat, Jul 16, 2011 at 11:00 AM
To: Jim Troupis <jrtroupis@troupislawoffice.com>, "Taffora, Raymond P (22244)" <rptaffora@michaelbest.com>, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, adam foltz <adamfoltz@gmail.com>

Can we make the case to reduce our number of disenfranchised voters based on the recall elections?

It occurred to me that two of our biggest areas of disenfranchisement, the 22nd and the 10th will both be voting in recall elections this summer. They will get to vote again in 2014 in the odd numbered senate seats they are moving to, which will be just over 3 years from now. Just accounting for those 2 seats would reduce our disenfranchisement by 90,000. There are likely others that make up our disenfranchisement count that will be voting in recalls as well.

---

**McLeod, Eric M (22257) <EMMcleod@michaelbest.com>**                Sat, Jul 16, 2011 at 11:07 AM
To: "tottman@gmail.com" <tottman@gmail.com>, "jrtroupis@troupislawoffice.com" <jrtroupis@troupislawoffice.com>, "Taffora, Raymond P (22244)" <rptaffora@michaelbest.com>, "AdamFoltz@gmail.com" <AdamFoltz@gmail.com>

Excellent point. Given that we have not found a case in which a map has ever been struck down on grounds of even to odd disenfranchisement, I would say the recall elections would certainly be a relevant factor that mitigates the amount of disenfranchisement otherwise.

------------
Eric M. McLeod
Michael Best & Friedrich LLP
608 283-2257 (Office)
608 692-1371 (Cell)
emmcleod@michaelbest.com

---

**From:** tottman [mailto:tottman@gmail.com]
**Sent:** Saturday, July 16, 2011 11:00 AM
**To:** Jim Troupis <jrtroupis@troupislawoffice.com>; Taffora, Raymond P (22244); McLeod, Eric M (22257); adam foltz <adamfoltz@gmail.com>
**Subject:** Disenfranchisement

Can we make the case to reduce our number of disenfranchised voters based on the recall elections?

It occurred to me that two of our biggest areas of disenfranchisement, the 22nd and the 10th will both be voting in recall elections this summer. They will get to vote again in 2014 in the odd numbered senate seats they are moving to, which will be just over 3 years from now. Just accounting for those 2 seats would reduce our disenfranchisement count that will be voting in recalls as well.

****************************************************************

Unless otherwise expressly indicated, if this email, or any attachment
hereto, contains advice concerning any federal tax issue or
submission, please be advised that the advice was not intended or
written to be used, and that it cannot be used, for the purpose of
avoiding federal tax penalties.

The information contained in this communication may be confidential,
is intended only for the use of the recipient(s) named above, and may
be legally privileged. If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication, or any of its
contents, is strictly prohibited. If you have received this
communication in error, please return it to the sender immediately and
delete the original message and any copy of it from your computer
system. If you have any questions concerning this message, please
contact the sender.

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**                    Sun, Jul 17, 2011 at 10:12 AM
To: tottman <tottman@gmail.com>, "Taffora, Raymond P (22244)" <rptaffora@michaelbest.com>, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, adam foltz <adamfoltz@gmail.com>

Excellent thought...

Excellent thought.

TAD—Have we sent the Hispanic Map to Keith. I asked that you or Adam do that yesterday as I intend to call him today. Can you please make that happen today—Sunday. If you can at least give him a link and the numbers it would be important.

Thanks.

Jim


James R. Troupis

Troupis Law Office LLC

jrtroupis@troupislawoffice.com

ph. 608-807-4096

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.


**From:** tottman [mailto:tottman@gmail.com]
**Sent:** Saturday, July 16, 2011 11:01 AM
**To:** Jim Troupis; Taffora, Raymond P (22244); McLeod, Eric M (22257); adam foltz
**Subject:** Disenfranchisement

Can we make the case to reduce our number of disenfranchised voters based on the recall elections?


It occurred to me that two of our biggest areas of disenfranchisement, the 22nd and the 10th will both be voting in recall elections this summer. They will get to vote again in 2014 in the odd numbered senate seats they are moving to, which will be just over 3 years from now. Just accounting for those 2 seats would reduce our disenfranchisement by 90,000. There are likely others that make up our disenfranchisement count that will be voting in recalls as well.



# Hearing memos

1 message

**tottman <tottman@gmail.com>**                                                      **Tue, Jul 12, 2011 at 10:00 PM**
To: Jim Troupis <jrtroupis@troupislawoffice.com>, "Taffora, Raymond P (22244)" <rptaffora@michaelbest.com>, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, adam foltz <adamfoltz@gmail.com>

*83* Attached is most of the information for the memos for the hearing tomorrow. Adam will be sending another sheet. The idea is to print each section as a separate memo and label them SB 148 MEMO 1 through X.

One thing I would recommend changing is the enumeration of the County splits, since it doesn't tell a great story and there is not information from 10 years ago to compare it to. The municipal splits are a better comparison and a higher priority.

The other attachment that isn't provided here is the summary of population changes and deviations. This is simply a printout from the LRB analysis that we will submit.

Let us know if there is further information you think needs to be prepared for the committee.

---

 **sb 148 committee memos.docx**
13K


# committee memos

1 message

**tottman <tottman@gmail.com>**                                    **Tue, Jul 12, 2011 at 8:52 PM**
To: adam foltz <adamfoltz@gmail.com>

*84*

📄 **sb 146 committee memos.docx**
13K