

# MALDEF
2 messages

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**                  Tue, Jul 12, 2011 at 3:32 PM
To: tottman <tottman@gmail.com>, adamfoltz@gmail.com
Cc: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, rptaffora@michaelbest.com

Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

**tottman <tottman@gmail.com>**                          Tue, Jul 12, 2011 at 3:43 PM
To: Jim Troupis <jrtroupis@troupislawoffice.com>
Cc: adamfoltz@gmail.com, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, rptaffora@michaelbest.com


Tad Ottman <tottman@gmail.com>

# FW: MALDEF WI House Plan, (2nd edition)

6 messages

**Jim Troupis <jrtroupis@troupislawoffice.com>**      Mon, Jul 11, 2011 at 5:05 PM
To: tottman <tottman@gmail.com>, adamfoltz@gmail.com
Cc: "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, rptaffora@michaelbest.com

Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

<u>608.807.4096</u>

<u>jrtroupis@troupislawoffice.com</u>

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

**From:** Elisa Alfonso [mailto:<u>ealfonso@MALDEF.org</u>]
**Sent:** Monday, July 11, 2011 4:50 PM
**To:** 'Jim Troupis'
**Cc:** Alonzo Rivas
**Subject:** FW: MALDEF WI House Plan, (2nd edition)

Jim,

As promised, here is the MALDEF map we discussed this afternoon.

If you have any questions, please let us know.

Elisa

📎 WI_House_MALDEF_Plan2.zip
314K

---

**tottman <tottman@gmail.com>**  **Mon, Jul 11, 2011 at 5:35 PM**
To: Jim Troupis <jrtroupis@troupislawoffice.com>
Cc: adamfoltz@gmail.com, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, rptaffora@michaelbest.com

---

**Jim Troupis <jrtroupis@troupislawoffice.com>**  **Mon, Jul 11, 2011 at 5:41 PM**
To: tottman <tottman@gmail.com>
Cc: adamfoltz@gmail.com, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, rptaffora@michaelbest.com

Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

**From:** tottman [mailto:tottman@gmail.com]
**Sent:** Monday, July 11, 2011 5:35 PM
**To:** Jim Troupis
**Cc:** adamfoltz@gmail.com; McLeod, Eric M (22257); rptaffora@michaelbest.com
**Subject:** Re: FW: MALDEF WI House Plan, (2nd edition)

[Quoted text hidden]

---

**tottman <tottman@gmail.com>**  Mon, Jul 11, 2011 at 5:57 PM
To: Jim Troupis <jrtroupis@troupislawoffice.com>
Cc: adamfoltz@gmail.com, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, rptaffora@michaelbest.com

**Jim Troupis <jrtroupis@troupislawoffice.com>**  Mon, Jul 11, 2011 at 6:42 PM
To: tottman <tottman@gmail.com>, adamfoltz@gmail.com, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, rptaffora@michaelbest.com

Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

**From:** Jim Troupis [mailto:jrtroupis@troupislawoffice.com]
**Sent:** Monday, July 11, 2011 6:41 PM
**To:** 'Elisa Alfonso'; 'Alonzo Rivas'
**Subject:** FW: FW: MALDEF WI House Plan, (2nd edition)

Elisa and Alonzo,

I like your proposal. We've taken it a bit further. Here is a comparison of MALDEF's proposal to a suggestion we think might work a bit better. MALDEF's option is shown in color and our suggestion to do the same thing on the same template is shown in outline form as an overlay.

The HVAP numbers under the 2 plans:

MALDEF

AD 8 60.10

AD 9 53.00

Our Alternative

AD 8 60.52

AD 9 54.03

So this takes the same principal and improves it slightly on the numbers. Importantly, the MALDEF proposal would result in changing at least four other assembly districts in the present legislation, while this alternative would not cause those other unnecessary changes. As a result, I think the legislature could move to your suggestion—with our small changes.

Let us know what you think.

The hearing is on Wens., and if you would be willing to speak on behalf of this, we can then make sure you are on the agenda and the plan is given complete consideration.

Jim


Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

608.807.4096

jrtroupis@troupislawoffice.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

**From:** Elisa Alfonso [mailto:ealfonso@MALDEF.org]
**Sent:** Monday, July 11, 2011 4:50 PM
**To:** 'Jim Troupis'
**Cc:** Alonzo aRivas
**Subject:** FW: MALDEF WI House Plan, (2nd edition)


Jim,


As promised, here is the MALDEF map we discussed this afternoon.

If you have any questions, please let us know.

Elisa

📎 **Comparison of 64-50 maps.pdf**
64K

---

**Jim Troupis** <jrtroupis@troupislawoffice.com>  Tue, Jul 12, 2011 at 12:00 PM
To: tottman@gmail.com, adamfoltz@gmail.com, "McLeod, Eric M (22257)" <EMMcleod@michaelbest.com>, rptaffora@michaelbest.com

James R. Troupis

Troupis Law Office LLC

jrtroupis@troupislawoffice.com

ph. 608-807-4096

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please

contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

**From:** Elisa Alfonso [mailto:ealfonso@MALDEF.org]
**Sent:** Tuesday, July 12, 2011 11:41 AM
**To:** Jim Troupis; Alonzo Rivas
**Subject:** Re: FW: MALDEF WI House Plan, (2nd edition)

Jim,
Alonzo is out this morning and won't be back until this afternoon.

In regards to the MALDEF map, we will go with the recommendation you made last night.

As for tomorrow, we are unfamiliar with the process. Does it have to be oral testimony or can it be written? Any suggestions you can give us will be greatly appreciated.

We definitely need to speak today. Please let us know when you think we can have a call after your meetings.

Thank you.

Sent via BlackBerry by AT&T

---

**From:** Jim Troupis <jrtroupis@troupislawoffice.com>

**Date:** Tue, 12 Jul 2011 10:35:56 -0500

**To:** Elisa Alfonso<ealfonso@MALDEF.org>; Alonzo Rivas<Arivas@MALDEF.org>

**Subject:** RE: FW: MALDEF WI House Plan, (2nd edition)

Elisa,

I am meeting with legislative leaders this afternoon. Can we talk later this morning? The hearing will be tomorrow at 10 a.m. in Madison, and so, to the extent we can, we would like to insure that the concerns of the Latino community are addressed. This morning I asked staff to consult with our Legislative Reference Bureau on these alternatives as they must ultimately draft any amendment.

Let me know what works.

Jim

James R. Troupis

Troupis Law Office LLC

jrtroupis@troupislawoffice.com

ph. 608-807-4096

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

**From:** Jim Troupis [mailto:jrtroupis@troupislawoffice.com]
**Sent:** Monday, July 11, 2011 6:41 PM
**To:** Elisa Alfonso; Alonzo Rivas
**Subject:** FW: FW: MALDEF WI House Plan, (2nd edition)


Elisa and Alonzo,

I like your proposal. We've taken it a bit further. Here is a comparison of MALDEF's proposal to a suggestion we think might work a bit better. MALDEF's option is shown in color and our suggestion to do the same thing on the same template is shown in outline form as an overlay.

The HVAP numbers under the 2 plans:

MALDEF

AD 8 60.10

AD 9 53.00

Our Alternative

AD 8 60.52

AD 9 54.03

So this takes the same principal and improves it slightly on the numbers. Importantly, the MALDEF proposal would result in changing at least four other assembly districts in the present legislation, while this alternative would not cause those other

unnecessary changes. As a result, I think the legislature could move to your suggestion—with our small changes.

Let us know what you think.

The hearing is on Wens., and if you would be willing to speak on behalf of this, we can then make sure you are on the agenda and the plan is given complete consideration.

Jim


Troupis Law Office LLC

7609 Elmwood Ave

Suite 102

Middleton, WI 53562

<u>608.807.4096</u>

<u>jrtroupis@troupislawoffice.com</u>

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any atttachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

**From:** Elisa Alfonso [mailto:<u>ealfonso@MALDEF.org</u>]
**Sent:** Monday, July 11, 2011 4:50 PM
**To:** 'Jim Troupis'
**Cc:** Alonzo aRivas
**Subject:** FW: MALDEF WI House Plan, (2nd edition)


Jim,


As promised, here is the MALDEF map we discussed this afternoon.


If you have any questions, please let us know.


Elisa