

Tad Ottman <tottman@gmail.com>

# Alternative Confitureation of ADs 8 and 9

13 messages

**Adam Foltz <adamfoltz@gmail.com>**  Fri, Jul 8, 2011 at 4:30 PM
To: rptaffora@michaelbest.com, Eric McLeod <emmcleod@michaelbest.com>
Cc: tad ottman <tottman@gmail.com>

Ray,

As requested, attached to this email is a .pdf of the alternative configuration of ADs 8 and 9. The map does not contain much information by design. If you would like more details added, please let me know.

Also, LTSB has started to post the redistricting information on its site, which can be found at:

http://legis.wisconsin.gov/ltsb/redistricting/bills.htm


Adam

---

📎 **Alternative ADs 8 and 9.pdf**
106K

---

**tottman <tottman@gmail.com>**  Fri, Jul 8, 2011 at 5:07 PM
To: scottjensen@wi.rr.com

Scott,

Rich Zipperer mentioned he had been talking to you about the Hispanic districts in Milwaukee. I wanted to get to you a shapefile of the amendment with an alternative configuration of the 2 districts that was introduced along with the bill on legislative districts. There is a link to the interactive map of the full state map below.

Let me know if you have any questions.

Thanks,

Tad Ottman

LTSB has started to post the redistricting information on its site, which can be found at:

http://legis.wisconsin.gov/ltsb/redistricting/bills.htm

📎 **Alternative ADs 8 and 9.pdf**
106K

| Scott Jensen <scottjensen@wi.rr.com> | Fri, Jul 8, 2011 at 10:21 PM |
|---|---|
| To: tottman <tottman@gmail.com> | |

Tad,

Thanks.

Scott

[Quoted text hidden]

> [Quoted text hidden]
> <Alternative ADs 8 and 9.pdf>

---

| Scott Jensen <scottjensen@wi.rr.com> | Fri, Jul 8, 2011 at 10:24 PM |
|---|---|
| To: Jesus Rodriguez <zeus@rodriguezwi.com> | |
| Cc: tottman <tottman@gmail.com> | |

Zeus,

Here is an alternative map for the two Hispanic districts. The original map can be found at the state link below. You can contact Tad Ottman for an explanation of both options at the address above. Also, you can contact Joe Handrick at 608-215-5837. Thanks.

Scott

Begin forwarded message:

> From: tottman <tottman@gmail.com>
> Date: July 8, 2011 5:07:53 PM CDT
> To: scottjensen@wi.rr.com
> Subject: **Fwd: Alternative Confitureation of ADs 8 and 9**
>
> [Quoted text hidden]

Alternative ADs 8 and 9.pdf
106K

---

| Jesus Rodriguez <zeus@rodriguezwi.com> | Sat, Jul 9, 2011 at 7:14 AM |
|---|---|
| To: Scott Jensen <scottjensen@wi.rr.com> | |
| Cc: tottman <tottman@gmail.com> | |

Thanks Scott.

Hello Tad,

Thank you for helping me in this process. What I really need is a comparison of the new maps (both versions of 8 and 9) and the current map. Along with the actual demographics and percentages (both general and Voting Age Populations) of the new and old districts. Preferably in PDF, so that I can make hard copies.

Do both Zepnik and Zamarripa live in these two new versions?

If I am going to be able to testify as soon as Wednesday, time is of the essence, especially if we are going to make any recommendations. You can feel free to call me on my cell phone 414-745-6676. If you think it would be more efficient to bring Joe Handrick in as well, I will call him too.

Thank you very much,

Zeus

[Quoted text hidden]

> [Quoted text hidden]
> <Alternative ADs 8 and 9.pdf>

---

**tottman <tottman@gmail.com>**     Sat, Jul 9, 2011 at 5:21 PM
To: Jesus Rodriguez <zeus@rodriguezwi.com>

Here are maps of the seats under the bill as introduced (with the current district overlayed on top) as well as the amendment. The third file is some statistics on the districts. We are still working on heat maps at this time.

[Quoted text hidden]

---

**3 attachments**

📄 **AD 8 and 9 as introduced.pdf**
96K

📄 **Amended Hispanic Districts.pdf**
86K

📄 **Hispanic seats.pdf**
95K

---

**RodriguezWI <zeus@rodriguezwi.com>**     Sat, Jul 9, 2011 at 5:34 PM
To: tottman <tottman@gmail.com>

Thank you. I look forward to the rest of the maps.

Agnus Dei, qui tollis peccata Mundi.

[Quoted text hidden]

> <AD 8 and 9 as introduced.pdf>
>
> <Amended Hispanic Districts.pdf>

&lt;Hispanic seats.pdf&gt;

---

**tottman &lt;tottman@gmail.com&gt;**  
To: RodriguezWI &lt;zeus@rodriguezwi.com&gt;

Sat, Jul 9, 2011 at 7:41 PM

Here is the Milwaukee heat map.

[Quoted text hidden]

📄 **Hispanic Voting Age Population - Heat Map.pdf**
442K

---

**tottman &lt;tottman@gmail.com&gt;**  
To: Scott Jensen &lt;scottjensen@wi.rr.com&gt;

Sat, Jul 9, 2011 at 7:43 PM

Scott,

If you could give me a call at your convenience I'd appreciate it. I'm home the rest of the night at 608.827.0527 or you can reach me tomorrow at 608.258.2291.

Thanks,

Tad

[Quoted text hidden]

---

**Jesus Rodriguez &lt;zeus@rodriguezwi.com&gt;**  
To: tottman &lt;tottman@gmail.com&gt;

Sat, Jul 9, 2011 at 8:15 PM

Outstanding, this is very helpful.

Could we please get this heat map with the current district lines and also the second proposed map?

I hate to sound so demanding, I know you are working overtime. If it's any consolation, I own 2 businesses and run one non profit, while doing this redistricting stuff for free.

I will also like to have heat maps for the proposed Waukesha city, Racine city and Madison districts, where the Hispanic community is also growing significantly. These maps can come after the ones above.

Last but not least when and who do I speak with about making actual changes to the proposal? I spoke with Joe and he said that we would be able to work with someone.

Thank you so much for your hard work!

Zeus

[Quoted text hidden]

[Quoted text hidden]

&lt;Hispanic Voting Age Population - Heat Map.pdf&gt;

---

**tottman &lt;tottman@gmail.com&gt;**

Mon, Jul 11, 2011 at 9:54 AM

To: Jesus Rodriguez <zeus@rodriguezwi.com>

Here are the heat maps with the current district overlay and with the amendment overlay.

In terms of a contact for information about changes to the proposal, you should contact Ray Taffora with Michael Best & Friedrich. His number is 608.283.2244.

Thanks,

Tad

[Quoted text hidden]

---

**2 attachments**


**Hispanic Voting Age Population - Heat Map - Current District Overlay.pdf**
438K


**Hispanic Voting Age Population - Heat Map - Amendment Overlay.pdf**
446K

---

**tottman <tottman@gmail.com>**  Mon, Jul 11, 2011 at 2:23 PM
To: Jesus Rodriguez <zeus@rodriguezwi.com>

Here are the heat maps for Racine, Waukesha and Madison with both the current district and the proposed maps as overlays.

[Quoted text hidden]

---

**6 attachments**


**Racine HVAP Current District.pdf**
60K


**Racine HVAP LRB 2261.pdf**
61K


**Waukesha HVAP Current District.pdf**
100K


**Waukesha HVAP LRB 2261.pdf**
103K

**Madison HVAP Current District.pdf**
106K

**Madison HVAP LRB 2261.pdf**
111K

---

**tottman <tottman@gmail.com>**  Mon, Jul 11, 2011 at 6:23 PM
To: Jesus Rodriguez <zeus@rodriguezwi.com>

I wanted to get you one more proposal to look at. This alternative has AD 8 with 60.5 HVAP and AD 9 with 54.03 HVAP. I've overlayed the current district outlines on top.

[Quoted text hidden]

---


**AD 8 and 9 alternative with current overlay.pdf**
59K