# Exhibit F

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

ALVIN BALDUS, et al.,

**PARTIES' EXHIBIT LIST**

v.

Case Number: 11-CV-562,

MICHAEL BRENNAN, et al.       11-CV-1101 (Consolidated)

| PRESIDING JUDGES (3-JUDGE PANEL) | PLAINTIFFS' ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| Circuit Judge Diane P. Wood, Northern District of Illinois Judge Robert M. Dow, Jr., and Eastern District of Wisconsin Judge J.P. Stadtmueller | Attorneys Douglas M. Poland, Dustin B. Brown and Wendy K. Arends of Godfrey & Kahn, S.C., Counsel for Baldus Plaintiffs<br><br>Attorney Peter G. Earle of the Law Office of Peter Earle, LLC, Counsel for Voces Plaintiffs<br><br>Attorneys P. Scott Hassett, Daniel S. Lenz, James A. Olson of Lawton & Cates, S.C., Counsel for Intervenor-Plaintiffs | Attorney Maria S. Lazar of the Wisconsin Department of Justice, Counsel for Defendants<br><br>Attorneys Patrick J. Hodan, Daniel Kelly, and Colleen E. Fielkow of Reinhart Boerner Van Deuren, S.C., Counsel for Defendants<br><br>Attorneys Thomas L. Shriner, Jr., Kellen C. Kasper of Foley & Lardner LLP, Counsel for Intervenor-Defendants |
| **TRIAL DATE(S)** February 21-24, 2012 | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **VOL. I** |
| 1 | | | | | December 13, 2011 Subpoena Issued to Joe Handrick, Deposition Ex. 1 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 2 | | | | | Packet of documents produced by Joseph Handrick via Eric M. McLeod pursuant to the subpoena, Deposition Ex. 2 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 2A | | | | | Population Totals, Deposition Ex. 2A to the December 20, 2011 Deposition of Joseph W. Handrick |
| 3 | | | | | CD labeled Joe Handrick Draft Maps – Block Assignments, Deposition Ex. 3 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 4 | | | | | February 15, 2011 letter to Don M. Millis and Joseph W. Handrick from Eric M. McLeod, Deposition Ex. 4 to the December 20, 2011 Deposition of Joseph W. Handrick |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87)   **PARTIES' EXHIBIT LIST – CONTINUATION**

| BALDUS, et al. vs. BRENNAN, et al. | | | | | CASE NO.<br>11-CV-562; 11-CV-1101 (Consolidated) |
|---|---|---|---|---|---|
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 5 | | | | | February 17, 2011 letter to Eric M. McLeod from Don M. Millis, Deposition Ex. 5 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 6 | | | | | February 18, 2011 letter to Eric M. McLeod from Don M. Millis, Deposition Ex. 6 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 7 | | | | | Bio of Joseph W. Handrick from the website of Reinhart, Deposition Ex. 7 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 8 | | | | | Joe Handrick's lobbyist license dated November 30, 2011, Deposition Ex. 8 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 9 | | | | | Excerpts from the book, *Born to Run* by Ronald Keith Gaddie, Deposition Ex. 9 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 10 | | | | | Defendants' Amended Initial Rule 26(a) Disclosures dated November 25, 2011, Deposition Ex. 10 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 11 | | | | | Second Amended Complaint for Declaratory and Injunctive Relief dated November 18, 2011, Docket No. 48, Deposition Ex. 11 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 12 | | | | | Defendants' Answer and Affirmative Defenses to Second Amended Complaint for Declaratory and Injunctive Relief dated November 25, 2011, Docket No. 57, Deposition Ex. 12 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 12A | | | | | Defendants' Amended Answer and Affirmative Defenses to Second Amended Complaint for Declaratory and Injunctive Relief dated November 30, 2011, Docket No. 66 |
| 13 | | | | | Plaintiffs' First Set of Interrogatories and First Request for Production of Documents to Defendants dated November 22, 2011, Deposition Ex. 13 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 14 | | | | | Chapter 801.17, Commencement of Action and Venue, Deposition Ex. 14 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 15 | | | | | Chapter 751, Supreme Court, Deposition Ex. 15 to the December 20, 2011 Deposition of Joseph W. Handrick |

AO 187 (Rev. 7/87)          **PARTIES' EXHIBIT LIST – CONTINUATION**

| BALDUS, et al. vs. BRENNAN, et al. | | | | CASE NO.<br>11-CV-562; 11-CV-1101 (Consolidated) | |
| --- | --- | --- | --- | --- | --- |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 16 | | | | | Wisconsin Supreme Court Petition for Appointment of Three-Judge Panel Pursuant to Wis. Stat. 751.035 and 801.50(4m) or, in the Alternative, for Leave to Commence an Original Action Seeking Declaratory Judgment and Other Relief dated November 21, 2011, Deposition Ex. 16 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 17 | | | | | Waukesha County Summons and Complaint for Declaratory and Other Relief and Appointment of Three-Judge Panel Pursuant to Wis. Stat. 751.035 and 801.50(4m) dated November 28, 2011, Deposition Ex. 17 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 18 | | | | | December 2, 2011 letter to Kathleen Madden, Waukesha County Clerk of Court from Joseph Louis Olson enclosing Amended Summons and Amended Complaint for Declaratory and Other Relief dated December 2, 2011, Deposition Ex. 18 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 19 | | | | | Transcript of Joint Public Hearing on Wisconsin Redistricting Plan on July 13, 2011, Deposition Ex. 19 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 20 | | | | | Oversized Map entitled State of Wisconsin Act 43 Assembly Districts, Deposition Ex. 20 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 21 | | | | | Oversized Map entitled 2011 Act 44, Deposition Ex. 21 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 22 | | | | | Oversized Map entitled 2011 Act 43, Deposition Ex. 22 to the December 20, 2011 Deposition of Joseph W. Handrick |
| 23 | | | | | December 13, 2011 Subpoena issued to Adam Foltz, Deposition Ex. 23 to the December 21, 2011 Deposition of Adam R. Foltz |
| 24 | | | | | Documents Produced in Response to Subpoena Issued by Plaintiffs to Adam Foltz dated December 21, 2011, Deposition Ex. 24 to the December 21, 2011 Deposition of Adam R. Foltz |
| | | | | VOL. II | |
| 25 | | | | | Documents Produced by Adam R. Foltz at Deposition, Deposition Ex. 25 to the December 21, 2011 Deposition of Adam R. Foltz |
| 26 | | | | | DVD identified as Adam Foltz Documents Responsive to December 13, 2011 Subpoena, Deposition Ex. 26 to the December 21, 2011 Deposition of Adam R. Foltz |

AO 187 (Rev. 7/87)      **PARTIES' EXHIBIT LIST – CONTINUATION**

| BALDUS, et al. vs. BRENNAN, et al. | | | | CASE NO.<br>11-CV-562; 11-CV-1101 (Consolidated) | |
|---|---|---|---|---|---|
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 27 | | | | | DVD identified as Adam Foltz Statewide Data Base, Deposition Ex. 27 to the December 21, 2011 Deposition of Adam R. Foltz |
| 28 | | | | | Order dated December 8, 2011 (by U.S. District Judge J. P. Stadtmueller), Docket No. 74, Deposition Ex. 28 to the December 21, 2011 Deposition of Adam R. Foltz |
| 29 | | | | | Order dated December 20, 2011 (by U.S. District Judge J.P. Stadtmueller), Docket No. 82, Deposition Ex. 29 to the December 21, 2011 Deposition of Adam R. Foltz |
| 30 | | | | | December 13, 2011 Expert Report of Ronald Keith Gaddie, Ph.D., Deposition Ex. 30 to the December 21, 2011 Deposition of Adam R. Foltz |
| 31 | | | | | December 14, 2011 Expert Report of John Diez of Magellan Strategies BR, Deposition Ex. 31 to the December 21, 2011 Deposition of Adam R. Foltz |
| 32 | | | | | December 14, 2011 Expert Report of Peter A. Morrison, Ph.D., Deposition Ex. 32 to the December 21, 2011 Deposition of Adam R. Foltz |
| 33 | | | | | Documents Produced in Response to Subpoena Issued by Plaintiffs to Tad Ottman dated December 22, 2011, Deposition Ex. 33 to the December 22, 2011 Deposition of Tad M. Ottman |
| 33A | | | | | Documents Produced by Tad M. Ottman at Deposition, Deposition Ex. 33A to the December 22, 2011 Deposition of Tad M. Ottman |
| 34 | | | | | DVD identified as Tad Ottman Documents Responsive to December 13, 2011 Subpoena, Deposition Ex. 34 to the December 22, 2011 Deposition of Tad M. Ottman |
| 35 | | | | | December 13, 2011 Subpoena Issued to Tad Ottman, Deposition Ex. 35 to the December 22, 2011 Deposition of Tad M. Ottman |
| 36 | | | | | July 8, 9 and 11, 2011 Emails re: Alternative Confitureation of Ads 8 and 9 (containing information that was inadvertently redacted), Deposition Ex. 36 to the December 22, 2011 Deposition of Tad M. Ottman |
| 37 | | | | | January 4, 2012 Subpoena issued to Jesus "Zeus" Rodriguez, Deposition Ex. 37 to the January 11, 2012 Deposition of Jesus "Zeus" Rodriguez |
| 38 | | | | | July 21-22, 2011 Emails re: "Rep. Zamarripa floor speech on redistricting" and maps, Deposition Ex. 38 to the January 11, 2012 Deposition of Jesus "Zeus" Rodriguez |

AO 187 (Rev. 7/87)     **PARTIES' EXHIBIT LIST – CONTINUATION**

| BALDUS, et al. vs. BRENNAN, et al. | | | | | CASE NO.<br>11-CV-562; 11-CV-1101 (Consolidated) |
|---|---|---|---|---|---|
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 38A | | | | | July 8-9, 2011 Emails re: "Alternative Confitureation of ADs 8 and 9" and maps, Deposition Ex. 38A to the January 11, 2012 Deposition of Jesus "Zeus" Rodriguez |
| 39 | | | | | Copy of telephone records, Deposition Ex. 39 to the January 11, 2012 Deposition of Jesus "Zeus" Rodriguez |
| 40 | | | | | Copy of telephone records, Deposition Ex. 40 to the January 11, 2012 Deposition of Jesus "Zeus" Rodriguez |
| 41 | | | | | July 9, 2011 Emails between Adam Foltz and Tad Ottman re: "Heat Maps" and Milwaukee county Hispanic heat map," Deposition Ex. 41 to the January 11, 2012 Deposition of Jesus "Zeus" Rodriguez |
| 42 | | | | | January 6, 2012 Subpoena issued to Andrew D. Speth, Deposition Ex. 42 to the January 17, 2012 Deposition of Andrew D. Speth |
| 43 | | | | | Documents Produced by Andrew Speth at Deposition, Deposition Ex. 43 to the January 17, 2012 Deposition of Andrew D. Speth |
| 44 | | | | | Blown-up Act 44 redistricting map, Deposition Ex. 44 to the January 17, 2012 Deposition of Andrew D. Speth |
| 45 | | | | | December 14, 2011 Expert Report of Erik V. Nordheim, Deposition Ex. 45 to the January 17, 2012 Deposition of Andrew D. Speth |
| **VOL. III** | | | | | |
| 46 | | | | | January 11, 2012 Newspaper Article entitled "Errors in redistricting process could affect thousands of voters," January 11, 2012 Newspaper Article entitled "Glitch puts some Wisconsin voters in Africa," and January 13, 2012 Newspaper Article entitled, "Redistricting problem means thousands are listed in wrong district," Deposition Ex. 46 to the January 17, 2012 Deposition of Andrew D. Speth |
| 47 | | | | | Affidavit of David R. Obey, Deposition Ex. 47 to the January 17, 2012 Deposition of Andrew D. Speth |
| 48 | | | | | January 11, 2012 Subpoena issued to Peter A. Morrison, Ph.D., Deposition Ex. 48 to the January 18, 2012 Deposition of Peter A. Morrison, Ph.D. |
| 49 | | | | | Documents Produced by Dr. Morrison at Deposition, Deposition Ex. 49 to the January 18, 2012 Deposition of Peter A. Morrison, Ph.D. |

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/14/12   Page 6 of 24   Document 158-6

AO 187 (Rev. 7/87)    **PARTIES' EXHIBIT LIST – CONTINUATION**

| BALDUS, et al. vs. BRENNAN, et al. | | | | | CASE NO. 11-CV-562; 11-CV-1101 (Consolidated) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 49A | | | | | ACS 2006 2010 Analysis.xls, Deposition Ex. 49A to the January 18, 2012 Deposition of Peter A. Morrison, Ph.D. |
| 50 | | | | | Thumb drive produced by Dr. Morrison at Deposition, Deposition Ex. 50 to the January 18, 2012 Deposition of Peter A. Morrison, Ph.D. |
| 51 | | | | | December 22, 2011 letter from Attorney Poland to Defendants' Counsel re:  Dr. Morrison's Expert Report, Deposition Ex. 51 to the January 18, 2012 Deposition of Peter A. Morrison, Ph.D. |
| 52 | | | | | December 28, 2011 letter from Attorney Kelly to Plaintiffs' Counsel responding to their December 22, 2011 letter re:  Dr. Morrison's Expert Report, Deposition Ex. 52 to the January 18, 2012 Deposition of Peter A. Morrison, Ph.D. |
| 53 | | | | | January 13, 2012 Rebuttal Expert Report by Dr. Morrison, Deposition Ex. 53 to the January 18, 2012 Deposition of Peter A. Morrison, Ph.D. |
| 54 | | | | | Building a Spanish Surname List for the 1990's—A New Approach to an Old Problem by the Population Division of the U.S. Bureau of the Census  dated March 1996, Deposition Ex. 54 to the January 18, 2012 Deposition of Peter A. Morrison, Ph.D. |
| 55 | | | | | December 13, 2011 Rule 26 Expert Report of Dr. Kenneth R. Mayer, Deposition Ex. 55 to the January 18, 2012 Deposition of Peter A. Morrison, Ph.D. |
| 56 | | | | | January 1, 2012 Subpoena issued to Ronald Keith Gaddie, Ph.D., Deposition Ex. 56 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 57 | | | | | Flash drive produced by Dr. Gaddie at Deposition, Deposition Ex. 57 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 58 | | | | | January 13, 2011 Rebuttal Expert Report of Ronald Keith Gaddie, Ph. D., Deposition Ex. 58 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 59 | | | | | Defendants' Answer and Affirmative Defenses to *Voces de la Frontera* Plaintiffs' Original Complaint for Declaratory and Injunctive Relief Under the Voting Rights Act of 1965 dated December 2, 2011, Docket No. 69, Deposition Ex. 59 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |

AO 187 (Rev. 7/87)    **PARTIES' EXHIBIT LIST – CONTINUATION**

| BALDUS, et al. vs. BRENNAN, et al. | | | | | CASE NO.<br>11-CV-562; 11-CV-1101 (Consolidated) |
|---|---|---|---|---|---|
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 60 | | | | | January 13, 2012 Rule 26 Expert Rebuttal Report of Dr. Kenneth R. Mayer, Deposition Ex. 60 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 61 | | | | | **Confidential** – Sealed Documents printed from original flash drive produced at the deposition by Dr. Gaddie, Deposition Ex. 61 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 62 | | | | | April 5, 2011, April 8, 2011, April 10, 2011 and May 8, 2011 Email chain between Dr. Gaddie and Jim Troupis, Subject: Gaddie this week and next, Deposition Ex. 62 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 63 | | | | | Dr. Gaddie's Notes, Deposition Ex. 63 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 64 | | | | | January 24, 2011 Email chain between Joe Handrick and Jim Troupis, Subject: Memo, Deposition Ex. 64 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 65 | | | | | February 7, 2011 and February 14, 2011 Email chain between Dr. Gaddie and Jim Troupis, Subject: Current Address, Deposition Ex. 65 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 66 | | | | | April 11, 2011 Letter/Consulting Services Agreement to Professor Gaddie from Eric McLeod bearing bates range MBF000033-35, Deposition Ex. 66 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 67 | | | | | April 19, 2011 and April 20, 2011 Email chain between Dr. Gaddie and Joe Handrick, Subject: Milwaukee county elections bearing bates range Foltz001059-1060, Deposition Ex. 67 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 68 | | | | | May 8, 2011 Email to Eric McLeod from Dr. Gaddie with attached May 8, 2011 invoice bearing bates range MBF000030-32, Deposition Ex. 68 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 69 | | | | | May 9, 2011 Email to Eric McLeod from Dr. Gaddie, Subject: Senate Disfranchisement bearing bates range MBF000029, Deposition Ex. 69 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 70 | | | | | May 31, 2011 Email to Eric McLeod from Dr. Gaddie with attached June 3, 2011 invoice, Deposition Ex. 70 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |

AO 187 (Rev. 7/87)    **PARTIES' EXHIBIT LIST – CONTINUATION**

| BALDUS, et al. vs. BRENNAN, et al. | | | | | CASE NO. 11-CV-562; 11-CV-1101 (Consolidated) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 71 | | | | | June 6, 2011 Email from Adam Foltz to Dr. Gaddie, Jim Troupis, Eric McLeod, Tad Ottman and Joe Handrick, Re:  The Hispanic Community Speaks in Milwaukee, and June 7, 2011 Email from Jim Troupis to Adam Foltz, Eric McLeod, Tad Ottman and Joseph Handrick – Attorney Client Privileged Communication, Deposition Ex. 71 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 72 | | | | | Chart labeled, "Milwaukee_Gaddie_4_16_11_V1_B", Deposition Ex. 72 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 73 | | | | | July 17, 2011 Email chain between Dr. Gaddie, Tad Ottman, Adam Foltz, Jim Troupis, Eric McLeod, Raymond Taffora, Subject:  Wisconsin Hispanic Districts, Deposition Ex. 73 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 74 | | | | | July 17, 2011 Email chain between Dr. Gaddie and Jim Troupis, Subject:  MUST TALK TODAY IF POSSIBLE, Deposition Ex. 74 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| **VOL. IV** | | | | | |
| 75 | | | | | July 17, 2011 Email chain between Dr. Gaddie and Jim Troupis, Subject:  Revised timing, and July 17, 2011 Email to Dr. Gaddie from Tad Ottman, Subject:  Wisconsin Hispanic Districts, Deposition Ex. 75 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 76 | | | | | July 17, 2011 Email from Dr. Gaddie to Jim Troupis, Subject: Revised timing with attached Assembly_Labels_v1(2).pdf; July 17, 2011 Email chain between Dr. Gaddie and Jim Troupis, Subject:  Revised timing; and July 17, 2011 Email to Dr. Gaddie from Tad Ottman, Subject:  Wisconsin Hispanic Districts, Deposition Ex. 76 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 77 | | | | | July 17, 2011 Email chain between Dr. Gaddie and Jim Troupis, Subject:  Revised Timing, Deposition Ex. 77 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 78 | | | | | July 29, 2011 Email from Dr. Gaddie to Eric McLeod with attached August 1, 2011 invoice, Deposition Ex. 78 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 79 | | | | | November 10, 2011 Memo, Subject:  Census Blocks Conflicting with Municipal Boundaries, Deposition Ex. 79 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |

AO 187 (Rev. 7/87)    **PARTIES' EXHIBIT LIST – CONTINUATION**

| BALDUS, et al. vs. BRENNAN, et al. | | | | | CASE NO.<br>11-CV-562; 11-CV-1101 (Consolidated) |
|---|---|---|---|---|---|
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 80 | | | | | January 13, 2012 Memo, Subject: Redistricting Anomolies - Municipal and Ward Boundaries, Deposition Ex. 80 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 81 | | | | | Facebook exchanges between Dr. Gaddie and Joe Handrick, Deposition Ex. 81 to the January 20, 2012 Deposition of Ronald Keith Gaddie, Ph.D. |
| 82 | | | | | Subpoena Issued to John Diez of Magellan Strategies BR, Deposition Ex. 82 to the January 23, 2012 Deposition of John C. Diez, Jr. |
| 83 | | | | | December 29, 2011 Correct Compactness Report by John Diez, Deposition Ex. 83 to the January 23, 2012 Deposition of John C. Diez, Jr. |
| 84 | | | | | January 11, 2012 Deferred Voting Study by John Diez of Magellan Strategies BR, Deposition Ex. 84 to the January 23, 2012 Deposition of John C. Diez, Jr. |
| 85 | | | | | January 13, 2012 Rebuttal Expert Report of Ronald Keith Gaddie, Ph.D. , Deposition Ex. 85 to the January 23, 2012 Deposition of John C. Diez, Jr. |
| 86 | | | | | Notice of Deposition issued to David J. Meyer of the Government Accountability Board, Deposition Ex. 86 to the January 25, 2012 Deposition of David J. Meyer |
| 87 | | | | | Municipal Boundary Discrepancy Map for Rock County, Wisconsin, Deposition Ex. 87 to the January 25, 2012 Deposition of David J. Meyer |
| 88 | | | | | Letter dated 1/10/2012, Deposition Ex. 88 to the February 1, 2012 Deposition of Joseph W. Handrick, Vol. II |
| 89 | | | | | Letter dated 1/11/2012, Deposition Ex. 89 to the February 1, 2012 Deposition of Joseph W. Handrick, Vol. II |
| 90 | | | | | Summary core constituency report, Deposition Ex. 90 to the February 1, 2012 Deposition of Joseph W. Handrick, Vol. II |
| 91 | | | | | Series of e-mails, Deposition Ex. 91 to the February 1, 2012 Deposition of Joseph W. Handrick, Vol. II |
| 92 | | | | | Series of e-mails, Deposition Ex. 92 to the February 1, 2012 Deposition of Joseph W. Handrick, Vol. II |
| 93 | | | | | Series of e-mails, Deposition Ex. 93 to the February 1, 2012 Deposition of Joseph W. Handrick, Vol. II |

AO 187 (Rev. 7/87)          **PARTIES' EXHIBIT LIST – CONTINUATION**

| BALDUS, et al. vs. BRENNAN, et al. | | | | | CASE NO. 11-CV-562; 11-CV-1101 (Consolidated) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 94 | | | | | Series of e-mails, Deposition Ex. 94 to the February 1, 2012 Deposition of Joseph W. Handrick, Vol. II |
| 95 | | | | | Two e-mails, Deposition Ex. 95 to the February 1, 2012 Deposition of Joseph W. Handrick, Vol. II |
| 96 | | | | | Series of e-mails, Deposition Ex. 96 to the February 1, 2012 Deposition of Joseph W. Handrick, Vol. II |
| 97 | | | | | Assembly District 8 map, Deposition Ex. 97 to the February 1, 2012 Deposition of Joseph W. Handrick, Vol. II |
| 98 | | | | | Printout of menu of a disk, Deposition Ex. 98 to the February 1, 2012 Deposition of Joseph W. Handrick, Vol. II |
| 99 | | | | | E-mail from Jim Troupis, Deposition Ex. 99 to the February 1, 2012 Deposition of Joseph W. Handrick, Vol. II |
| 100 | | | | | Memorandum to Representative Garey Bies, Deposition Ex. 100 to the February 1, 2012 Deposition of Adam R. Foltz, Vol. II |
| 100A | | | | | Memorandums prepared by Adam Foltz, produced responsive to subpoenas, FOLTZ000689-932 |
| 101 | | | | | Breakdown of regions, Deposition Ex. 101 to the February 1, 2012 Deposition of Adam R. Foltz, Vol. II |
| 102 | | | | | June 14, 2011 E-mail from Andy Speth, Deposition Ex. 102 to the February 1, 2012 Deposition of Adam R. Foltz, Vol. II |
| 103 | | | | | June 15, 2011 E-mail from Andy Speth, Deposition Ex. 103 to the February 1, 2012 Deposition of Adam R. Foltz, Vol. II |
| 104 | | | | | June 21, 2011 E-mail from Andy Speth, Deposition Ex. 104 to the February 1, 2012 Deposition of Adam R. Foltz, Vol. II |
| 105 | | | | | Foltz 001043 - 001044, Deposition Ex. 105 to the February 1, 2012 Deposition of Adam R. Foltz, Vol. II |
| 106 | | | | | E-mail from Andrew Welhouse, Deposition Ex. 106 to the February 1, 2012 Deposition of Adam R. Foltz, Vol. II |
| 107 | | | | | Foltz 001046 - 001047, Deposition Ex. 107 to the February 1, 2012 Deposition of Adam R. Foltz, Vol. II |
| 108 | | | | | Heat map, Deposition Ex. 108 to the February 1, 2012 Deposition of Adam R. Foltz, Vol. II |
| 109 | | | | | Heat map, Deposition Ex. 109 to the February 1, 2012 Deposition of Adam R. Foltz, Vol. II |

AO 187 (Rev. 7/87)  **PARTIES' EXHIBIT LIST – CONTINUATION**

| BALDUS, et al. vs. BRENNAN, et al. | | | | CASE NO. 11-CV-562; 11-CV-1101 (Consolidated) | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 110 | | | | | Packet of e-mails, Deposition Ex. 110 to the February 1, 2012 Deposition of Adam R. Foltz, Vol. II |
| 111 | | | | | Comparison of Assembly districts, Deposition Ex. 111 to the February 1, 2012 Deposition of Adam R. Foltz |
| 112 | | | | | Census data, Deposition Ex. 112 to the February 1, 2012 Deposition of Adam R. Foltz, Vol. II |
| 113 | | | | | General talking points, Deposition Ex. 113 to the February 1, 2012 Deposition of Adam R. Foltz, Vol. II |
| 114 | | | | | Metadata document, Deposition Ex. 114 to the February 1, 2012 Deposition of Adam R. Foltz, Vol. II |
| 115 | | | | | Packet of e-mails and heat maps, Deposition Ex. 115 to the February 2, 2012 Deposition of Tad M. Ottman, Vol. II |
| 116 | | | | | Packet of e-mails, Deposition Ex. 116 to the February 2, 2012 Deposition of Tad M. Ottman, Vol. II |
| 117 | | | | | Ottman 000095 - 000096, Deposition Ex. 117 to the February 2, 2012 Deposition of Tad M. Ottman, Vol. II |
| 118 | | | | | Ottman 000117 - 000120, Deposition Ex. 118 to the February 2, 2012 Deposition of Tad M. Ottman, Vol. II |
| 119 | | | | | E-mail from Leah Vukmir, Deposition Ex. 119 to the February 2, 2012 Deposition of Tad M. Ottman, Vol. II |
| 120 | | | | | Ottman 000144, Deposition Ex. 120 to the February 2, 2012 Deposition of Tad M. Ottman, Vol. II |
| 121 | | | | | Talking points, Deposition Ex. 121 to the February 2, 2012 Deposition of Tad M. Ottman, Vol. II |
| 122 | | | | | Ottman 000145 - 000161, Deposition Ex. 122 to the February 2, 2012 Deposition of Tad M. Ottman, Vol. II |
| 123 | | | | | Privileged Attorney-Client Communication, Deposition Ex. 123 to the February 2, 2012 Deposition of Tad M. Ottman, Vol. II |
| 124 | | | | | Privileged Attorney-Client Communication, Deposition Ex. 124 to the February 2, 2012 Deposition of Tad M. Ottman, Vol. II |
| 125 | | | | | Troupis 000064 - 000070, Deposition Ex. 125 to the February 2, 2012 Deposition of Tad M. Ottman, Vol. II |
| 126 | | | | | E-mail from Jim Troupis, Deposition Ex. 126 to the February 2, 2012 Deposition of Tad M. Ottman, Vol. II |

AO 187 (Rev. 7/87)    **PARTIES' EXHIBIT LIST – CONTINUATION**

| BALDUS, et al. vs. BRENNAN, et al. | | | | CASE NO. 11-CV-562; 11-CV-1101 (Consolidated) | |
| --- | --- | --- | --- | --- | --- |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 127 | | | | | Salon.com article, Deposition Ex. 127 to the February 2, 2012 Deposition of Tad M. Ottman, Vol. II |
| 128 | | | | | Outline for Tad Ottman testimony, Deposition Ex. 128 to the February 2, 2012 Deposition of Tad M. Ottman, Vol. II |
| 129 | | | | | Subpoena issued to Bernard Grofman, Deposition Ex. 129 to the February 3, 2012 Deposition of Bernard N. Grofman, Ph.D. |
| 130 | | | | | December 27, 2011 E-mail re:  Raw population data, Deposition Ex. 130 to the February 3, 2012 Deposition of Bernard N. Grofman, Ph.D. |
| 131 | | | | | Invoice, Deposition Ex. 131 to the February 3, 2012 Deposition of Bernard N. Grofman, Ph.D. |
| 132 | | | | | Excerpts from Dr. Mayer's Expert Report, Deposition Ex. 132 to the February 3, 2012 Deposition of Bernard N. Grofman, Ph.D. |
| 133 | | | | | Excerpts from Expert Reports, Deposition Ex. 133 to the February 3, 2012 Deposition of Bernard N. Grofman, Ph.D. |
| 134 | | | | | Spreadsheet prepared by Dr. Mayer, Deposition Ex. 134 to the February 3, 2012 Deposition of Bernard N. Grofman, Ph.D. |
| 135 | | | | | Act 43 data sent by Mr. Hodan, Deposition Ex. 135 to the February 3, 2012 Deposition of Bernard N. Grofman, Ph.D. |
| 136 | | | | | Legislative plan with respect to 2010 census, Deposition Ex. 136 to the February 3, 2012 Deposition of Bernard N. Grofman, Ph.D. |
| 137 | | | | | January 24, 2011 E-mails between Joseph Handrick and Jim Troupis re:  Memo, Deposition Ex. 137 to the February 3, 2012 Deposition of Bernard N. Grofman, Ph.D. |
| 138 | | | | | February 7, 2011 and February 14, 2011 E-mails between Dr. Gaddie, Jim Troupis, and Eric McLeod re:  Current Address, Deposition Ex. 138 to the February 3, 2012 Deposition of Bernard N. Grofman, Ph.D. |
| 139 | | | | | June 13, June 15, June 27 and July 7, 2011 E-mails between Bernard Grofman, Sarah Troupis, and Jim Troupis re: Wisconsin—Ground Zero materials, Deposition Ex. 139 to the February 3, 2012 Deposition of Bernard N. Grofman, Ph.D. |

AO 187 (Rev. 7/87)      **PARTIES' EXHIBIT LIST – CONTINUATION**

| BALDUS, et al. vs. BRENNAN, et al. | | | | | CASE NO. 11-CV-562; 11-CV-1101 (Consolidated) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | **VOL. V** |
| 140 | | | | | January 11, 2011 Declaration of Bernard Grofman, Deposition Ex. 140 to the February 3, 2012 Deposition of Bernard N. Grofman, Ph.D. |
| 141 | | | | | Document showing calculations, Deposition Ex. 141 to the February 3, 2012 Deposition of Bernard N. Grofman, Ph.D. |
| 142 | | | | | Article by Nathan Persily, Deposition Ex. 142 to the February 3, 2012 Deposition of Bernard N. Grofman, Ph.D. |
| 143 | | | | | Voces de la Frontera, Inc. Plaintiffs' Original Complaint for Declaratory and Injunctive Relief Under the Voting Rights Act of 1965 dated October 31, 2011, Deposition Ex. 143 to the February 3, 2012 Deposition of Bernard N. Grofman, Ph.D. |
| 144 | | | | | Color map showing ward populations and voter turnout, Deposition Ex. 144 to the February 3, 2012 Deposition of Bernard N. Grofman, Ph.D. |
| 145 | | | | | February 3, 2012 Subpoena issued to Tony Van Der Wielen of the Legislative Technology Services Bureau, Deposition Ex. 145 to the February 7, 2012 Deposition of Tony Van Der Wielen |
| 146 | | | | | Documents produced in response to subpoena issued by Plaintiffs to Tony J. Van Der Wielen dated February 3, 2012, Deposition Ex. 146 to the February 7, 2012 Deposition of Tony Van Der Wielen |
| 147 | | | | | Flash drive produced by witness, Deposition Ex. 147 to the February 7, 2012 Deposition of Tony Van Der Wielen |
| 148 | | | | | Analysis of WISE-LR and Adjusted GAB datasets, Legislative Technology Services Bureau – Geographic Information Systems (GIS) Team, Deposition Ex. 148 to the February 7, 2012 Deposition of Tony Van Der Wielen |
| 149 | | | | | Map of Harmony and Assembly 44 Congressional 1 Map, Deposition Ex. 149 to the February 7, 2012 Deposition of Tony Van Der Wielen |
| 150 | | | | | January 3, 2012 Memorandum from Steve Miller, LRB and Jeff Ylvisaker, LTSB to Legislative Leaders, Deposition Ex. 150 to the February 7, 2012 Deposition of Tony Van Der Wielen |
| 151 | | | | | Government Accountability Board (GAB) Redistricting Meeting, Questions for GAB Staff, Deposition Ex. 151 to the February 7, 2012 Deposition of Tony Van Der Wielen |

AO 187 (Rev. 7/87)          **PARTIES' EXHIBIT LIST – CONTINUATION**

| BALDUS, et al. vs. BRENNAN, et al. | | | | | CASE NO.<br>11-CV-562; 11-CV-1101 (Consolidated) |
|---|---|---|---|---|---|
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 152 | | | | | January 23, 2012 Letter to Joint Committee on Legislative Organization Co-Chairs, President Ellis and Speaker Fitzgerald, from Jeff Ylvisaker, Director Legislative Technology Services Bureau, cc: Senate and Assembly Caucus Leaders, Senate and Assembly Chief Clerks re: Government Accountability Board Memorandum of January 13, 2012, Deposition Ex. 152 to the February 7, 2012 Deposition of Tony Van Der Wielen |
| 153 | | | | | Wisconsin Legislature Redistricting Staff Working Group, Meeting of January 14, 2011, Deposition Ex. 153 to the February 7, 2012 Deposition of Tony Van Der Wielen |
| 154 | | | | | Defendants' Supplement to the Amended Initial Rule 26(a) Disclosures dated December 19, 2011, Deposition Ex. 154 to the February 7, 2012 Deposition of Tony Van Der Wielen |
| 155 | | | | | December 6, 2011 Letter from Tony J. Van Der Wielen to Ronald Keith Gaddie enclosing requested materials related to the 2010 census data, Deposition Ex. 155 to the February 7, 2012 Deposition of Tony Van Der Wielen |
| 156 | | | | | December 6, 2011 Letter from Tony J. Van Der Wielen to John Diez enclosing requested materials related to the 2010 census data, Deposition Ex. 156 to the February 7, 2012 Deposition of Tony Van Der Wielen |
| 157 | | | | | Notice of Deposition issued to Kevin Kennedy, in his capacity as Director and General Counsel for the Wisconsin Government Accountability Board, Deposition Ex. 157 to the February 8, 2012 Deposition of Kevin Kennedy |
| 158 | | | | | Defendants' Answer to Plaintiffs' First Set of Interrogatories and First Request for Production of Documents dated December 12, 2011, Deposition Ex. 158 to the February 8, 2012 Deposition of Kevin Kennedy |
| 159 | | | | | LTSB County Shape File Analysis, Deposition Ex. 159 to the February 8, 2012 Deposition of Kevin Kennedy |
| 160 | | | | | SVRS 8.0 – Redistricting Key Changes, Deposition Ex. 160 to the February 8, 2012 Deposition of Kevin Kennedy |
| 161 | | | | | Defendants' Responses to Plaintiffs' Second Set of Interrogatories and Second Request for Production of Documents dated February 2, 2012, Deposition Ex. 161 to the February 8, 2012 Deposition of Kevin Kennedy |

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/14/12   Page 15 of 24   Document 158-6

AO 187 (Rev. 7/87)     **PARTIES' EXHIBIT LIST – CONTINUATION**

| BALDUS, et al. vs. BRENNAN, et al. | | | | CASE NO. 11-CV-562; 11-CV-1101 (Consolidated) | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 162 | | | | | Defendants' Supplemental Answers to Plaintiffs' First Set of Interrogatories and First Request for Production of Documents dated February 3, 2012, Deposition Ex. 162 to the February 8, 2012 Deposition of Kevin Kennedy |
| 163 | | | | | Congressional Exception Report, Deposition Ex. 163 to the February 8, 2012 Deposition of Kevin Kennedy |
| 164 | | | | | Senate Exception Report, Deposition Ex. 164 to the February 8, 2012 Deposition of Kevin Kennedy |
| 165 | | | | | Assembly Exception Report, Deposition Ex. 165 to the February 8, 2012 Deposition of Kevin Kennedy |
| 166 | | | | | Exhibit E to Plaintiffs' Second Amended Complaint dated November 18, 2011, Wisconsin Government Accountability Board, for members of the legislature and the public, "Legislative Redistricting:  Act 43 Effective Dates for Election and Representation Purposes," Docket No. 48-5, Deposition Ex. 166 to the February 8, 2012 Deposition of Kevin Kennedy |
| 167 | | | | | Waukesha County Case No. 11-CV-3995, Clinard, et al. v. Brennan, et al., Defendants' Answer to Amended Complaint for Declaratory and Other Relief dated January 20, 2012, Deposition Ex. 167 to the February 8, 2012 Deposition of Kevin Kennedy |
| 168 | | | | | Declaration of Kevin Kennedy in Support of the Defendants' Motion for Protective Order dated January 16, 2012, Docket No. 109, Deposition Ex. 168 to the February 8, 2012 Deposition of Kevin Kennedy |
| 169 | | | | | 1959 Marshfield Map, Produced by Dr. Mayer in Response to Subpoena |
| 170 | | | | | Emails between Dr. Mayer, Attorney Poland and Steve Barg re: Marshfield redistricting plan, Produced by Dr. Mayer in Response to Subpoena |
| 171 | | | | | Terry Moulton Recall Petition, signed by plaintiff Alvin Baldus on November 27, 2011, p. 32 |
| 172 | | | | | CD of Kenneth Mayer expert materials produced December 14, 2011 |
| 173 | | | | | 2011 Wisconsin Act 39 (statutory text) |
| 174 | | | | | 2011 Wisconsin Act 43 (statutory text), Ex. B to Plaintiffs' Second Amended Complaint filed on November 18, 2011, Docket No. 48-2 |

AO 187 (Rev. 7/87)          **PARTIES' EXHIBIT LIST – CONTINUATION**

| BALDUS, et al. vs. BRENNAN, et al. | | | | | CASE NO. 11-CV-562; 11-CV-1101 (Consolidated) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 175 | | | | | 2011 Wisconsin Act 44 (statutory text), Ex. B to Plaintiffs' Second Amended Complaint filed on November 18, 2011, Docket No. 48-2 |
| 176 | | | | | Maps of Assembly Districts 8 and 9 produced by Joel Gratz showing the new districts 8 and 9 outlined in yellow |
| 177 | | | | | Map showing Marshfield split |
| 178 | | | | | Map showing Kenosha/Racine split |
| 179 | | | | | Congressional Comparison 2001 v. 2011 Districts |
| 180 | | | | | Map of Several Counties in Central Wisconsin, Ex. 4 to the Intervenor-Plaintiffs' Brief in Opposition to Intervenor-Defendants' Motion for Judgment on the Pleadings, Docket No. 99-4 filed on January 3, 2012 |
| 181 | | | | | Highway Map |
| 182 | | | | | Latino voting age population chart based on data from Plaintiffs' Expert Dr. Kenneth R. Mayer |
| 183 | | | | | Redistricting population movement by district.xls, materials relied upon by Dr. Mayer, produced on December 14, 2011 |
| 184 | | | | | Map of Assembly Districts 8 and 9 with Turnout rate |
| 185 | | | | | Map of Assembly District 8 and Latino VAP Density by 2002 Wards |
| 186 | | | | | Memorandum Regarding Legislative Redistricting: Effective Date and Use of State Funds from Kevin J. Kennedy, Dir. and Gen. Counsel, Gov't Accountability Bd., to Robert Marchant, Senate Chief Clerk, and Patrick Fuller, Assembly Chief Clerk dated October 19, 2011 |
| 187 | | | | | CD of Kenneth Mayer corrected expert materials produced January 9, 2012 |
| 188 | | | | | January 12, 2011 Correspondence from Attorney Eric M. McLeod, Michael Best & Friedrich LLP to Majority Leader Scott L. Fitzgerald of the Wisconsin State Senate re: Reapportionment Counsel for the Wisconsin State Senate by its Majority Leader, Scott L. Fitzgerald |
| 189 | | | | | July 27, 2010 Correspondence from Attorney Eric M. McLeod, Michael Best & Friedrich LLP to Tad Ottman, Office of State Senator Scott Fitzgerald re: Confidentiality and Nondisclosure Related to Reapportionment |

AO 187 (Rev. 7/87)      **PARTIES' EXHIBIT LIST – CONTINUATION**

| BALDUS, et al. vs. BRENNAN, et al. | | | | | CASE NO.<br>11-CV-562; 11-CV-1101 (Consolidated) |
|---|---|---|---|---|---|
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 190 | | | | | July 27, 2010 Correspondence from Attorney Eric M. McLeod, Michael Best & Friedrich LLP to Adam Foltz, Office of State Representative Jeff Fitzgerald re:  Confidentiality and Nondisclosure Related to Reapportionment |
| 191 | | | | | 1980 Census of Population and Housing Spanish Surname List Technical Documentation |
| 192 | | | | | Latino VAP Density by 2002 Wards with Dr. Mayer Illustrative District 8 |
| 193 | | | | | Latino VAP Density by 2002 Wards with Dr. Mayer Illustrative District 8 & Act 43 AD 8 |
| 194 | | | | | Latino VAP Density by 2002 Wards with Dr. Mayer Illustrative District 8 & 2002 AD 8 |
| 195 | | | | | |
| 196 | | | | | |
| 197 | | | | | |
| 198 | | | | | |
| 199 | | | | | |
| 200 | | | | | |
| 201 | | | | | |
| 202 | | | | | |
| 203 | | | | | |

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/14/12   Page 18 of 24   Document 158-6

# INDEX OF DEFENDANTS' TRIAL EXHIBITS

| Deponent | Exhibit |
|---|---|
| Jesus ("Zeus") Rodriguez<br>1/16/12 | 1001.  Plaintiffs' original complaint |
| | 1002.  Testimony of Jesus "Zeus" Rodriguez |
| Randy F. Cray<br>1/25/12 | 1003.  Notice of deposition and subpoena |
| | 1004.  Packet of e-mails |
| | 1005.  Expert disclosures |
| | 1006.  Map and expert disclosures |
| | 1007.  County-to-County Worker Flow |
| | 1008  Students by geographic location |
| Erik V. Nordheim, Ph.D.<br>1/26/12 | 1009.  Notice of Videotaped Deposition and Subpoena |
| | 1010.  CD - Nordheim Production Materials |
| | 1011.  Printout of Exhibit 1010 (CD materials) |
| | 1012.  Report of Erik V. Nordheim |
| | 1013.  Materials from Professor Nordheim's file - handwritten notes, Compactness Analysis Reports and Summary Core Constituency Report |
| | 1014.  State of Wisconsin Congressional Districts map for 2002 redistricting |
| | 1015.  State of Wisconsin Act 44 Congressional Districts map |
| Kenneth R. Mayer, Ph.D.<br>1/27/12 | 1016.  Handwritten notes |
| | 1017.  December 14, 2011 expert report |
| | 1018.  January 13, 2012 rebuttal report |
| | 1019.  January 9, 2012 letter with attachments |
| | 1020.  Spreadsheet comparing data |
| | 1021.  Affidavit (Baumgart v. Wendelberger) |
| | 1022.  Second Amended Complaint for Declaratory and Injunctive Relief |
| | 1023.  Notice |
| | 1024.  DVD containing documents responsive to subpoena |
| | 1025.  Spreadsheet |
| Joel A. Gratz<br>1/30/12 | 1026.  Deposition notice and subpoena |
| | 1027.  Response to subpoena in CD form |
| | 1028.  PowerPoint Redistricting Overview |
| | 1029.  Memo to Representative Peter Barca |
| | 1030.  Discussion points |
| | 1031.  Memo to Scott Adrian |
| | 1032.  Packet of e-mails |
| Michael J. White<br>1/30/12 | 1033.  Deposition notice and subpoena |
| | 1034.  Packet of documents |
| | 1035.  Flash drive |

1

# INDEX OF DEFENDANTS' TRIAL EXHIBITS

| Deponent | Exhibit |
|---|---|
| Peter A. Barca<br>1/31/12 | 1036.  Subpoena and Exhibit A |
| | 1037. Rule 26 Disclosures |
| | 1038.  Memo to Scott Adrian From Joel Gratz |
| | 1039.  Substitute Amendment to Senate Bill |
| | 1040.  Wisconsin Democracy Campaign Alternative Wisconsin Senate Redistricting Map |
| | 1041.  Wisconsin Democracy Campaign With the Assembly Version of the Map |
| | 1042.  Map Entitled WDC Assembly |
| | 1043.  Map Entitled WDC Senate |
| | 1044.  Large Chart For the Assembly |
| | 1045.  Large Chart For the Senate |
| | 1046.  Large Chart |
| | 1047.  Papers Mr. Barca Was Taking Notes and Documents Brought With Him to Deposition. |
| | 1048.  Cocktail Napkin With Notes Made By Mr. Barca |
| Peter A. Barca<br>2/7/12 | 1049.  E-mail dated 12/13/10 from Steve Miller |
| | 1050.  E-mail dated 1/12/11 from Steve Miller attaching RSWG meeting notice and agenda |
| | 1051.  E-mails dated 3/15/11 between Matt Egerer, Rich Judge, and Cathy Friedl |
| | 1051.  E-mails dated 3/15/11 between Matt Egerer, Rich Judge, and Cathy Friedl |
| | 1053.  E-mail dated 7/1/11 to Peter Barca from Rich Judge |
| | 1054.  E-mails dated 7/15/11 between Matt Egerer and Adrienne Ramirez |
| | 1055.  Senate Bill 148 and legislative history, Assembly Substitute Amendment 1 to 2011 Senate Bill 148 |
| | 1056.  Senate Bill 149 and legislative history, Assembly Substitute Amendment 1 to 2011 Senate Bill 149 |

# INDEX OF DEFENDANTS' TRIAL EXHIBITS

| Exhibit No | Exhibit |
|---|---|
| 1057 | Governor's Veto Message, 1983 Wisconsin Act 27 |
| 1058 | Additional Speth Documents |
| 1059 | Rebuttal/Responsive Affidavit of Kenneth R. Mayer on behalf of Intevenor-Plaintiffs Baumgart, et al. |
| 1060 | (Baldus Plaintiffs) Responses to Defendants' January 12, 2012 Interrogatories, Requests for Production of Documents and Request for Admission to Plaintiffs |
| 1061 | (Voces Plaintiffs) Plaintiffs' Answers to Defendants' First Set of Interrogatories and First Request for Production of Documents |
| 1062 | Defendants' Answers to Plaintiffs' First Set of Interrogatories and Request for Production of Documents |
| 1063 | Defendants' Supplemental Answers to Plaintiffs' First Set of Interrogatories and Request for Production of Documents |
| 1064 | Defendants' Responses to Plaintiffs Second Set of Interrogatories and Request for Production of Documents |
| 1065 | Intevernor-Plaintiff Gwendolynne Moore's Responses to Defendant's Interrogatories, Requests for Production of Documents and Request for Admissions |
| 1066 | Intevernor-Plaintiff Ronald Kind's Responses to Defendant's Interrogatories, Requests for Production of Documents and Request for Admissions |
| 1067 | Intevernor-Plaintiff Tammy Baldwin's Responses to Defendant's Interrogatories, Requests for Production of Documents and Request for Admissions |
| 1068 | Bulletin of Proceedings of the Wisconsin Legislature, 1983-1984 Session |
| 1069 | 1983 Wisconsin Assembly Bill 1 (1983 Wisconsin Act 29), along with its Legislative History (Because the referenced bill and legislative history is extremely voluminous, a copy is not included as an exhibit. Defendants will provide a copy at trial if requested to do so by the Court.) |
| 1070 | 1983 Wisconsin Senate Bill 83 (1983 Wisconsin Act 27), along with its Legislative History (Because the referenced bill and legislative history is extremely voluminous, a copy is not included as an exhibit. Defendants will provide a copy at trial if requested to do so by the Court.) |
| 1071 | Eastern District of Wisconsin Case No. 82-C-0113, docket report and associated documents (*Wisconsin State AFL-CIO v. Elections Board*) |
| 1072 | The Capital Times, July 2, 1983 |
| 1073 | *Milwaukee Journal*, May 27, 1984 |
| 1074 | *Wisconsin State Journal*, December 11, 1984 |

3

## INDEX OF DEFENDANTS' TRIAL EXHIBITS

| Exhibit No | Exhibit |
|---|---|
| 1075 | Blue Book 1985-1986 |
| 1076 | Election 2010 - Exit Poll Results for Wisconsin - CBS News |
| 1077 | CD containing census data and election results as produced by the LTSB |
| 1078 | Act 43 Assembly Map |
| 1079 | Act 43 Senate Map |
| 1080 | Act 44 Congressional Map |
| 1081 | African American Population Heat Map |
| 1082 | Map overlaying Senate Districts 4 and 6 (as crated by Act 43) on Senate Districts 4 and 6 (as drawn by the court in 2002) |
| 1083 | Hispanic Population Heat Map |
| 1084 | Table 1 |
| 1085 | Table 2 |
| 1086 | Table 3 |
| 1087 | Table 4 |
| 1088 | Table 5 |
| 1089 | Table 6 |
| 1090 | Table 7 |
| 1091 | Table 8 |
| 1092 | Table 9 |
| 1093 | Table 10 |
| 1094 | Table 11 |
| 1095 | Table 12 |
| 1096 | Table 13 |

Case 2:11-cv-00562-JPS-DPW-RMD   Filed 02/14/12   Page 22 of 24   Document 158-6

# INDEX OF DEFENDANTS' TRIAL EXHIBITS

| | |
|---|---|
| 1097 | Table 14 |
| 1098 | Table 15 |
| 1099 | Table 16 |
| 1100 | Table 17 |
| 1101 | Table 18 |
| 1102 | Table 19 |
| 1103 | Table 20 |
| 1104 | Table 21 |
| 1105 | Table 22 |
| 1106 | Table 23 |
| 1107 | Table 24 |
| 1108 | Table 25 |
| 1109 | Table 26 |
| 1110 | Table 27 |
| 1111 | Table 28 |
| 1112 | Table 29 |
| 1113 | Table 30 |
| 1114 | Table 31 |
| 1115 | Table 32 |
| 1116 | Table 33 |
| 1117 | Act 43 Demographic Data |
| 1118 | Selected Pages from Wisconsin Blue Book regarding Elections in Assembly District 8 from 1998 through 2010 |
| 1119 | CD containing Kenneth Mayer's Expert Materials dated 12/14/2011 |
| 1120 | Election Results 2010 |

## INDEX OF DEFENDANTS' TRIAL EXHIBITS

| | |
|---|---|
| 1121 | Current Senate Over/Under Population Map |
| 1122 | Current Senate Over/Under Population Map |
| 1123 | State of Wisconsin Assembly Districts |
| 1124 | State of Wisconsin Senate Districts |

Reinhart\8334106