UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

_____

ALVIN BALDUS, CARLENE BECHEN, ELVIRA    )
BUMPUS, RONALD BIENDSEIL, LESLIE W.     )
DAVIS, III, BRETT ECKSTEIN, GLORIA      )
ROGERS, RICHARD KRESBACH, ROCHELLE      )
MOORE, AMY RISSEEUW, JUDY ROBSON, JEANNE )
SANCHEZ-BELL, CECELIA SCHLIEPP, TRAVIS  )
THYSSEN, CINDY BARBERA, RON BOONE, VERA )
BOONE, EVANJELINA CLEERMAN, SHEILA      )
COCHRAN, MAXINE HOUGH, CLARENCE JOHNSON, )Case No. 11-CV-562
RICHARD LANGE, and GLADYS MANZANET,     )  JPS-DPW-RMD
                                        )
                Plaintiffs,             )Milwaukee, Wisconsin
                                        )
TAMMY BALDWIN, GWENDOLYNNE MOORE and    )February 23, 2012
RONALD KIND,                            )7:15 p.m.
                                        )
                Intervenor-Plaintiffs,  )**VOLUME VI**
                                        )**EVENING SESSION**
v.                                      )
                                        )
Members of the Wisconsin Government     )
Accountability Board, each only in his  )
official capacity:  MICHAEL BRENNAN,    )
DAVID DEININGER, GERALD NICHOL, THOMAS  )
CANE, THOMAS BARLAND, and TIMOTHY VOCKE, )
and KEVIN KENNEDY, Director and General )
Counsel for the Wisconsin Government    )
Accountability Board,                   )
                                        )
                Defendants,             )
                                        )
(caption continued on next page)        )
_____

### TRANSCRIPT OF COURT TRIAL

BEFORE DIANE WOOD, CIRCUIT JUDGE, ROBERT DOW, JR., DISTRICT
    JUDGE, and J. P. STADTMUELLER, DISTRICT JUDGE

Contract Reporters:        Halma-Jilek Reporting 414-271-4466

Proceedings recorded by computerized stenography, transcript
produced by computer aided transcription.

```
 1   F. JAMES SENSENBRENNER, JR., THOMAS E.    )
     PETRI, PAUL D. RYAN, JR., REID J.         )
 2   RIBBLE, and SEAN P. DUFFY,                )
                                               )
 3                 Intervenor-Defendants.      )
     _____  )
 4                                             )
     VOCES DE LA FRONTERA, INC., RAMIRO        )
 5   VARA, OLGA VARA, JOSE PEREZ, and          )
     ERICA RAMIREZ,                            )
 6                                             )
                   Plaintiffs,                 )
 7                                             )
     v.                                        )Case No. 11-CV-1011
 8                                             )  JPS-DPW-RMD
     Members of the Wisconsin Government       )
 9   Accountability Board, each only in his    )
     official capacity: MICHAEL BRENNAN,       )
10   DAVID DEININGER, GERALD NICHOL, THOMAS     )
     CANE, THOMAS BARLAND, and TIMOTHY         )
11   VOCKE, and KEVIN KENNEDY, Director and    )
     General Counsel for the Wisconsin         )
12   Government Accountability Board,          )
                                               )
13                 Defendants.                 )
     _____
14
15   A P P E A R A N C E S
16   For the Plaintiffs:          DOUGLAS M. POLAND
                                   Godfrey & Kahn, S.C.
17                                 780 North Water Street
                                   Milwaukee, WI 53202-3590
18                                 414-273-3500
                                   Fax: 414-273-5198
19                                 Email: dpoland@gklaw.com

20                                 DUSTIN B. BROWN
                                   Godfrey & Kahn, S.C.
21                                 1 East Main Street - Suite 500
                                   Madison, WI 53701-2719
22                                 608-257-3911
                                   Fax: 608-257-0609
23                                 Email: dbrown@gklaw.com
24
25
```

```
 1   FOR THE CONSOLIDATED
     PLAINTIFFS:                    JACQUELINE E. BOYNTON
 2                                  Law Offices of Jacqueline Boynton
                                    2266 N. Prospect Ave - Ste. 505
 3                                  Milwaukee, WI 53202-6306
                                    414-276-1066
 4                                  Fax:414-276-9119
                                    Email: jackie@jboynton.com
 5
                                    PETER G. EARLE
 6                                  Law Offices of Peter Earle, LLC
                                    839 North Jefferson - Suite 303
 7                                  Milwaukee, WI 53202
                                    414-276-1076
 8                                  Fax: 414-276-0460
                                    Email: peter@earle-law.com
 9
     FOR THE DEFENDANTS:            DANIEL KELLY
10                                  Reinhart Boerner Van Deuren, S.C.
                                    1000 North Water Street
11                                  Milwaukee, WI 53202
                                    414-298-1000
12                                  Fax: 414-298-8097
                                    Email: dkelly@reinhartlaw.com
13
                                    PATRICK J. HODAN
14                                  Reinhart Boerner Van Deuren, S.C.
                                    1000 North Water Street
15                                  Milwaukee, WI 53202
                                    414-298-1000
16                                  Fax: 414-298-8097
                                    Email: phodan@reinhartlaw.com
17
                                    COLLEEN E. FIELKOW
18                                  Reinhart Boerner Van Deuren, S.C.
                                    1000 North Water Street
19                                  Milwaukee, WI 53202
                                    414-298-1000
20                                  Fax: 414-298-8097
                                    Email: cfielkow@reinhartlaw.com
21
                                    MARIA S. LAZAR
22                                  Wisconsin Department of Justice
                                    Office of Attorney General
23                                  17 West Main Street
                                    Madison, WI 53707-7857
24                                  608-267-3519
                                    Fax: 608-267-2223
25                                  Email: lazarms@doj.state.wi.us
```

```
 1   FOR INTERVENOR PLAINTIFFS:     SCOTT HASSETT
                                    Lawton & Cates, S.C.
 2                                  10 East Doty Street - Suite 400
                                    P.O. Box 2965
 3                                  Madison, WI 53701-2965
                                    608-282-6200
 4                                  Fax:  608-282-6252
                                    Email: shassett@lawtoncates.com
 5
     FOR THE INTERVENOR
 6   DEFENDANTS:                    KELLEN C. KASPER
                                    Foley & Lardner, LLP
 7                                  777 East Wisconsin Avenue
                                    Milwaukee, WI 53202-5300
 8                                  414-297-5783
                                    Fax: 414-297-4900
 9                                  Email: kkasper@foley.com

10                                  THOMAS L. SHRINER, JR.
                                    FOLEY & LARDNER, LLP
11                                  777 East Wisconsin Avenue
                                    Milwaukee, WI 53202-5300
12                                  414-297-5601
                                    Fax: 414-297-4900
13                                  Email: tshriner@foley.com

14   FOR THE MOVANTS:               JOSEPH LOUIS OLSON
                                    Michael Best & Friedrich, LLP
15                                  100 East Wisconsin Avenue
                                    Suite 3300
16                                  Milwaukee, WI 53202-4108
                                    414-271-6560
17                                  Fax: 414-277-0656
                                    Email: jlolson@michaelbest.com
18

19

20

21

22

23

24

25
```

1                    P R O C E E D I N G S

2            THE BAILIFF:  The court is now in session.  Please be

3    seated and come to order tests.

4            JUDGE STADTMUELLER:  Let the record reflect that we

5    are back on the record for some recordkeeping purposes.  My

6    staff advised the panel that counsel wanted to make some

7    matters of record following the Court's comments at the end of

8    our trial day a little more than an hour ago.  So beginning

9    with you, Mr. Poland, if you and your colleagues would like to

10   make those matters of record, now is your opportunity.

11           MR. POLAND:  Thank you, Your Honor.  Yes, Mr. Brown

12   and I have been conferring with opposing counsel on claims that

13   we might be able to pare down or drop entirely before further

14   taking of evidence tomorrow and argument, and what we have

15   agreed to dismiss are, and this is from our Second Amended

16   Complaint, would be our second claim, which is captioned,

17   "Legislation does not recognize local government boundaries."

18   Our fourth claim, which is congressional districts are not

19   compacted and fail to preserve communities of interest.  Our

20   fifth claim, congressional and legislative districts constitute

21   unconstitutional gerrymandering.  We will retain our sixth

22   claim, which is legislative districts violate the Federal

23   Voting Rights Act only with respect to the Latino districts.

24   We will drop the claim with respect to the African-American

25   districts or with respect to any other districts.  So just the

1    Latino districts.  We will drop our seventh claim, which is
2    legislative districts unconstitutionally use race as a
3    predominant factor, and then we are going to retain the other
4    claims.
5         Your Honor, if I could also just speak to Judge
6    Stadtmueller.  One of the comments you had made as we were
7    leaving, as we were adjourning, you mentioned Count 9, and the
8    only aspect of that that I intend to argue would be to make a
9    waiver argument during closings tomorrow.
10        JUDGE STADTMUELLER:  All right.  Thank you.
11   Mr. Kelly, Mr. Hodan, Ms. Lazar, do you have anything more you
12   would like to make of record?
13        MS. LAZAR:  Yes, Your Honor, thank you.  I got the
14   unenviable task of trying to determine who's going to do what
15   and how long they are going to do it, and we have come up with
16   a short list that has us starting at 8:30, taking the taking
17   the two regular breaks you scheduled, a lunch break and then
18   going through everything, adding a little bit of time for
19   exhibits and housekeeping, which would bring us up to 6:50, and
20   that's if things go as long as we have determined.  Then we
21   would propose a 30-minute break to 7:20, and then we would
22   propose closings that would take us to 9:05.  Of course, this
23   is -- I mean, if we can compress some things now that some of
24   these things have been dropped, we can shorten that, but we
25   have come to agreements that we would try to keep things within

1    the bounds, and if they go a little bit over, that's okay, but

2    we would try to stop if it's going to be like a lot over any of

3    those areas.  I can give the court, I can draft up or rewrite,

4    since it's pretty sloppy now, what our kind of deadlines are

5    for each of these, if the court wants to see that.

6            THE COURT:  Certainly.  I think it would be helpful

7    for us if we had the order of the witnesses and the like.  I

8    appreciate, and I speak for Judge Wood and Judge Dow, as well,

9    our collective sincere appreciation for your efforts to narrow

10   this a bit more, and we will be guided accordingly.  Now, to

11   the extent that you have individuals coming into the building

12   after 5:15 tomorrow, whether it's sandwiches for your evening

13   break or the like, you need to make that known to one of the

14   Court's security officers so that if somebody appears at the

15   front door or the side door preferably, in fact, the front door

16   will probably be closed and everybody will be directed to the

17   Jackson Street entrance, as to what time those deliveries might

18   be made so we don't have any problems with access to the

19   building.  Mr. Shriner, do you have anything you would like to

20   add?

21           MR. SHRINER:  No, Your Honor.  I indicated to counsel

22   that I would intend to take no more than about 15 minutes on

23   closing, and I guess I get to wait until the end of the day to

24   do that, but I will let Mr. Hassett and Mr. Olson know of what

25   the arrangements are so they can come back, but the claims as

1  to Act 44 are all gone, except by the Intervenor Defendants, so

2  I guess we ought to talk about them then.

3      JUDGE STADTMUELLER:  All right.

4      MR. POLAND:  Your Honor, if I could just make one

5  note there, as well.  We have not spoken with Mr. Hassett and

6  Mr. Olson.  We are dropping our congressional district claims,

7  But that's not having consulted with them first, so --

8      JUDGE STADTMUELLER:  Certainly.

9      MR. POLAND:  -- they would need to be contacted.

10      MS. LAZAR:  Your Honor's, I can tell you before I

11  write all this out what the order of witnesses would be, if

12  that would be of interest right now.  I can list them off.

13      JUDGE STADTMUELLER:  Certainly.

14      MS. LAZAR:  We would start with Professor Mayer,

15  Dr. Morrison, Professor Gaddie, Professor Grafman, and then we

16  are done.  We will also, if the court allows, instead of doing

17  some read-ins of any depositions, we would just do the new one

18  that took place, we would just do designations of that one

19  instead of having that read in to save time, as well.

20      JUDGE STADTMUELLER:  Certainly.  And to the extent

21  that any of these experts overlap, I think it would be helpful

22  if you simply summarize the report in your summation so we

23  don't have to go through the same series of building blocks a

24  second time.  Now there may be some nuances and differences and

25  analysis that may impact on how one expert's findings may

1   differ from another, even though supportive of the Defendants'

2   positions.  I don't want to cut anybody off in that regard, but

3   to the extent that they are purely duplicative, I don't think

4   that's going to be terribly helpful to the Court's

5   decision-making process.

6           MS. LAZAR:  In that regard I did forget to mention we

7   have agreed that we will do a stipulation about John Diaz and

8   not have him testimony at all.

9           JUDGE STADTMUELLER:  All right.

10          MS. LAZAR:  I will rewrite this list and provide it

11  to the Court before I leave today.

12          JUDGE STADTMUELLER:  All right.  Well, since

13  everyone, including you, need either to get home or take care

14  of other obligations, you can simply submit it in the morning

15  when you arrive.

16          MS. LAZAR:  Thank you.

17          JUDGE STADTMUELLER:  There's no need to do it this

18  evening.  Mr. Turlach will ensure that all of you get out

19  appropriately without having to breach any of the innumerable

20  security devices.  With those thoughts, Judge Wood, do you have

21  anything?

22          JUDGE WOOD:  No, thank you.

23          MR. SHRINER:  I don't know if there are any Cub fans

24  on the bench, but I hope you heard that Braun is not going to

25  sit out the first 50 days.

```
 1              JUDGE DOW:  There's no Cub fans on this side of the
 2   bench.
 3              JUDGE STADTMUELLER:  And it would appear that
 4   Mr. Braun is the luckiest man in the world because the Fed Ex
 5   office wasn't open.
 6              (A discussion was had off the record.)
 7              THE BAILIFF:  All rise.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1 UNITED STATES DISTRICT COURT )
                              )SS
2 EASTERN DISTRICT OF WISCONSIN )

3

4

5

6            I, KATHY A. HALMA, Official Court Reporter for the

7  United States District Court, Eastern District of Wisconsin, do

8  hereby certify that I reported the foregoing proceedings and

9  that the same is true and correct in accordance with my

10 original shorthand notes taken at said time and place.

11

12

13            _____

14 KATHY A. HALMA
   Official Court Reporter
15 United States District Court

16

17

18

19

20

21

22

23

24

25