**Re:** *Alvin Baldus, et al. v. Members of the Wisconsin Government Accountability Board, et al.*

**Case No.:** 11-C-00562 (Eastern District of Wisconsin)

**Re:** *Voces de la Frontera, Inc., et al. v. Members of the Wisconsin Government Accountability Board, et al.*

**Case No.:** 11-C-1011 (Eastern District of Wisconsin)

## CERTIFICATE OF SERVICE BY E-FILING

The undersigned hereby certifies that she is employed in the office of the Department of Justice of the State of Wisconsin in the capacity of legal secretary.

That on the 23rd day of March, 2012, she electronically filed a copy of:

1. Defendants' Response to Plaintiffs' Joint Motion to Schedule a Half-Day Hearing on Remedies and to Set a Complementary Briefing Schedule and Provisional Motion for Stay of Injunction; and

2. Affidavit of Maria S. Lazar in Support of Defendants' Response to Plaintiffs' Joint Motion

using the ECF System for the Eastern District of Wisconsin which will send notification of such filings to counsel of record.

s/Connie Anderson
CONNIE ANDERSON