UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALVIN BALDUS, et al.,

    Plaintiffs,

TAMMY BALDWIN, et al.,

    Intervenor-Plaintiffs,      Civil Action
                                                 File No. 11-CV-562

v.

Members of the Wisconsin Government Accountability    Three-judge panel
Board, etc., et al.,                                           28 U.S.C. §2284

    Defendants,

F. JAMES SENSENBRENNER, JR., et al.,

    Intervenor-Defendants.

---

VOCES DE LA FRONTERA, INC., et al.,

    Plaintiffs,

v.                                                                          Case No. 11-CV-1101
                                                                      JPS-DPW-RMD

Members of the Wisconsin Government Accountability
Board, etc., et al.,

    Defendants.

---

**MICHAEL BEST & FRIEDRICH LLP'S PARTIAL JOINDER TO PLAINTIFFS'
MOTION FOR EXTENSION OF TIME TO FILE FINAL STATUS REPORT**

---

The law firm of Michael Best & Friedrich LLP ("Michael Best"), by its undersigned counsel Schiff Hardin LLP, joins in Plaintiffs' Motion for Extension of Time to File Final Status Report solely with respect to Plaintiffs request for an extension of time to complete a final report to be submitted to the Court on Friday, May 10, 2013. Michael Best does not join in the remainder of Plaintiffs' motion which includes premature, conclusory and unproven suggestions of wrongdoing.

Dated: March 13, 2013

/s/Ayad Paul Jacob

Barry S. Alberts
balberts@schiffhardin.com
Ayad P. Jacob
ajacob@schiffhardin.com
SCHIFF HARDIN LLP
6600 Willis Tower
233 South Wacker Drive
Chicago, Illinois 60606
312.258.-5500

Attorneys for MICHAEL BEST & FRIEDRICH LLP